| | |
|---|---|
| 1 | **KELLER BENVENUTTI KIM LLP** |
| 2 | David A. Taylor (#247433) |
|   | (dtaylor@kbkllp.com) |
| 3 | Thomas B. Rupp (#278041) |
|   | (trupp@kbkllp.com) |
| 4 | 650 California Street, Suite 1900 |
|   | San Francisco, California 94108 |
| 5 | Telephone: (415) 496-6723 |
|   | Facsimile: (650) 636-9251 |

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-30250 (HLB) |
| SAN FRANCISCO ART INSTITUTE, a California nonprofit public benefit corporation, | Chapter 7 |
| Debtor. | **STATEMENT PURSUANT TO RULE 2016(B)** |

The undersigned, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, states that:

1. The undersigned is the attorney for the debtor in this case.

2. The compensation paid or agreed to be paid by the debtor, within one year before the date of the filing of the petition, to the undersigned is:

    a) For legal services rendered or to be rendered in contemplation of and in connection with this case...........................................................................................$80,964.50*

    *Fees incurred at hourly rates as of the filing of this statement.

    b) Prior to the filing of this statement, the debtor has paid………………..$69,500.00

    c) The unpaid balance due and payable as of the date of this statement is..$11,464.50

3. $338.00 of the filing fee in this case has been paid.

4. The services rendered or to be rendered include the following:

    a) Analysis of the financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under title 11 of the United States Code.

    b) Preparation and filing of the petition, schedules, statement of financial affairs, and other documents required by the court.

    c) Representation of the debtor at the meeting of creditors.

5. The source of payments made by the debtor to the undersigned was from the debtor's funds;

6. The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from funds available for distribution to creditors;

7. The undersigned has received no transfer, assignment or pledge of property from the debtor except as described herein; and

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid.

Respectfully submitted,

Dated: May 3, 2023         **KELLER BENVENUTTI KIM LLP**

                           By: */s/ Thomas B. Rupp*
                                   Thomas B. Rupp

                           Attorneys for Debtor