Kevin P. Whiteford, CSBN: 142916
WHITEFORD LAW
900 Howe Ave., Suite 250
Sacramento, CA 95825
Telephone:   (916) 446-0790
Facsimile:    (916) 446-0791
Email: kw@swllplaw.com

Attorneys for Creditor
DE LAGE LANDEN FINANCIAL SERVICES, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>SAN FRANCISCO ART INSTITUTE,<br><br>Debtor. | Case No. 3:23-bk-30250<br>Chapter 7<br><br>**AMENDED NOTICE OF MOTION TO APPROVE COMPROMISE**<br>**[FRBP 4001(d)(1)]**<br><br>Date: July 20, 2023<br>Time: 1:00 p.m.<br><br>450 Golden Gate Ave.<br>16th Floor, Courtroom 19<br>San Francisco, CA 94102<br><br>Judge: Hon. Hannah L. Blumenstiel |
|---|---|

TO THE HONORABLE HANNAH L. BLUMENSTIEL, DEBTOR, ALL CREDITORS, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 20, 2023, at 1:00 p.m., Secured Creditor De Lage Landen Financial Services, Inc. ("DLL") will move the Court for approval of the Stipulation to Limited Relief from Automatic Stay between De Lage and Chapter 7 Trustee Paul Mansdorf (the "Stipulation").

///

This motion is made pursuant to Fed. Rules Bankr. Proc. Rule 4001 on the grounds the property subject to the stipulation is subject to a terminated lease and is of no consequential value or benefit to the bankruptcy estate or its unsecured creditors.

This Motion is based on this Notice of Motion, the Motion, the Memorandum of Points and Authorities attached hereto, the Declaration of Kandic Piel, the Index of Exhibits in Support, the pleadings and records on file in this action, and such additional authority and argument as may be presented in Reply or at hearing on this Motion.

PLEASE TAKE FURTHER NOTICE that this Motion is filed pursuant to Local Bankruptcy Rules 9014-1(b)(1), (b)(2) & (3). Any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date.

PLEASE TAKE FURTHER NOTICE that the hearing on this motion will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video.

PLEASE TAKE FURTHER NOTICE that pursuant to General Order No. 38:

"All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

DATED: June 30, 2023                          WHITEFORD LAW

                                                       */s/ Kevin P. Whiteford*
                                                   KEVIN P. WHITEFORD
                                                   Attorneys for Creditor
                                                   DE LAGE LANDEN
                                                   FINANCIAL SERVICES, INC.

AMENDED NOTICE OF MOTION
TO APPROVE COMPROMISE            2            *In re: San Francisco Art Institute*
Case: 23-30250    Doc# 90    Filed: 06/30/23    Entered: 06/30/23 15:00:01    Page 2 of 4

# PROOF OF SERVICE

I am a resident of or employed in the County of Sacramento. I am over the age of eighteen (18) years and not a party to the within action. My business address is 900 Howe Ave, Ste. 250, Sacramento, CA 95825

On June 30, 2023, I served the within:

- **AMENDED NOTICE OF MOTION TO APPROVE COMPROMISE [FRBP 4001(d)(1)]**

in the manner indicated below on the following parties:

| | |
|---|---|
| Charles P. Maher<br>RINCON LAW, LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA 94104 | Counsel for Chapter 7 Trustee<br>PAUL MANSDORF |
| Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | |
| Thomas B. Rupp<br>Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | Counsel for Debtor<br>SAN FRANCISCO ART INSTITUTE, a California nonprofit public benefit corporation |
| Marcus O. Colabianchi<br>Geoffrey A. Heaton<br>DUANE MORRIS LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | Counsel for Creditor<br>UNIVERISTY OF SAN FRANCISCO |
| Farella Braun + Martel LLP<br>Attn: Gary M. Kaplan, Esq.<br>One Bush Street, Suite 900<br>San Francisco, CA 94104 | Counsel for Creditor<br>FMC PIER 2 SUBLESSOR, LLC |
| MICHAEL A. SWEET<br>EDWARD J. TREDINNICK<br>FOX ROTHSCHILD LLP<br>345 California Street, Suite 2200<br>San Francisco, California 94104 | Counsel for Creditor<br>UNIVERISTY OF CALIFORNIA, REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| California Department of Justice<br>Attn: David K. Eldan, Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013-1230 | Counsel for California Attorney General<br>ROB BONTA |

///
///
///

AMENDED NOTICE OF MOTION TO APPROVE COMPROMISE  2  *In re: San Francisco Art Institute*  Case no.: 3:23-bk-30250

Case: 23-30250   Doc# 90   Filed: 06/30/23   Entered: 06/30/23 15:00:01   Page 3 of 4

[X] BY UNITED STATES MAIL placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in Unites States Postal Service mailbox at Sacramento, California, address shown hereinabove.

(X) deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

( ) placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 30, 2023 at Sacramento, California.

                                                      */s/ Audrey Masson*
                                                   Audrey Masson

S:\Active Files\de lage landen\san francisco art\BK court docs\motion.approve compromise_notice.docx