Gregg S. Kleiner, State Bar No. 141311
Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
E-mail: gkleiner@rinconlawllp.com
cmaher@rinconlawllp.com

Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

THE SAN FRANCISCO ART INSTITUTE,
   a California nonprofit
   public benefit corporation,

              Debtor.

Case No. 23-30250 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

**DECLARATION OF
THOMAS X. CHRISTIAN
IN SUPPORT OF TRUSTEE'S
MOTION TO SELL ESTATE'S INTEREST
IN 800 CHESTNUT STREET,
SAN FRANCISCO, CALIFORNIA**

Date:     December 21, 2023
Time:    10:00 a.m.
Place:   Zoom Video Conference or
          AT&T Conference Call

I, Thomas X. Christian, declare as follows:

    1.    I am a licensed real estate salesperson (License # 00890910) in the State of California and Executive Managing Director at Cushman & Wakefield of California, Inc. ("Cushman & Wakefield"). My business address is 425 Market Street, Suite 2300, San Francisco, CA 94105.

    2.    Cushman & Wakefield was engaged as the real estate broker for Paul Mansdorf, Chapter 7 Trustee of the estate of the above Debtor, by a Court entered June 1, 2023.

    3.    I have been a real estate salesperson with Cushman & Wakefield and its predecessor entities since 1985, and specialize in the sale and leasing of development opportunities and buildings

1

to developers and users in the Bay Area. Among other things, I have been involved in the sale or lease of over 25 buildings in San Francisco for educational use, including: (a) the sale of the 5.3-acre high school campus of the Sisters of Mercy; (b) the sale of the Pacific Heights campus of Sterne School; (c) the sale of St. Mary's Chinese School and Church; (d) the purchase of a converted auto garage for use by University High School; (e) acquisitions of property on behalf of Academy of Art University; (f) the sale of the surplus Boys and Girls clubhouse and gym to Fei Tian Academy of the Arts; (g) the purchase of 110 The Embarcadero for the Commonwealth Club of San Francisco; and (h) the sales of surplus properties of the First Church of Christ, Scientist, the Fourth Church of Christ, Scientist, the Archdiocese of San Francisco and the United Way of San Francisco.

4. Along with my colleague, Timothy Garlick, we have been assisting the Trustee in the marketing of real property commonly referred to as 800 Chestnut Street, San Francisco, California, the home of The San Francisco Art Institute ("Chestnut Campus").

5. The marketing efforts of the Chestnut Campus have been extensive. Among other things, a detailed Offering Memorandum was created for the Chestnut Campus and distributed to a targeted group of potential parties that might be interested in acquiring the Chestnut Campus. A true and correct copy of the Offering Memorandum is attached as **Exhibit A**. In addition, my office also worked with the Trustee and drafted a Press Release soliciting offers and providing details with regard to the Chestnut Campus. A true and correct copy of the Press Release is attached hereto as **Exhibit B**.

6. There has been broad interest in the Chestnut Campus. The Chestnut Campus has been shown to no fewer than 25 prospective purchasers and, between myself and Mr. Garlick, we have personally conducted over 80 site visits to the Chestnut Campus. While we received, and conveyed to the Trustee, multiple expressions of interest in the Chestnut Campus, the initial term sheets that we received for the acquisition of the Chestnut Campus and the Diego Rivera mural were for under $20 million. Efforts to negotiate the price up were not successful.

7. The location of the Chestnut Campus presents great development opportunities. However, there are several factors that have made the marketing and sale of the Chestnut Campus challenging. For example, the original structure, built in 1926, has been designated by the City and

2

1 | County of San Francisco as a historical landmark. In my experience, this designation can greatly diminish the ability of a purchaser to develop the Chestnut Campus because of the limitations that the historical landmark designation creates, including prohibitions against the alteration of the exterior envelope of the building. In addition, the Chestnut Campus is zoned in a way that requires that it be operated as an "accredited" post-secondary education institution. An interested party could get the property re-zoned; however, I am informed and believe at it is not a simple or inexpensive process.

8. While I received and delivered to the Trustee expressions of interest in the Chestnut Campus from multiple parties, the majority of the proposals for the acquisition of the Chestnut Campus and the Mural were for under $20 million. In September 2023, I delivered to the Trustee a mutually executed term sheet from a potential buyer that had agreed to pay $38 million for the Chestnut Campus and the Mural. I am informed and believe and on that basis state that the potential buyer failed to tender a deposit or take other actions to proceed with a purchase. In over five months of actively marketing and showing the property to interested parties, the only party who has been willing to move forward with the actual purchase of the Chestnut Campus is BM-AL, LLC.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on the 20TH day of November 2023 in San Francisco, California.

THOMAS X. CHRISTIAN