

EXHIBIT A

Case: 23-30250    Doc# 129-3    Filed: 11/22/23    Entered: 11/22/23 05:28:12    Page 1 of 20



# CONTENTS

THE OPPORTUNITY

INVESTMENT OVERVIEW

HISTORY

APN SURVEY & MAPS

FLOOR PLANS

PROPERTY IMAGES

DISCLAIMER

EXHIBIT A



EXHIBIT A

Case: 23-30250   Doc# 129-3   Filed: 11/22/23   Entered: 11/22/23 05:28:12   Page 3 of 20

## THE OPPORTUNITY

The property at 800 Chestnut Street, known since 1926 as the San Francisco Art Institute, represents the opportunity to acquire one of the largest tracts of private property in San Francisco improved with a pair of structures designated City Landmark #85 and an original fresco painted by Diego Rivera in 1931.

The improvements consist of two buildings totalling about 93,000 square feet, not including courtyard, terraces, and rooftop amphitheater. The original structure, with its iconic bell tower and interior courtyard, was built in 1926 and was designed by architects Bakewell and Brown, and is sometimes referred to as the "Brown" building. The addition built in 1968 was designed by Pafford Keatinge-Clay, and is sometimes referred to as the "Clay" building. The site itself is just under 1.75 acres in one of the original neighborhoods of San Francisco, Russian Hill, with sweeping views of the Bay. Bakewell and Brown's work in San Francisco includes the City of Paris in Union Square, City Hall, Coit Tower, Temple Emanu-El, the Pacific Gas & Electric building at 245 Market Street, along with more than a dozen buildings on the campus of Stanford University. Pafford Keatinge-Clay, who designed the 1968 addition, studied under Le Corbusier in Paris, apprenticed at Frank Lloyd Wright's Tallesin studios, and worked for Skidmore, Ownings and Merrill in the 1950s, before opening his own firm.



SF ART INSTITUTE CAMPUS / SAN FRANCISCO CA / 4

**EXHIBIT A**



SF ART INSTITUTE CAMPUS / SAN FRANCISCO, CA / 5

**EXHIBIT A**



# INVESTMENT OVERVIEW



EXHIBIT A

# INVESTMENT OVERVIEW

**ADDRESS**

800 Chestnut Street, San Francisco, CA

**LOT SIZE**

Approximately 275' x 275', or approximately 75,625 square feet, with frontages on Chestnut, Jones, and Francisco Streets

**ASSESSOR PARCEL NUMBER**

APN #0049-001

**HEIGHT LIMIT**

40'-X

**ZONING**

RH-3



SF ART INSTITUTE CAMPUS // SAN FRANCISCO, CA

**EXHIBIT A**

# INVESTMENT OVERVIEW

**LOCATION**

The site is a steeply sloping, urban corner lot at the confluence of San Francisco's North Beach, Fisherman's Wharf, and Russian Hill neighborhoods and has unobstructed panoramic views in three directions. The sloping site was originally the garden for the existing arts school, and was bounded on the north by Francisco Street and on the east by Jones Street. It is surrounded on all sides by a variety of existing residential properties. A narrow band of the site on the Jones Street side remains undeveloped to facilitate future expansion. The existing 1926 building is accessed from the Chestnut Street side through a monumental, baroque portal which leads to a small courtyard with an octagonal Spanish-tiled fountain. This courtyard, in turn, provides access to the 1968 addition.



EXHIBIT A

Case: 23-30250    Doc# 129-3    Filed: 11/22/23    Entered: 11/22/23 05:28:12    Page 8 of 20

# INVESTMENT OVERVIEW

**RUSSIAN HILL**

Neighborhood: The Russian Hill neighborhood is named after one of San Francisco's 44 hills, and is one of its original "Seven Hills". Russian Hill is directly to the north (and slightly downhill) from Nob Hill, to the south (uphill) from Fisherman's Wharf and to the west of the North Beach neighborhood. The Hill is bordered on its west side by parts of the neighborhoods of Cow Hollow and the Marina District.

