

# HISTORY

EXHIBIT A



# HISTORY

### IMPROVEMENTS

The original Spanish Colonial Revival buildings by Bakewell and Brown, built in 1926 were influenced by the work of Bernard Maybeck. The property was listed on the National Register of Historic Places in 2015. The original series of buildings and the bell tower surround a cloistered courtyard, are entered through a baroque arch. Built of rough board-formed concrete, topped with terra cotta tile roofs, with floors of brick, terra cotta pavers, and concrete. The original building is just under 44,000 square feet, approximately.*

The 1968 addition by Paffard Keatinge-Clay features an elongated north-south ramp into and through a suite of large-scale, loftlike, sculpture and ceramic studios. The ramp allows a midblock passage connecting Francisco Street to Chestnut Street through the new addition. The ramp overlooks various workshop spaces grouped within a volume one hundred and fifty feet square (approximately 22,500 square feet) and twenty feet high, the mass of which supports a rooftop plaza from which one can view the City with a nearly 200 plus degree panorama. The rooftop plaza is broken by an architectural topography of steps, terraces, and pavilions, which frame views of Alcatraz, Coit Tower, and the maritime landscape of San Francisco Bay beyond. The roof, by virtue of its arrangement of public program elements, includes a gallery, lecture hall, seminar rooms and café. The roof is pierced by a series of conical skylights that admit light into the theater studios below. The main feature on the roof is the main lecture hall, whose roof doubles as an outdoor performance with an open air amphitheater. This building is just under 50,000 square feet, approximately.*

The building was constructed primarily of board-formed, cast-in-place concrete. The exception was the auditorium roof, whose stepped-roof form was built of post-tensioned concrete planks. The building was altered during the course of construction when one of the uphill neighbors complained that the sloped roof of the café blocked their views of San Francisco Bay. Already cast, the wall was cut down and the roof flattened while the matter played itself out publicly in the newspapers and in a series of public hearings. The building opened to the public in 1970.

*Per 2013 Freebairn-Smith & Crane Report*



*View from SFAI 1969 courtyard to the 1926 complex with tower. (Photograph by Jeremy Blakeslee)*

EXHIBIT A



# HISTORY

**SAN FRANCISCO LANDMARK #85 -**
**NATIONAL REGISTER OF HISTORIC PLACES #15000950**

The San Francisco Art Institute dates back to 1873 when the San Francisco Art Association founded the California School of Design, renamed the California School of Fine Arts in 1916 and the San Francisco Art Institute in 1961. Prior to building this campus on Russian Hill in 1926, the school had occupied several sites on Nob Hill.

Among the artists associated with the school are Eadweard Muybridge, Maynard Dixon, Louise Dahl-Wolf, John Gutzon Borglum, Clyfford Still, Ad Reinhardt, Mark Rothko, Imogen Cunningham, Edward Weston, Dorothea Lange, Richard Diebenkorn, Annie Liebovitz and especially Diego Rivera who came to San Francisco in 1930 to paint a fresco for the new campus and Ansel Adams and Minor White who, in 1946, established the first department of art photography in the United States.

The original Spanish Colonial Revival buildings were designed by the architectural firm Bakewell & Brown and are influenced by the work of Bernard Maybeck.

The 1963 addition was designed by Paffard Keatinge-Clay who had worked with Le Corbusier, Frank Lloyd Wright, and Skidmore, Owings & Merrill. The stepped roof of the lecture hall provides an outdoor amphitheater and stunning views of The City and The Bay.

The San Francisco Art Institute was listed on the National Register of Historic Places in San Francisco in 2015.

*California School of Fine Arts (CSFA), Circa 1953*

CAMPUS     SAN FRAN

**EXHIBIT A**



**DIEGO RIVERA "THE MAKING OF FRESCO" (1931)**

*The Making of a Fresco, Showing the Building of a City* painted by Diego Rivera in 1931, shows the different persons involved in the building of a city. As shown in the painting, it is easy to identify the architects as well as the structural engineers, the artisans, sculptors, unskilled laborers and painters. At the center, there is a figure of a worker with a helmet, seen as exceedingly or unusually big compared to the size of the other workers. It is one painting that shows the building of a city and the creation of a fresco.

The painting, *The Making of a Fresco, Showing the Building of a City* by Diego Rivera has a unique look compared to other paintings by Rivera. This is so because here we are able to see the artist, Rivera, with his two assistants John Hastings and Matthew Barnes at work and in one painting. This is unlike his other paintings in which he mostly showed his hatred for the rich. In this painting, he shows how the industrial worker supports the building of a city.

The fresco was reportedly installed on multiple plates that are affixed to the wall.

