Click here to view with images.
To ensure delivery to your inbox, please add us to your address book.



For Immediate Release

# Cushman & Wakefield Hired to Sell Historic San Francisco Art Institute Campus

*Property contains an original 1931 Diego Rivera which is available for acquisition along with the real estate*

**SAN FRANCISCO, Calif. – June 27, 2023 –** Cushman & Wakefield has been retained to sell the historic San Francisco Art Institute campus at 800 Chestnut Street in San Francisco's Russian Hill neighborhood. This is an opportunity to acquire one of the largest tracts of private property in San Francisco improved with a pair of education structures designated City Landmark #85. The property contains an original 1931 Diego Rivera which is available for acquisition along with the real estate.

Cushman & Wakefield's Tom Christian and Tim Garlick are leading the property marketing and sales efforts.

The improvements consist of two buildings totaling approximately 93,000 square feet. The original structure, with its iconic bell tower, interior courtyard, Anne Bremer library, classrooms, galleries, and offices, was built in 1926 and was designed by architects Bakewell and Brown. The addition built in 1968 was designed by Pafford Keatinge-Clay and has both a rooftop amphitheater, interior theater, galleries, studios, and vast plazas with views. The structures are situated on a site totaling just under 1.75 acres.

"This is a very special landmark property and will make an inspiring home for another education institution, museum or other creative / innovative use," said Executive Managing Director Tom Christian.

**CLICK HERE for All Photos** *(please allow for additional download time)*

*SFAI Campus, circa 2023*



*1931 Diego Rivera Mural, SFAI Campus*



*SFAI Campus Rooftop, circa 2023*



*SFAI Campus Library, circa 2023*



*SFAI Campus, circa 1953*

EXHIBIT B

Case: 23-30250   Doc# 129-5   Filed: 11/22/23   Entered: 11/22/23 05:28:12   Page 1 of 2



**About Cushman & Wakefield**
Cushman & Wakefield (NYSE: CWK) is a leading global commercial real estate services firm for property owners and occupiers with approximately 52,000 employees in approximately 400 offices and 60 countries. In 2022, the firm reported revenue of $10.1 billion across its core services of property, facilities and project management, leasing, capital markets, and valuation and other services. It also receives numerous industry and business accolades for its award-winning culture and commitment to Diversity, Equity and Inclusion (DEI), Environmental, Social and Governance (ESG) and more. For additional information, visit www.cushmanwakefield.com.

**Media Contact:**

**Joshua Deale**
Cushman & Wakefield
Communications Manager, West Region
+1 415 677 0423
joshua.deale@cushwake.com



www.cushmanwakefield.com

This email has been sent to you by Joshua Deale/CushWake PR joshua.deale@cushwake.com. To ensure delivery, add us to your address book or safe senders list. If you wish to unsubscribe from future emails, please click here. We typically process unsubscribe requests within 5 working days. Click here for our privacy notice.

Global Headquarters: Cushman & Wakefield | 225 W. Wacker Drive, Suite 3000 | Chicago, IL 60606 | USA

© 2023 Cushman & Wakefield. All rights reserved. The information contained within this communication is gathered from multiple sources believed to be reliable. The information may contain errors or omissions and is presented without any warranty or representations as to its accuracy. This e-mail may be considered advertising under federal law