Gregg S. Kleiner, State Bar No. 141311
Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
E-mail:     gkleiner@rinconlawllp.com
            cmaher@rinconlawllp.com

Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

THE SAN FRANCISCO ART INSTITUTE,
   a California nonprofit
   public benefit corporation,

          Debtor.

Case No. 23-30250 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

***EX PARTE* APPLICATION FOR ORDER PURSUANT TO BANKRUPTCY RULE 2002(h) DESIGNATING RECIPIENTS OF NOTICES REQUIRED UNDER 2002(a)**

[No Hearing Requested]

This application of Paul Mansdorf, Trustee in Bankruptcy of the estate of the above-named Debtor, respectfully represents:

1. Applicant is the duly appointed and qualified Trustee in Bankruptcy of the estate of the above Debtor.

2. Pursuant to the provisions of Bankruptcy Rule 2002(h), the Court may, in a Chapter 7 case, after 90 days following the first date set for the Meeting of Creditors, direct that all notices required by Bankruptcy Rule 2002(a) (except notices under Bankruptcy Rule 2002(a)(4)) be mailed only to creditors whose claims have been filed and creditors, if any, permitted to file claims by reason of an extension granted by Bankruptcy Rule 3002(c)(5) (concerning surplus funds remaining after payment of all claims).

3. The San Francisco Art Institute, a California nonprofit public benefit corporation, filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code on April 19, 2023. The first scheduled Section 341 Meeting of Creditors was held on May 17, 2023. The meeting was concluded on that date.

4. June 28, 2023 was set as the last day to file claims in the case. Because the deadline for the filing of claims in this case has passed, the Trustee requests authority to provide notices of all matters provided by Bankruptcy Rule 2002(a), excepting any notices which may be required under Bankruptcy Rule 2002(a)(4), to those creditors who have filed claims, the United States Trustee, the Debtor, the interested taxing authorities, and persons who have requested special notice.

WHEREFORE, the Trustee prays for an Order under Bankruptcy Rule 2002(h) limiting notice in conformity with this Application.

DATED: November 27, 2023        RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for PAUL MANSDORF,
Trustee in Bankruptcy