Gregg S. Kleiner, State Bar No. 141311
Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
E-mail: gkleiner@rinconlawllp.com
cmaher@rinconlawllp.com

Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

THE SAN FRANCISCO ART INSTITUTE,
   a California nonprofit
   public benefit corporation,

         Debtor.

Case No. 23-30250 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

**SUPPLEMENTAL DECLARATION OF
THOMAS X. CHRISTIAN
IN SUPPORT OF TRUSTEE'S
MOTION TO SELL ESTATE'S INTEREST
IN 800 CHESTNUT STREET,
SAN FRANCISCO, CALIFORNIA**

Date:     December 21, 2023
Time:    10:00 a.m.
Place:    Zoom Video Conference or
           AT&T Conference Call

I, Thomas X. Christian, declare as follows:

1. I am a licensed real estate salesperson (License # 00890910) in the State of California and Executive Managing Director at Cushman & Wakefield of California, Inc. ("Cushman & Wakefield"). My business address is 425 Market Street, Suite 2300, San Francisco, CA 94105.

2. Cushman & Wakefield was engaged as the real estate broker for Paul Mansdorf, Chapter 7 Trustee of the estate of the above Debtor, by a Court entered June 1, 2023.

3. On Wednesday, November 22, 2023, I received an e-mail from Gregg Kleiner, the Trustee's counsel in the Debtor's bankruptcy case. The e-mail included, as file-stamped

1

attachments, copies of the sale notice, the sale motion, and the Trustee's declaration in support of the sale of the property that has been commonly referred to as 800 Chestnut Street, San Francisco, California ("Chestnut Campus").

4. Following my receipt of the sale pleadings, I, along with my co-listing agent, Timothy Garlick, contacted parties-in-interest who had previously looked at the Chestnut Campus, to see if they were interested in acquiring the Chestnut Campus pursuant to an overbid process.

5. On December 4, 2023, I participated in a video call with representatives of Wellington.

6. I am informed and believe and on that basis state that on December 6, 2023, representatives of Regal Development participated in a video call with my co-listing agent, Timothy Garlick, with regard to possibly making an overbid for the Chestnut Campus.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on the 14TH day of December 2023 in San Francisco, California.

_____
THOMAS X. CHRISTIAN