# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation

**Taxpayer ID#:** **-***6211
**Period Ending:** 11/30/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.

**Account:** ******9510 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Direct Deposit Account Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/23 | Asset #20 | Network for Good | NEG Grant Check | 1129-000 | 100.00 | | 100.00 |
| 04/27/23 | Asset #1 | SVB Private | Proceeds from banking | 1129-000 | 9.35 | | 109.35 |
| 04/27/23 | Asset #30 | SVB Private | Proceeds from banking | 1129-000 | 69.11 | | 178.46 |
| 06/06/23 | Asset #36 | HUB International Limited | Insurance refund | 1229-000 | 7,987.69 | | 8,166.15 |
| 06/14/23 | Asset #39 | Educational & Institutional Cooperative Services Inc. | Misc. refund | 1229-000 | 27.47 | | 8,193.62 |
| 06/14/23 | Asset #18 | United States Treasury | Tax refund | 1129-000 | 12,241.03 | | 20,434.65 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.91 | 20,413.74 |
| 07/12/23 | Asset #40 | BNIM | Incoming wire - Ralph Horne Trust distribution | 1229-000 | 115,107.31 | | 135,521.05 |
| 07/28/23 | 1001 | PG&E | 4740400132-4 | 2690-000 | | 6,203.54 | 129,317.51 |
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.74 | 129,164.77 |
| 08/07/23 | Asset #39 | BNIM | Incoming wire - misc refund | 1229-000 | 306.56 | | 129,471.33 |
| 08/07/23 | Asset #39 | Guardian | Misc. refund | 1229-000 | 12.00 | | 129,483.33 |
| 08/15/23 | Asset #39 | Educational Institutional Cooperative Services, Inc. | Misc. refund | 1229-000 | 99.67 | | 129,583.00 |
| 08/17/23 | Asset #39 | BNIM | Incoming wire - misc refund | 1229-000 | 8.05 | | 129,591.05 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB

**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation

**Taxpayer ID#:** **-***6211

**Period Ending:** 11/30/23

**Trustee:** Paul J Mansdorf

**Bank Name:** Flagstar Bank, N.A.

**Account:** ******9510 - Checking

**Blanket Bond:** $5,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/23 | Asset #39 | BILL COMINC | Refund from funds on hand at a payment processor | 1229-000 | 3,245.00 | | 132,836.05 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.37 | 132,614.68 |
| 09/05/23 | Asset #39 | Verizon | Misc. refund | 1229-000 | 90.20 | | 132,704.88 |
| 09/05/23 | 1002 | Defense Logistics Specialist Corp. | Inv. 2283 | 2690-000 | | 6,033.26 | 126,671.62 |
| 09/07/23 | 1003 | Townsend Maintenance Co. LLC | Inv. 9-23-97 | 2690-000 | | 750.00 | 125,921.62 |
| 09/08/23 | Asset #39 | ABM Industries Inc. | Misc. refund | 1229-000 | 4,890.00 | | 130,811.62 |
| 09/12/23 | 1004 | Defense Logistics Specialist Corp. | Inv. 2296 | 2690-000 | | 6,874.39 | 123,937.23 |
| 09/13/23 | 1005 | Trustee Insurance Agency, Inc. | GL renewal - Inv. 2656-1686 | 2690-000 | | 6,265.80 | 117,671.43 |
| 09/14/23 | Asset #39 | SVB Private | Misc. incidental remaining funds in banking close-out | 1229-000 | 187.19 | | 117,858.62 |
| 09/15/23 | 1006 | PG&E | 86970291521 | 2690-000 | | 9.40 | 117,849.22 |
| 09/15/23 | 1007 | PG&E | 83741541730 | 2690-000 | | 9.40 | 117,839.82 |
| 09/18/23 | 1008 | Recology Golden Gate | Acct. A0010000679 | 2690-000 | | 1,271.78 | 116,568.04 |
| 09/19/23 | 1009 | Defense Logistics Specialist Corp. | Inv. 2305 | 2690-000 | | 6,176.14 | 110,391.90 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB

**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation

**Taxpayer ID#:** **-***6211

**Period Ending:** 11/30/23

**Trustee:** Paul J Mansdorf

**Bank Name:** Flagstar Bank, N.A.

**Account:** ******9510 - Checking

**Blanket Bond:** $5,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/23 | | Hub International Insurance | 12 month mural insurance payment (vendor would not offer financing or installments on renewal) | 2990-000 | | 63,258.00 | 47,133.90 |
| 09/29/23 | Asset #18 | United States Treasury | ERC Payment | 1129-000 | 243,596.09 | | 290,729.99 |
| 09/29/23 | Asset #18 | United States Treasury | ERC Payment | 1129-000 | 279,603.34 | | 570,333.33 |
| 09/29/23 | 1010 | Defense Logistics Specialist Corp. | Invoice 2316 | 2690-000 | | 6,398.82 | 563,934.51 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.69 | 563,724.82 |
| 10/02/23 | 1011 | Trustee Insurance Agency, Inc. | Inv. 26561803 - excess liability endorsement | 2690-000 | | 1,289.75 | 562,435.07 |
| 10/02/23 | 1012 | PG&E | 4740400132-4 | 7100-000 | | 3,366.16 | 559,068.91 |
| 10/02/23 | 1013 | SF - Water | 5749075153 | 2690-000 | | 35.50 | 559,033.41 |
| 10/02/23 | 1014 | SF - Water | 2768209966 | 2690-000 | | 156.28 | 558,877.13 |
| 10/02/23 | 1015 | Defense Logistics Specialist Corp. | Inv. 2327 | 2690-000 | | 6,387.42 | 552,489.71 |
| 10/02/23 | 1016 | Townsend Maintenance Co. LLC | Inv. 10-23-120 | 2690-000 | | 750.00 | 551,739.71 |
| 10/02/23 | 1017 | SF - Water | Acct 4142509326 | 2690-000 | | 196.47 | 551,543.24 |
| 10/10/23 | 1018 | Defense Logistics Specialist Corp. | Inv. 2344 | 2690-000 | | 6,378.30 | 545,164.94 |
| 10/16/23 | 1019 | Defense Logistics Specialist Corp. | Inv. 2352 | 2690-000 | | 6,377.54 | 538,787.40 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-30250 HLB | Trustee: | Paul J Mansdorf |
|---|---|---|---|
| Case Name: | San Francisco Art Institute a California nonprofit public benefit corporation | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******9510 - Checking |
| Taxpayer ID#: | **-***6211 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/30/23 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | Direct Deposit Account Account Balance |
|---|---|---|---|---|---|---|---|
| 10/16/23 | 1020 | PG&E | 86970291521 | 2690-000 | | 8.81 | 538,778.59 |
| 10/16/23 | 1021 | PG&E | 83741541730 | 2690-000 | | 10.43 | 538,768.16 |
| 10/20/23 | 1022 | PG&E | 47404001324 | 2690-000 | | 3,871.06 | 534,897.10 |
| 10/24/23 | 1023 | Defense Logistics Specialist Corp. | Inv. 2377 | 2690-000 | | 6,399.58 | 528,497.52 |
| 10/26/23 | 1024 | SF - Water | 2768209966 | 2690-001 | | 34.21 | 528,463.31 |
| 10/26/23 | 1025 | SF - Water | 2768209966 | 2690-000 | | 154.89 | 528,308.42 |
| 10/27/23 | 1026 | Premier Locksmith | Emergency repair on vandalized locks | 2990-000 | | 487.25 | 527,821.17 |
| 10/30/23 | Asset #18 | US Treasury | ERC Check | 1129-000 | 12,218.94 | | 540,040.11 |
| 10/30/23 | 1027 | Defense Logistics Specialist Corp. | Inv. 2391 | 2690-000 | | 6,371.08 | 533,669.03 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 938.88 | 532,730.15 |
| 11/03/23 | 1028 | Townsend Maintenance Co. LLC | Inv. 11-23-130 | 2690-000 | | 750.00 | 531,980.15 |
| 11/06/23 | 1029 | Defense Logistics Specialist Corp. | Inv. 2399 | 2690-000 | | 6,426.56 | 525,553.59 |
| 11/09/23 | 1030 | Leo's Glass Window & Doors | Inv. 2388 | 2690-000 | | 1,225.00 | 524,328.59 |
| 11/13/23 | 1031 | Defense Logistics Specialist Corp. | Inv. 2413 | 2690-000 | | 6,813.59 | 517,515.00 |
| 11/14/23 | 1032 | Silverback Networks, Inc. | Inv. 20267 (Preservation of debtor emails) | 2690-000 | | 180.00 | 517,335.00 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB

**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation

**Taxpayer ID#:** **-***6211

**Period Ending:** 11/30/23

**Trustee:** Paul J Mansdorf

**Bank Name:** Flagstar Bank, N.A.

**Account:** ******9510 - Checking

**Blanket Bond:** $5,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/23 | 1033 | PG&E | Acct 83741541730 | 2690-000 | | 8.50 | 517,326.50 |
| 11/15/23 | 1034 | PG&E | Act 86970291521 | 2690-000 | | 8.21 | 517,318.29 |
| 11/16/23 | 1035 | Premier Locksmith | Inv. 07599 | 2990-000 | | 360.00 | 516,958.29 |
| 11/20/23 | 1036 | PG&E | 47404001324 | 2690-000 | | 2,314.44 | 514,643.85 |
| 11/22/23 | 1037 | Vital Records Control | Per Order Doc. 132 - Admin Rent | 2990-000 | | 3,500.00 | 511,143.85 |
| 11/27/23 | 1038 | SF - Water | 2768209966 | 2690-000 | | 154.42 | 510,989.43 |
| 11/27/23 | 1039 | SF - Water | 5749075153 | 2690-000 | | 34.64 | 510,954.79 |
| 11/28/23 | 1042 | SF - Water | #4142509326 | 2690-000 | | 384.79 | 510,570.00 |
| 11/29/23 | 1040 | Defense Logistics Specialist Corp. | Inv. 2435 | 2690-000 | | 6,707.00 | 503,863.00 |
| 11/29/23 | 1041 | Defense Logistics Specialist Corp. | Inv. 2443 | 2690-000 | | 6,847.22 | 497,015.78 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 902.49 | 496,113.29 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **679,799.00** | **183,685.71** | **$496,113.29** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **679,799.00** | **183,685.71** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$679,799.00** | **$183,685.71** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-30250 HLB | |
| **Case Name:** | San Francisco Art Institute a California nonprofit public benefit corporation | |
| **Taxpayer ID#:** | **-***6211 | |
| **Period Ending:** | 11/30/23 | |

| | |
|---|---|
| **Trustee:** | Paul J Mansdorf |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******0519 - SVB 8530 Proceeds Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/23 | Asset #31 | SVB Private | Proceeds from banking | 1129-000 | 83,260.50 | | 83,260.50 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 83,260.50 | 0.00 | $83,260.50 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 83,260.50 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$83,260.50** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB

**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation

**Taxpayer ID#:** **-***6211

**Period Ending:** 11/30/23

**Trustee:** Paul J Mansdorf

**Bank Name:** Flagstar Bank, N.A.

**Account:** ******8980 - Schwab 5231 Proceeds Account

**Blanket Bond:** $5,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/23 | Asset #32 | THE SAN FRANCISCO ART INSTITUT | Incoming wire - Proceeds from 5234 Account | 1129-000 | 1,936,783.75 | | 1,936,783.75 |
| 07/25/23 | 200001 | Bernard Osher Foundation | Per Order Doc 95 | 7100-000 | | 745,664.74 | 1,191,119.01 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,936,783.75** | **745,664.74** | **$1,191,119.01** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **1,936,783.75** | **745,664.74** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,936,783.75** | **$745,664.74** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-30250 HLB | |
| **Case Name:** | San Francisco Art Institute a California nonprofit public benefit corporation | |

| | |
|---|---|
| **Taxpayer ID#:** | **-***6211 |
| **Period Ending:** | 11/30/23 |