At the northern foot of the hill is Ghirardelli Square, Aquatic Park and Fisherman's Wharf. The neighborhood is most famous for Lombard Street, the one-way section on Russian Hill between Hyde and Leavenworth Streets, in which the steep roadway has eight sharp turns that have earned the street the distinction of being "the crookedest street in the world." Informed San Franciscans know, however, that Vermont Street in the Potrero Hill neighborhood, running from 20th to 22nd streets, is more crooked than Lombard Street.



SF ART INSTITUTE CAMPUS / SAN FRANCISCO, CA / 9

EXHIBIT A

Case: 23-30250    Doc# 129-3    Filed: 11/22/23    Entered: 11/22/23 05:28:12    Page 9 of 20



SF ART INSTITUTE CAMPUS / SAN FRANCISCO, CA / 10

**EXHIBIT A**

# INVESTMENT OVERVIEW

**NEIGHBORHOOD ORGANIZATIONS**

The City of San Francisco has many committed neighborhood organizations. For Russsian Hill they include:

- Russian Hill Neighbors
- Russian Hill Community Association
- Russian Hill Improvement Association

**CITY PLANNING**

The City of San Francico is divided into 4 quadrants. The Principal Planner / Leader of the Northeast quadrant is Claudine Asbagh. Phone: (628) 652 7329. Email: claudine.asbagh@sfgov.org

**DISTRICT SUPERVISOR**

District 3 is represented Supervisor Aaron Peskin, who is also the current President of the Board of Supervisors. His term as Supervisor runs to January 8, 2025. Phone: 415-554-7450. Email: aaron.peskin@sfgov.org



EXHIBIT A

Case: 23-30250    Doc# 129-3    Filed: 11/22/23    Entered: 11/22/23 05:28:12    Page 11 of 20

## INVESTMENT OVERVIEW

**TRANSIT**

Russian Hill is served by both the Powell-Mason and Powell-Hyde cable car lines as well as by buses of the Municipal Railway.



**EXHIBIT A**

Case: 23-30250    Doc# 129-3    Filed: 11/22/23    Entered: 11/22/23 05:28:12    Page 12 of 20



TRANSIT MAP
PresidiGo
samTrans
CABLE CAR
San Francisco Bay Ferry
TRANSBAY
PIER 39
Fisherman's WHARF
FORT MASON
MOSCONE RECREATION CENTER
COIT TOWER
FERRY BUILDING
TRANSIT CENTER
SFAI SAN FRANCISCO ART INSTITUTE
JEFFERSON
BEACH
NORTH POINT
BAY
FRANCISCO
CHESTNUT
LOMBARD
GREENWICH
FILBERT
UNION
GREEN
VALLEJO
BROADWAY
PACIFIC
JACKSON
WASHINGTON
CLAY
SACRAMENTO
CALIFORNIA
PINE
BUSH
SUTTER
POST
GEARY
O'FARRELL
ELLIS
FILLMORE
WEBSTER
OCTAVIA
GOUGH
FRANKLIN
VAN NESS
POLK
LARKIN
HYDE
LEAVENWORTH
JONES
TAYLOR
MASON
POWELL
STOCKTON
GRANT
KEARNY
MONTGOMERY
SANSOME
BATTERY
COLUMBUS
THE EMBARCADERO
DAVIS
DRUMM
MARKET
MISSION
HOWARD
FOLSOM
HARRISON
SPEAR
MAIN
BEALE
FREMONT
1ST STREET
2ND STREET
3RD STREET
4TH STREET
INTERSTATE 80

EXHIBIT A



**EXHIBIT A**

Case: 23-30250 Doc# 129-3 Filed: 11/22/23 Entered: 11/22/23 05:28:12 Page 14 of 20



SF ART INSTITUTE CAMPUS / SAN FRANCISCO, CA / 36

**EXHIBIT A**



SF ART INSTITUTE CAMPUS / SAN FRANCISCO, CA / 37

**EXHIBIT A**



EXHIBIT A



**EXHIBIT A**

## DISCLAIMER

Cushman & Wakefield has been retained as the Seller's exclusive advisor and broker regarding the sale of the San Francisco Art Institute Campus, 800 Chestnut Street in San Francisco, California (the "Property").