**EXHIBIT A**



RIVERA: FRESCO STUDY, 1931. Study for a fresco at the San Francisco Art Institute. Pencil on paper by Diego Rivera, 1931. Photo courtesy of The Granger Collection LTD d/b/a GRANGER - Historical Picture Archive

**EXHIBIT A**

**ANSEL ADAMS (1945)**

1945 - Ansel Adams founded the first fine-art photography department. Faculty include Dorothea Lange, Imogen Cunningham, Minor White, Edward Weston, and Lisette Model.



*California School of Fine Arts (later known as SFAI) catalogue cover, 1940–41, featuring a photograph of the campus by Ansel Adams. Image: courtesy SFAI, reproduced with permission from The Ansel Adams Publishing Rights Trust*

EXHIBIT A

Case: 23-30250    Doc# 129-4    Filed: 11/22/23    Entered: 11/22/23 05:28:12    Page 6 of 21



# APN SURVEY & MAPS

EXHIBIT A



SF ART INSTITUTE CAMPUS / SAN FRANCISCO, CA / 22

**EXHIBIT A**



LOCAL MAP

PIER 39

Fisherman's Wharf

THE EMBARCADERO

BEACH ST

NORTH POINT ST

Ghirardelli Square

BAY ST

MARINA BLVD

Great Meadow Park at Fort Mason

SFAI
SAN FRANCISCO
ART INSTITUTE

Francisco St

POWELL ST

LEAVENWORTH ST

CHESTNUT ST

FRANCISCO ST

POLK ST

LOMBARD ST

Coit Tower

OCTAVIA ST

LOMBARD ST

SAN FRANCISCO

SANSOME ST

CHESTNUT ST

LARKIN ST

101

GREENWICH ST

UNION ST

MASON ST

COLUMBUS AVE

THE EMBARCADERO

BUCHANAN ST

VAN NESS AVE

UNION ST

GREEN ST

PACIFIC AVE

LAGUNA ST

HYDE ST

VALLEJO ST

BROADWAY TUNNEL

JACKSON ST

GOUGH ST

GREEN ST

BROADWAY

PACIFIC AVE

POWELL ST

MONTGOMERY ST

FILLMORE ST

VALLEJO ST

JACKSON ST

WASHINGTON ST

SACRAMENTO ST

PACIFIC AVE

POLK ST

LEAVENWORTH ST

JACKSON ST

101

WASHINGTON ST

SACRAMENTO ST

EXHIBIT A



REGIONAL MAP
Greenbrae
Larkspur
Richmond
El Cerrito
Albany
Berkeley
Belvedere-Tiburon
Briones Regional Park
Walnut Creek
Clayton
Orinda
Lafayette
Moraga
Alamo
Mt Diablo State Park
Danville
Canyon
Piedmont
Golden Gate Nat'l Recreation Area
SFAI
SAN FRANCISCO ART INSTITUTE
OAKLAND
SAN FRANCISCO
Alameda
San Ramon
San Leandro
Oakland Intl. Airport
Ashland
Castro Valley
Dublin
San Lorenzo
Hayward
Cherryland
Daly City
South San Francisco
Pacifica
San Bruno
San Francisco Intl. Airport
Millbrae
Burlingame
Hillsborough
Foster City
San Mateo
Union City
Fremont
Newark
Belmont
San Carlos
Redwood City
East Palo Alto
North Fair Oaks
Menlo Park
Half Moon Bay
1
101
80
24
13
580
680
185
35
82
880
238
280
92
84

**EXHIBIT A**



**EXHIBIT A**



# FLOOR PLANS

SF ART INSTITUTE CAMPUS / SAN FRANCISCO, CA / 26

**EXHIBIT A**

**SUB-BASEMENT CLAY BUILDING**



Francisco Street

Jones Street

Chestnut Street

**EXHIBIT A**



EXHIBIT A

Case: 23-30250    Doc# 129-4    Filed: 11/22/23    Entered: 11/22/23 05:28:12    Page 14 of 21



Francisco Street

Jones Street

Chestnut Street

EXHIBIT A

Case: 23-30250   Doc# 129-4   Filed: 11/22/23   Entered: 11/22/23 05:28:12   Page 15 of 21

# FLOOR PLAN 4



Francisco Street

Cafeteria

Terrace

Indoor Theater / Lecture Hall

Jones Street

Courtyard

Diego Rivera Mural (1931)
*"The Making of a Fresco"*

Chestnut Street

EXHIBIT A



Francisco Street

Terrace

Rooftop
Amphitheater

Jones Street

Library

Chestnut Street

EXHIBIT A



Francisco Street

Jones Street

Chestnut Street

**EXHIBIT A**

Case: 23-30250    Doc# 129-4    Filed: 11/22/23    Entered: 11/22/23 05:28:12    Page 18 of 21



PROPERTY IMAGES

EXHIBIT A



ANNE BREMER LIBRARY

SF ART INSTITUTE CAMPUS / SAN FRANCISCO, CA / 34

EXHIBIT A



SF ART INSTITUTE CAMPUS / SAN FRANCISCO, CA / 35

**EXHIBIT A**