| | |
|---|---|
| **Trustee:** | Paul J Mansdorf |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******8999 - Schwab 3651 Proceeds Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/23 | Asset #33 | THE SAN FRANCISCO ART INSTITUT | Incoming wire - Proceeds from 3651 Account | 1129-000 | 717,223.09 | | 717,223.09 |
| 06/15/23 | 300001 | Townsend Maintenance Co. LLC | Inv 6-23-117 property maintenance | 2690-000 | | 750.00 | 716,473.09 |
| 06/15/23 | 300002 | IPFS Corporation of California | CAF-D21937 Premium | 2690-000 | | 11,805.10 | 704,667.99 |
| 06/15/23 | 300003 | ProGuard Security Services Inc | 6/8 Statement - Services from petition date to 6/8 | 2690-000 | | 56,591.09 | 648,076.90 |
| 06/15/23 | 300004 | D.C. Lock & Security | Inv. 80037 - SFAI locksmith services | 2690-000 | | 530.85 | 647,546.05 |
| 06/15/23 | 300005 | Trustee Insurance Agency, Inc. | Inv. 2656-1174 - Premises insurance 800 Chestnut | 2690-000 | | 14,244.32 | 633,301.73 |
| 06/23/23 | 300006 | Premier Locksmith | Inv. 09799 - Boiler Room lock repair | 2690-000 | | 389.49 | 632,912.24 |
| 06/23/23 | 300007 | Townsend Maintenance Co. LLC | Inv. 5-23-331 - Janitorial Service | 2690-000 | | 375.00 | 632,537.24 |
| 06/23/23 | 300008 | PG&E | 8697029152-1 - Utility Invoice | 2690-000 | | 362.26 | 632,174.98 |
| 06/23/23 | 300009 | PG&E | 8374154173-0 Utility Service | 2690-000 | | 551.26 | 631,623.72 |
| 06/24/23 | 300010 | ProGuard Security Services Inc | Inv. 53340 - 6/23/23 invoice | 2690-000 | | 17,297.28 | 614,326.44 |
| 06/27/23 | 300011 | SF - Water | Acct. 2768209966 | 2690-000 | | 311.97 | 614,014.47 |
| 06/27/23 | 300012 | SF - Water | Acct. 5749075153 | 2690-000 | | 225.34 | 613,789.13 |
| 06/30/23 | 300013 | PG&E | Acct.#4740400132-4 | 2690-000 | | 1,322.71 | 612,466.42 |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-30250 HLB | |
| **Case Name:** | San Francisco Art Institute a California nonprofit public benefit corporation | |
| **Taxpayer ID#:** | **-***6211 | |
| **Period Ending:** | 11/30/23 | |

| | |
|---|---|
| **Trustee:** | Paul J Mansdorf |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******8999 - Schwab 3651 Proceeds Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/23 | 300014 | Townsend Maintenance Co. LLC | Invoice 7-23-96 | 2690-000 | | 750.00 | 611,716.42 |
| 07/11/23 | 300015 | IPFS Corporation | CAF-D21937 Premium | 2690-000 | | 5,621.48 | 606,094.94 |
| 07/11/23 | 300016 | Recology Golden Gate | A0010000679 | 2690-000 | | 1,271.78 | 604,823.16 |
| 07/17/23 | 300017 | IPFS Corporation | CAF-D21937 Premium | 2690-000 | | 5,621.48 | 599,201.68 |
| 07/18/23 | 300018 | ProGuard Security Services Inc | Inv. 53434 | 2690-000 | | 17,281.84 | 581,919.84 |
| 07/19/23 | 300019 | PG&E | 8697029152-1 | 2690-000 | | 9.39 | 581,910.45 |
| 07/19/23 | 300020 | PG&E | 8374154173-0 | 2690-000 | | 9.39 | 581,901.06 |
| 07/24/23 | 300021 | PG&E | 4740400132-4 | 2690-000 | | 4,878.52 | 577,022.54 |
| 07/28/23 | 300022 | SF - Water | 5749075153 | 2690-000 | | 42.85 | 576,979.69 |
| 07/28/23 | 300023 | ProGuard Security Services Inc | Inv. 53627 | 2690-000 | | 17,297.28 | 559,682.41 |
| 07/28/23 | 300024 | SF - Water | 2768209966 | 2690-000 | | 100.87 | 559,581.54 |
| 07/31/23 | 300025 | SF - Water | 4142509326 | 2690-000 | | 510.36 | 559,071.18 |
| 08/07/23 | 300026 | ProGuard Security Services Inc | Inv. 53715 | 2690-000 | | 17,293.16 | 541,778.02 |
| 08/07/23 | 300027 | Townsend Maintenance Co. LLC | Inv. 8-23-123 | 2690-000 | | 750.00 | 541,028.02 |
| 08/10/23 | 300028 | Recology Golden Gate | Inv. 390722 | 2690-000 | | 1,271.78 | 539,756.24 |