This Offering Memorandum has been prepared by Cushman & Wakefield for use by a limited number of parties and does not purport to provide a necessarily accurate summary of the Property or any of the documents related thereto, nor does it purport to be all-inclusive or to contain all of the information which prospective investors may need or desire. All projections have been developed by Cushman & Wakefield, the Seller, and designated sources and are based upon assumptions relating to the general economy, competition, and other factors beyond the control of the Seller and, therefore, are subject to variation. No representation is made by Cushman & Wakefield or Seller as to the accuracy or completeness of the information contained herein, and nothing contained herein is, or shall be relied on as, a promise or representation as to the future performance of the Property. Although the information contained herein is believed to be correct, Seller and its employees disclaim any responsibility for inaccuracies and expect prospective purchasers to exercise independent due diligence in verifying all such information. Further, Cushman & Wakefield, Seller, and its employees disclaim any and all liability for representations and warranties, expressed and implied, contained in, or for omission from, this Offering Memorandum or any other written or oral communication transmitted or made available to the recipient. This Offering Memorandum does not constitute a representation that there has been no change in the business or affairs of the Property or the Seller since the date of preparation of the package. Analysis and verification of the information contained in this package is solely the responsibility of the prospective purchaser.

Additional information and an opportunity to inspect the Property will be made available upon written request to interested and qualified prospective purchasers.

Seller and Cushman & Wakefield each expressly reserve the right, at their sole discretion, to reject any and all expressions of interest or offers regarding the Property and/or terminate discussions with any entity at any time with or without notice. Seller shall have no legal commitment or obligation to any entity reviewing this Offering Memorandum or making an offer to purchase the Property unless and until a written agreement for the purchase of the Property has been fully executed, delivered, and approved by Seller and its legal counsel, and any conditions to Seller's obligations thereunder have been satisfied or waived. Cushman & Wakefield is not authorized to make any representations or agreements on behalf of Seller.

This Offering Memorandum and the contents, except such information which is a matter of public record or is provided in sources available to the public (such contents as so limited herein are called the "Contents"), are of a confidential nature. By accepting the package, you agree (i) to hold and treat it in the strictest confidence, (ii) not to photocopy or duplicate it, (iii) not to disclose the package or any of the contents to any other entity (except to outside advisors retained by you, if necessary, for your determination of whether or not to make a proposal and from whom you have obtained an agreement of confidentiality) without the prior written authorization of Seller or Cushman & Wakefield, (iv) not use the package or any of the contents in any fashion or manner detrimental to the interest of Seller or Cushman & Wakefield, and (v) to return it to Cushman & Wakefield immediately upon request of Cushman & Wakefield or Seller.

**TOM CHRISTIAN**
Executive Managing Director
Direct +1 415 677 0424
Mobile +1 415 509 8875
tom.christian@cushwake.com
CA LIC #00890910

**TIM GARLICK**
Director
Direct +1 415 568 3416
Mobile +1 415 596 8887
tim.garlick@cushwake.com
CA LIC #01715903

EXHIBIT A

Case: 23-30250   Doc# 129-3   Filed: 11/22/23   Entered: 11/22/23 05:28:12   Page 19 of 20



# SFAI
## SAN FRANCISCO ART INSTITUTE CAMPUS

**TOM CHRISTIAN**
Executive Managing Director
Direct +1 415 677 0424
Mobile +1 415 509 8875
tom.christian@cushwake.com
CA LIC #00890910

**TIM GARLICK**
Director
Direct +1 415 568 3416
Mobile +1 415 596 8887
tim.garlick@cushwake.com
CA LIC #01715903

CUSHMAN & WAKEFIELD

EXHIBIT A

Case: 23-30250   Doc# 129-3   Filed: 11/22/23   Entered: 11/22/23 05:28:12   Page 20 of 20