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 23-30250 HLB | **Trustee:** Paul J Mansdorf |
| **Case Name:** | San Francisco Art Institute a California nonprofit public benefit corporation | **Bank Name:** Flagstar Bank, N.A. |
| | | **Account:** ******8999 - Schwab 3651 Proceeds Account |
| **Taxpayer ID#:** | **-***6211 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/30/23 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/23 | 300029 | PG&E | Acct. 83741541730 | 2690-000 | | 8.51 | 539,747.73 |
| 08/17/23 | 300030 | PG&E | Acct. 86970291521 | 2690-000 | | 8.51 | 539,739.22 |
| 08/18/23 | 300031 | ProGuard Security Services Inc | Inv. 53890 | 2690-000 | | 17,297.28 | 522,441.94 |
| 08/18/23 | 300032 | Christopher Paddock | Inv. SFAIB01 - Alarm annunciator and camera systems repair | 2690-000 | | 700.00 | 521,741.94 |
| 08/21/23 | 300033 | PG&E | Acct. 47404001324 | 2690-000 | | 3,209.39 | 518,532.55 |
| 08/23/23 | 300034 | Fire King Fire Protection Inc. | Inv. 12464910 | 2690-000 | | 625.00 | 517,907.55 |
| 08/24/23 | 300035 | SF - Water | Acct 2768209966 | 2690-000 | | 171.17 | 517,736.38 |
| 08/24/23 | 300036 | SF - Water | Acct. 5749075153 | 2690-000 | | 35.72 | 517,700.66 |
| 08/28/23 | 300037 | SF - Water | Acct. 4142509326 | 2690-000 | | 188.32 | 517,512.34 |
| 08/29/23 | 300038 | Defense Logistics Specialist Corp. | Inv. 2275 | 2690-000 | | 5,268.70 | 512,243.64 |
| 08/30/23 | 300039 | ProGuard Security Services Inc | Inv. 53958 | 2690-000 | | 10,501.92 | 501,741.72 |

# Form 2
## Cash Receipts and Disbursements Record

| | |
|---|---|
| **Case Number:** | 23-30250 HLB |
| **Case Name:** | San Francisco Art Institute a California nonprofit public benefit corporation |
| **Taxpayer ID#:** | **-***6211 |
| **Period Ending:** | 11/30/23 |

| | |
|---|---|
| **Trustee:** | Paul J Mansdorf |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******8999 - Schwab 3651 Proceeds Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Direct Deposit<br>Account<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/23 | 300040 | SMM Facilities | 800 Chestnut - Cleanup and graffiti removal | 2690-000 | | 7,000.00 | 494,741.72 |

| | Receipts | Disbursements | Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 717,223.09 | 222,481.37 | **$494,741.72** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 717,223.09 | 222,481.37 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$717,223.09** | **$222,481.37** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Direct Deposit Account #<br>******0519** | 83,260.50 | 0.00 | 83,260.50 |
| **Direct Deposit Account #<br>******8980** | 1,936,783.75 | 745,664.74 | 1,191,119.01 |
| **Direct Deposit Account #<br>******8999** | 717,223.09 | 222,481.37 | 494,741.72 |
| **Direct Deposit Account #<br>******9510** | 679,799.00 | 183,685.71 | 496,113.29 |
| | **$3,417,066.34** | **$1,151,831.82** | **$2,265,234.52** |

**San Francisco Art Institute**
**Flagstar Bank- A/C XXXXXX0519**
**Bank Reconciliation**
**November 30, 2023**

| | Balance November 1, 2023 | Receipts | Disbursements | Balance November 30, 2023 |
|---|---|---|---|---|
| Per Bank | 83,260.50 | - | - | 83,260.50 |
| Outstanding- | | | | |
| Beginning | - | - | - | - |
| Ending | - | | - | - |
| | | | | - |
| Deposit in Transit | - | | - | - |
| Per Books | 83,260.50 | - | - | 83,260.50 |



**Flagstar Bank, N.A.**

565 Fifth Avenue
New York, New York 10017

Statement Period
From November 01, 2023
To November 30, 2023
Page 1 of 2

00000001 M2699SES120 11 000000000 8 161
SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLAND AVENUE SUITE 703
BERKELEY CA 94707          023

**PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018**

**See Back for Important Information**

Primary Account: ███████0519          0

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS
ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND
CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES
("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS,
"ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS
SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE
INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND
PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE
CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED
FEE SCHEDULE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| EPOSIT ACCOUNTS | | | |
| █████0519      BANKRUPTCY CHECKING | | 83,260.50 | 83,260.50 |
| RELATIONSHIP          TOTAL | | | 83,260.50 |



# Follow these steps to balance your check register

00000001-0024381-0000-0002-M2699SES120123024139-11-L

## 1
Update your checkbook register.

Please check to make sure you have entered all the transactions shown on the front of the statement.

## 2
In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of Deposit or Credit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Total A**

## 3
In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Total B**

## 4
To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance |  |
| Add Total A |  |
| Subtotal |  |
| Subtract Total B |  |
| Adjusted Statement Balance |  |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

## In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

## In Case of Errors or Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

## In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. August 2019- 800147



SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLAND AVENUE SUITE 703
BERKELEY CA  94707          023

**PRIVATE CLIENT GROUP 161**
**1400 BROADWAY, 26TH FLOOR**
**NEW YORK, NY 10018**

**Primary Account:** ████0519        0

BANKRUPTCY CHECKING        ████ 0519

PAUL MANSDORF AS TRUSTEE

Summary

Previous Balance as of November  01, 2023                                          83,260.50

There was no deposit activity during this statement period

Ending Balance as of   November  30, 2023                                          83,260.50



00000001-0024382-0002-0002-M2699SES120123024139-11-L

**San Francisco Art Institute**
**Flagstar Bank- A/C XXXXXX8980**
**Bank Reconciliation**
**November 30, 2023**

| | Balance November 1, 2023 | Receipts | Disbursements | Balance November 30, 2023 |
|---|---|---|---|---|
| Per Bank | 1,191,119.01 | - | - | 1,191,119.01 |
| Outstanding- | | | | |
| Beginning | - | - | - | - |
| Ending | - | | - | - |
| | | | | - |
| Deposit in Transit | - | | - | - |
| Per Books | 1,191,119.01 | - | - | 1,191,119.01 |



Flagstar Bank, N.A.

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From November 01, 2023**
**To November 30, 2023**

00000001 M2699SES120 07 000000000 8 161
SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLANO AVE, SUITE 703
BERKELEY CA 94707 023

**PRIVATE CLIENT GROUP 161**
**1400 BROADWAY, 26TH FLOOR**
**NEW YORK, NY 10018**

00000001-0024368-0001-0002-M2699SES120123024139-07-L

**See Back for Important Information**

**Primary Account:** [redacted]8980 0

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES ("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS, "ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S) AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED FEE SCHEDULE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| [redacted]EPOSIT ACCOUNTS | | | |
| 8980 | BANKRUPTCY CHECKING | 1,191,119.01 | 1,191,119.01 |
| RELATIONSHIP | TOTAL | | 1,191,119.01 |

# Follow these steps to balance your check register

| **1** | **2** | **3** | **4** |
|---|---|---|---|
| Update your checkbook register.<br><br>Please check to make sure you have entered all the transactions shown on the front of the statement. | In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off. | In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off. | To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement. |

**Section 2 table**

| Date of Deposit or Credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Section 3 table**

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Section 4 table**

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

## In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at: **Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

## In Case of Errors or Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

## In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. August 2019- 800147

Case: 23-30250    Doc# 152-1    Filed: 12/20/23    Entered: 12/20/23 16:14:09    Page 18 of 31



SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLANO AVE, SUITE 703
BERKELEY CA  94707          023

**PRIVATE CLIENT GROUP 161**
**1400 BROADWAY, 26TH FLOOR**
**NEW YORK, NY 10018**

Primary Account: ██████8980          0

BANKRUPTCY CHECKING          ████8980

PAUL MANSDORF AS TRUSTEE

Summary

Previous Balance as of November  01, 2023                    1,191,119.01

There was no deposit activity during this statement period

Ending Balance as of   November  30, 2023                    1,191,119.01



**San Francisco Art Institute**
**Flagstar Bank- A/C XXXXXX8999**
**Bank Reconciliation**
**November 30, 2023**

| | Balance November 1, 2023 | Receipts | Disbursements | Balance November 30, 2023 |
|---|---|---|---|---|
| Per Bank | 494,741.72 | - | - | 494,741.72 |
| Outstanding- | | | | |
| Beginning | - | - | - | - |
| Ending | - | | - | - |
| | | | | - |
| Deposit in Transit | - | | - | - |
| Per Books | 494,741.72 | - | - | 494,741.72 |

Outstanding Checks at 11/30/23-

| Payee | Check Date | Check Number | Amount |
|---|---|---|---|

No Outstanding Checks at 11/30/23



565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From November 01, 2023**
**To November 30, 2023**
**Page 1 of 2**

00000001 M2699SES120 08 000000000 8 161
SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLANO AVE, SUITE 703
BERKELEY CA 94707 023

**PRIVATE CLIENT GROUP 161**
**1400 BROADWAY, 26TH FLOOR**
**NEW YORK, NY 10018**

00000001-0024371-0001-0002-M2699SES1201230241 39-08-L

**See Back for Important Information**

**Primary Account: [redacted]8999 0**

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES ("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS, "ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S) AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED FEE SCHEDULE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| [redacted]EPOSIT ACCOUNTS | | | |
| 8999 | BANKRUPTCY CHECKING | 494,741.72 | 494,741.72 |
| RELATIONSHIP | TOTAL | | 494,741.72 |

# Follow these steps to balance your check register

| **1** |
|---|

Update your checkbook register.

Please check to make sure you have entered all the transactions shown on the front of the statement.

| **2** |
|---|

In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of Deposit or Credit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

| **3** |
|---|

In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

| **4** |
|---|

To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance |  |
| Add Total A |  |
| Subtotal |  |
| Subtract Total B |  |
| Adjusted Statement Balance |  |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

### In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at: **Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

### Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

### Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

### Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

### In Case of Errors or Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Agreement and Disclosure for additional information.

### In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. August 2019- 800147

0000000001-0024372-0000-0002-M2699SES1201230241439-08-L



SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLANO AVE, SUITE 703
BERKELEY CA 94707        023

**PRIVATE CLIENT GROUP 161**
**1400 BROADWAY, 26TH FLOOR**
**NEW YORK, NY 10018**

Primary Account: ████8999        0

BANKRUPTCY CHECKING        ████8999

PAUL MANSDORF AS TRUSTEE

Summary

Previous Balance as of November 01, 2023                                          494,741.72

There was no deposit activity during this statement period

Ending Balance as of  November 30, 2023                                           494,741.72



**San Francisco Art Institute**
**Flagstar Bank- A/C XXXXXX9510**
**Bank Reconciliation**
**November 30, 2023**

| | Balance November 1, 2023 | Receipts | Disbursements | Balance November 30, 2023 |
|---|---|---|---|---|
| Per Bank | 558,743.90 | - | (41,463.10) | 517,280.80 |
| Outstanding- | | | | |
| Beginning | (26,013.75) | - | 26,013.75 | - |
| Ending | | | (21,167.51) | (21,167.51) |
| | | | | - |
| Deposit in Transit | - | | - | - |
| Per Books | 532,730.15 | - | (36,616.86) | 496,113.29 |

Outstanding Checks-

| Payee | Check Date | Check Number | Check Amount |
|---|---|---|---|
| Leo's Glass Windows & Doors | 11/9/23 | 1030 | 1,225.00 |
| PG&E | 11/20/23 | 1036 | 2,314.44 |
| Vital Records Control | 11/22/23 | 1037 | 3,500.00 |
| SF-Water | 11/27/23 | 1038 | 154.42 |
| SF-Water | 11/27/23 | 1039 | 34.64 |
| SF-Water | 11/28/23 | 1042 | 384.79 |
| Defense Logistics Specialist Corp | 11/29/23 | 1040 | 6,707.00 |
| Defense Logistics Specialist Corp | 11/29/23 | 1041 | 6,847.22 |
| | | | 21,167.51 |



565 Fifth Avenue
New York, New York 10017

00000001 M2699SES120 67 000000000 9 161
SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE #23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLAND AVENUE SUITE 703
BERKELEY CA 94707          023

**PRIVATE CLIENT GROUP 161**
**1400 BROADWAY, 26TH FLOOR**
**NEW YORK, NY 10018**

**See Back for Important Information**

Primary Account: ████ 9510          12

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS
ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND
CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES
("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS,
"ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS
SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE
INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND
PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE
CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED
FEE SCHEDULE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| EPOSIT ACCOUNTS | | | |
| ██ 9510 | BANKRUPTCY CHECKING | 558,743.90 | 517,280.80 |
| RELATIONSHIP | TOTAL | | 517,280.80 |



Case: 23-30250   Doc# 152-1   Filed: 12/20/23   Entered: 12/20/23 16:14:09   Page 25 of 31

# Follow these steps to balance your check register

00000001-0045201-0000-0005-M2699SES120123024139-67-L

| 1 |
|---|

Update your checkbook register.

Please check to make sure you have entered all the transactions shown on the front of the statement.

| 2 |
|---|

In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of Deposit or Credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

| 3 |
|---|

In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

| 4 |
|---|

To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

## In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at: **Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

## In Case of Errors or Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to transactions in Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

## In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

### What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. August 2019- 800147



SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE #23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLAND AVENUE SUITE 703
BERKELEY CA  94707          023

**PRIVATE CLIENT GROUP 161**
**1400 BROADWAY, 26TH FLOOR**
**NEW YORK, NY 10018**

Primary Account: 9510          12

BANKRUPTCY CHECKING          9510

PAUL MANSDORF AS TRUSTEE

Summary

| | |
|---|---:|
| Previous Balance as of November  01, 2023 | 558,743.90 |
| 13 Debits | 41,463.10 |
| Ending Balance as of   November  30, 2023 | 517,280.80 |

Withdrawals and Other Debits
Nov 30  MISC DEBIT                                                              902.49
        KCC, LLC      BANK AND TECHNOLOGY SERVICES FEE

Checks by Serial Number

| | | | | | |
|---|---|---:|---|---|---:|
| Nov 03 | 1018 | 6,378.30 | Nov 20 | 1029 | 6,426.56 |
| Nov 03 | 1019 | 6,377.54 | Nov 24 | 1031 * | 6,813.59 |
| Nov 10 | 1023 * | 6,399.58 | Nov 28 | 1032 | 180.00 |
| Nov 15 | 1026 * | 487.25 | Nov 29 | 1033 | 8.50 |
| Nov 20 | 1027 | 6,371.08 | Nov 29 | 1034 | 8.21 |
| Nov 24 | 1028 | 750.00 | Nov 22 | 1035 | 360.00 |

                * Indicates break in check sequence

Daily Balances

| | | | | |
|---|---:|---|---|---:|
| Oct 31 | 558,743.90 | | Nov 22 | 525,943.59 |
| Nov 03 | 545,988.06 | | Nov 24 | 518,380.00 |
| Nov 10 | 539,588.48 | | Nov 28 | 518,200.00 |
| Nov 15 | 539,101.23 | | Nov 29 | 518,183.29 |
| Nov 20 | 526,303.59 | | Nov 30 | 517,280.80 |









| 11/03/23 | 1018 | 6,378.30 | | 11/10/23 | 1023 | 6,399.58 |







| 11/03/23 | 1019 | 6,377.54 | | 11/15/23 | 1026 | 487.25 |

00000001-0045203-0003-0005-M2699SES120123024139-67-L



00000001-0045204-0004-0005-M2699SES1201230241139-67-L



11/20/23     1027     6,371.08



11/20/23     1029     6,426.56



11/24/23     1028     750.00



11/24/23     1031     6,813.59



0000000001-0045205-0005-0005-M2699SES120123024139-67-L



11/28/23    1032    180.00



11/29/23    1034    8.21



11/29/23    1033    8.50



11/22/23    1035    360.00

**SAN FRANCISCO ART INSTITUTE**
**CHAPTER 7 MONTHLY OPERATING REPORT DISCLOSURE STATEMENT**
**CASE NO. 23-30250 HLB**
**FOR THE MONTH OF NOVEMBER 2023**


The Debtor filed a Chapter 7 bankruptcy petition on April 19, 2023. This Chapter 7 operating report is being filed pursuant to the Order Authorizing Limited Operating of Business Under 11 U.S.C. Section 721 dated May 18, 2023.

Asset values included in Part 2 except for cash are the Debtor's scheduled values for assets that are expected to have realizable value. The Trustee is currently investigating the Debtor's assets and values will be adjusted in future reports, if necessary.

Liability values included in Part 2 are the claims included on the bankruptcy schedules filed by the Debtor and the post-petition professional fees accrued through November 30, 2023. The Trustee is currently investigating the Debtor's claims and values will be adjusted in future reports, if necessary.

The reorganization amount in Part 4, line J represents accrued post-petition professional fees of the Trustee and the Trustee's professionals. The amounts are subject to Court approval prior to payment.