# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******9510 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/23 | Asset #20 | Network for Good | NEG Grant Check | 1129-000 | 100.00 | | 100.00 |
| 04/27/23 | Asset #1 | SVB Private | Proceeds from banking | 1129-000 | 9.35 | | 109.35 |
| 04/27/23 | Asset #30 | SVB Private | Proceeds from banking | 1129-000 | 69.11 | | 178.46 |
| 06/06/23 | Asset #36 | HUB International Limited | Insurance refund | 1229-000 | 7,987.69 | | 8,166.15 |
| 06/14/23 | Asset #39 | Educational & Institutional Cooperative Services Inc. | Misc. refund | 1229-000 | 27.47 | | 8,193.62 |
| 06/14/23 | Asset #18 | United States Treasury | Tax refund | 1129-000 | 12,241.03 | | 20,434.65 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.91 | 20,413.74 |
| 07/12/23 | Asset #40 | BNIM | Incoming wire - Ralph Horne Trust distribution | 1229-000 | 115,107.31 | | 135,521.05 |
| 07/28/23 | 1001 | PG&E | 4740400132-4 | 2690-000 | | 6,203.54 | 129,317.51 |
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.74 | 129,164.77 |
| 08/07/23 | Asset #39 | BNIM | Incoming wire - misc refund | 1229-000 | 306.56 | | 129,471.33 |
| 08/07/23 | Asset #39 | Guardian | Misc. refund | 1229-000 | 12.00 | | 129,483.33 |
| 08/15/23 | Asset #39 | Educational Institutional Cooperative Services, Inc. | Misc. refund | 1229-000 | 99.67 | | 129,583.00 |
| 08/17/23 | Asset #39 | BNIM | Incoming wire - misc refund | 1229-000 | 8.05 | | 129,591.05 |

# Form 2
# Cash Receipts and Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 23-30250 HLB | **Trustee:** | Paul J Mansdorf |
| **Case Name:** | San Francisco Art Institute a California nonprofit public benefit corporation | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******9510 - Checking |
| **Taxpayer ID#:** | **-***6211 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/31/23 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/23 | Asset #39 | BILL COMINC | Refund from funds on hand at a payment processor | 1229-000 | 3,245.00 | | 132,836.05 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.37 | 132,614.68 |
| 09/05/23 | Asset #39 | Verizon | Misc. refund | 1229-000 | 90.20 | | 132,704.88 |
| 09/05/23 | 1002 | Defense Logistics Specialist Corp. | Inv. 2283 | 2690-000 | | 6,033.26 | 126,671.62 |
| 09/07/23 | 1003 | Townsend Maintenance Co. LLC | Inv. 9-23-97 | 2690-000 | | 750.00 | 125,921.62 |
| 09/08/23 | Asset #39 | ABM Industries Inc. | Misc. refund | 1229-000 | 4,890.00 | | 130,811.62 |
| 09/12/23 | 1004 | Defense Logistics Specialist Corp. | Inv. 2296 | 2690-000 | | 6,874.39 | 123,937.23 |
| 09/13/23 | 1005 | Trustee Insurance Agency, Inc. | GL renewal - Inv. 2656-1686 | 2690-000 | | 6,265.80 | 117,671.43 |
| 09/14/23 | Asset #39 | SVB Private | Misc. incidental remaining funds in banking close-out | 1229-000 | 187.19 | | 117,858.62 |
| 09/15/23 | 1006 | PG&E | 86970291521 | 2690-000 | | 9.40 | 117,849.22 |
| 09/15/23 | 1007 | PG&E | 83741541730 | 2690-000 | | 9.40 | 117,839.82 |
| 09/18/23 | 1008 | Recology Golden Gate | Acct. A0010000679 | 2690-000 | | 1,271.78 | 116,568.04 |
| 09/19/23 | 1009 | Defense Logistics Specialist Corp. | Inv. 2305 | 2690-000 | | 6,176.14 | 110,391.90 |

# Form 2
# Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******9510 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/23 | | Hub International Insurance | 12 month mural insurance payment (vendor would not offer financing or installments on renewal) | 2990-000 | | 63,258.00 | 47,133.90 |
| 09/29/23 | Asset #18 | United States Treasury | ERC Payment | 1129-000 | 243,596.09 | | 290,729.99 |
| 09/29/23 | Asset #18 | United States Treasury | ERC Payment | 1129-000 | 279,603.34 | | 570,333.33 |
| 09/29/23 | 1010 | Defense Logistics Specialist Corp. | Invoice 2316 | 2690-000 | | 6,398.82 | 563,934.51 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.69 | 563,724.82 |
| 10/02/23 | 1011 | Trustee Insurance Agency, Inc. | Inv. 26561803 - excess liability endorsement | 2690-000 | | 1,289.75 | 562,435.07 |
| 10/02/23 | 1012 | PG&E | 4740400132-4 | 7100-000 | | 3,366.16 | 559,068.91 |
| 10/02/23 | 1013 | SF - Water | 5749075153 | 2690-000 | | 35.50 | 559,033.41 |
| 10/02/23 | 1014 | SF - Water | 2768209966 | 2690-000 | | 156.28 | 558,877.13 |
| 10/02/23 | 1015 | Defense Logistics Specialist Corp. | Inv. 2327 | 2690-000 | | 6,387.42 | 552,489.71 |
| 10/02/23 | 1016 | Townsend Maintenance Co. LLC | Inv. 10-23-120 | 2690-000 | | 750.00 | 551,739.71 |
| 10/02/23 | 1017 | SF - Water | Acct 4142509326 | 2690-000 | | 196.47 | 551,543.24 |
| 10/10/23 | 1018 | Defense Logistics Specialist Corp. | Inv. 2344 | 2690-000 | | 6,378.30 | 545,164.94 |
| 10/16/23 | 1019 | Defense Logistics Specialist Corp. | Inv. 2352 | 2690-000 | | 6,377.54 | 538,787.40 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******9510 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/16/23 | 1020 | PG&E | 86970291521 | 2690-000 | | 8.81 | 538,778.59 |
| 10/16/23 | 1021 | PG&E | 83741541730 | 2690-000 | | 10.43 | 538,768.16 |
| 10/20/23 | 1022 | PG&E | 47404001324 | 2690-000 | | 3,871.06 | 534,897.10 |
| 10/24/23 | 1023 | Defense Logistics Specialist Corp. | Inv. 2377 | 2690-000 | | 6,399.58 | 528,497.52 |
| 10/26/23 | 1024 | SF - Water | 2768209966 | 2690-001 | | 34.21 | 528,463.31 |
| 10/26/23 | 1025 | SF - Water | 2768209966 | 2690-000 | | 154.89 | 528,308.42 |
| 10/27/23 | 1026 | Premier Locksmith | Emergency repair on vandalized locks | 2990-000 | | 487.25 | 527,821.17 |
| 10/30/23 | Asset #18 | US Treasury | ERC Check | 1129-000 | 12,218.94 | | 540,040.11 |
| 10/30/23 | 1027 | Defense Logistics Specialist Corp. | Inv. 2391 | 2690-000 | | 6,371.08 | 533,669.03 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 938.88 | 532,730.15 |
| 11/03/23 | 1028 | Townsend Maintenance Co. LLC | Inv. 11-23-130 | 2690-000 | | 750.00 | 531,980.15 |
| 11/06/23 | 1029 | Defense Logistics Specialist Corp. | Inv. 2399 | 2690-000 | | 6,426.56 | 525,553.59 |
| 11/09/23 | 1030 | Leo's Glass Window & Doors | Inv. 2388 | 2690-000 | | 1,225.00 | 524,328.59 |
| 11/13/23 | 1031 | Defense Logistics Specialist Corp. | Inv. 2413 | 2690-000 | | 6,813.59 | 517,515.00 |
| 11/14/23 | 1032 | Silverback Networks, Inc. | Inv. 20267 (Preservation of debtor emails) | 2690-000 | | 180.00 | 517,335.00 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******9510 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/23 | 1033 | PG&E | Acct 83741541730 | 2690-000 | | 8.50 | 517,326.50 |
| 11/15/23 | 1034 | PG&E | Act 86970291521 | 2690-000 | | 8.21 | 517,318.29 |
| 11/16/23 | 1035 | Premier Locksmith | Inv. 07599 | 2990-000 | | 360.00 | 516,958.29 |
| 11/20/23 | 1036 | PG&E | 47404001324 | 2690-000 | | 2,314.44 | 514,643.85 |
| 11/22/23 | 1037 | Vital Records Control | Per Order Doc. 132 - Admin Rent | 2990-000 | | 3,500.00 | 511,143.85 |
| 11/27/23 | 1038 | SF - Water | 2768209966 | 2690-000 | | 154.42 | 510,989.43 |
| 11/27/23 | 1039 | SF - Water | 5749075153 | 2690-000 | | 34.64 | 510,954.79 |
| 11/28/23 | 1042 | SF - Water | #4142509326 | 2690-000 | | 384.79 | 510,570.00 |
| 11/29/23 | 1040 | Defense Logistics Specialist Corp. | Inv. 2435 | 2690-000 | | 6,707.00 | 503,863.00 |
| 11/29/23 | 1041 | Defense Logistics Specialist Corp. | Inv. 2443 | 2690-000 | | 6,847.22 | 497,015.78 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 902.49 | 496,113.29 |
| 12/01/23 | 1043 | Trustee Insurance Agency, Inc. | Inv. 2656-2072 - Required insurance re: PSA and lease | 2690-000 | | 369,748.66 | 126,364.63 |
| 12/04/23 | 1044 | Townsend Maintenance Co. LLC | Inv. 12-23-124 | 2690-000 | | 750.00 | 125,614.63 |
| 12/04/23 | 1045 | Defense Logistics Specialist Corp. | Inv. 2467 | 2690-000 | | 6,538.66 | 119,075.97 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******9510 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/11/23 | 1046 | Defense Logistics Specialist Corp. | Inv. 2473 | 2690-000 | | 6,375.26 | 112,700.71 |
| 12/11/23 | 1047 | Recology Golden Gate | Inv. 392967, acct A0010000679 | 2690-000 | | 1,271.78 | 111,428.93 |
| 12/15/23 | 1048 | PG&E | 86970291521 | 2690-000 | | 9.69 | 111,419.24 |
| 12/15/23 | 1049 | PG&E | 83741541730 | 2690-000 | | 15.54 | 111,403.70 |
| 12/18/23 | 1050 | Defense Logistics Specialist Corp.533 Airport Blvd.4th FloorBurlingame, CA 94010 | Inv. 2489 | 2690-000 | | 6,398.44 | 105,005.26 |
| 12/21/23 | 1051 | PG&E | Acct. 47404001324 | 2690-000 | | 2,305.87 | 102,699.39 |
| 12/22/23 | 1052 | Silverback Networks, Inc. | Inv. 20415 - Email server preservation | 2690-000 | | 780.00 | 101,919.39 |
| 12/28/23 | 1053 | Defense Logistics Specialist Corp. | Inv. 2508 | 2690-000 | | 6,374.12 | 95,545.27 |
| 12/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 384.72 | 95,160.55 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **679,799.00** | **584,638.45** | **$95,160.55** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **679,799.00** | **584,638.45** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$679,799.00** | **$584,638.45** | |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB

**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation

**Taxpayer ID#:** **-***6211

**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf

**Bank Name:** Flagstar Bank, N.A.

**Account:** ******0519 - SVB 8530 Proceeds Account

**Blanket Bond:** $5,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/23 | Asset #31 | SVB Private | Proceeds from banking | 1129-000 | 83,260.50 | | 83,260.50 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **83,260.50** | **0.00** | **$83,260.50** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **83,260.50** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$83,260.50** | **$0.00** | |

# Form 2
# Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******8980 - Schwab 5231 Proceeds Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/23 | Asset #32 | THE SAN FRANCISCO ART INSTITUT | Incoming wire - Proceeds from 5234 Account | 1129-000 | 1,936,783.75 | | 1,936,783.75 |
| 07/25/23 | 200001 | Bernard Osher Foundation | Per Order Doc 95 | 7100-000 | | 745,664.74 | 1,191,119.01 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,936,783.75** | **745,664.74** | **$1,191,119.01** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **1,936,783.75** | **745,664.74** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,936,783.75** | **$745,664.74** | |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******8999 - Schwab 3651 Proceeds Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/23 | Asset #33 | THE SAN FRANCISCO ART INSTITUT | Incoming wire - Proceeds from 3651 Account | 1129-000 | 717,223.09 | | 717,223.09 |
| 06/15/23 | 300001 | Townsend Maintenance Co. LLC | Inv 6-23-117 property maintenance | 2690-000 | | 750.00 | 716,473.09 |
| 06/15/23 | 300002 | IPFS Corporation of California | CAF-D21937 Premium | 2690-000 | | 11,805.10 | 704,667.99 |
| 06/15/23 | 300003 | ProGuard Security Services Inc | 6/8 Statement - Services from petition date to 6/8 | 2690-000 | | 56,591.09 | 648,076.90 |
| 06/15/23 | 300004 | D.C. Lock & Security | Inv. 80037 - SFAI locksmith services | 2690-000 | | 530.85 | 647,546.05 |
| 06/15/23 | 300005 | Trustee Insurance Agency, Inc. | Inv. 2656-1174 - Premises insurance 800 Chestnut | 2690-000 | | 14,244.32 | 633,301.73 |
| 06/23/23 | 300006 | Premier Locksmith | Inv. 09799 - Boiler Room lock repair | 2690-000 | | 389.49 | 632,912.24 |
| 06/23/23 | 300007 | Townsend Maintenance Co. LLC | Inv. 5-23-331 - Janitorial Service | 2690-000 | | 375.00 | 632,537.24 |
| 06/23/23 | 300008 | PG&E | 8697029152-1 - Utility Invoice | 2690-000 | | 362.26 | 632,174.98 |
| 06/23/23 | 300009 | PG&E | 8374154173-0 Utility Service | 2690-000 | | 551.26 | 631,623.72 |
| 06/24/23 | 300010 | ProGuard Security Services Inc | Inv. 53340 - 6/23/23 invoice | 2690-000 | | 17,297.28 | 614,326.44 |
| 06/27/23 | 300011 | SF - Water | Acct. 2768209966 | 2690-000 | | 311.97 | 614,014.47 |
| 06/27/23 | 300012 | SF - Water | Acct. 5749075153 | 2690-000 | | 225.34 | 613,789.13 |
| 06/30/23 | 300013 | PG&E | Acct.#4740400132-4 | 2690-000 | | 1,322.71 | 612,466.42 |

# Form 2
# Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******8999 - Schwab 3651 Proceeds Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/23 | 300014 | Townsend Maintenance Co. LLC | Invoice 7-23-96 | 2690-000 | | 750.00 | 611,716.42 |
| 07/11/23 | 300015 | IPFS Corporation | CAF-D21937 Premium | 2690-000 | | 5,621.48 | 606,094.94 |
| 07/11/23 | 300016 | Recology Golden Gate | A0010000679 | 2690-000 | | 1,271.78 | 604,823.16 |
| 07/17/23 | 300017 | IPFS Corporation | CAF-D21937 Premium | 2690-000 | | 5,621.48 | 599,201.68 |
| 07/18/23 | 300018 | ProGuard Security Services Inc | Inv. 53434 | 2690-000 | | 17,281.84 | 581,919.84 |
| 07/19/23 | 300019 | PG&E | 8697029152-1 | 2690-000 | | 9.39 | 581,910.45 |
| 07/19/23 | 300020 | PG&E | 8374154173-0 | 2690-000 | | 9.39 | 581,901.06 |
| 07/24/23 | 300021 | PG&E | 4740400132-4 | 2690-000 | | 4,878.52 | 577,022.54 |
| 07/28/23 | 300022 | SF - Water | 5749075153 | 2690-000 | | 42.85 | 576,979.69 |
| 07/28/23 | 300023 | ProGuard Security Services Inc | Inv. 53627 | 2690-000 | | 17,297.28 | 559,682.41 |
| 07/28/23 | 300024 | SF - Water | 2768209966 | 2690-000 | | 100.87 | 559,581.54 |
| 07/31/23 | 300025 | SF - Water | 4142509326 | 2690-000 | | 510.36 | 559,071.18 |
| 08/07/23 | 300026 | ProGuard Security Services Inc | Inv. 53715 | 2690-000 | | 17,293.16 | 541,778.02 |
| 08/07/23 | 300027 | Townsend Maintenance Co. LLC | Inv. 8-23-123 | 2690-000 | | 750.00 | 541,028.02 |
| 08/10/23 | 300028 | Recology Golden Gate | Inv. 390722 | 2690-000 | | 1,271.78 | 539,756.24 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******8999 - Schwab 3651 Proceeds Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/23 | 300029 | PG&E | Acct. 83741541730 | 2690-000 | | 8.51 | 539,747.73 |
| 08/17/23 | 300030 | PG&E | Acct. 86970291521 | 2690-000 | | 8.51 | 539,739.22 |
| 08/18/23 | 300031 | ProGuard Security Services Inc | Inv. 53890 | 2690-000 | | 17,297.28 | 522,441.94 |
| 08/18/23 | 300032 | Christopher Paddock | Inv. SFAIB01 - Alarm annunciator and camera systems repair | 2690-000 | | 700.00 | 521,741.94 |
| 08/21/23 | 300033 | PG&E | Acct. 47404001324 | 2690-000 | | 3,209.39 | 518,532.55 |
| 08/23/23 | 300034 | Fire King Fire Protection Inc. | Inv. 12464910 | 2690-000 | | 625.00 | 517,907.55 |
| 08/24/23 | 300035 | SF - Water | Acct 2768209966 | 2690-000 | | 171.17 | 517,736.38 |
| 08/24/23 | 300036 | SF - Water | Acct. 5749075153 | 2690-000 | | 35.72 | 517,700.66 |
| 08/28/23 | 300037 | SF - Water | Acct. 4142509326 | 2690-000 | | 188.32 | 517,512.34 |
| 08/29/23 | 300038 | Defense Logistics Specialist Corp. | Inv. 2275 | 2690-000 | | 5,268.70 | 512,243.64 |
| 08/30/23 | 300039 | ProGuard Security Services Inc | Inv. 53958 | 2690-000 | | 10,501.92 | 501,741.72 |

Case: 23-30250 Doc# 156-1 Filed: 01/18/24 Entered: 01/18/24 18:34:29 Page 11 of 33

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-30250 HLB
**Case Name:** San Francisco Art Institute a California nonprofit public benefit corporation
**Taxpayer ID#:** **-***6211
**Period Ending:** 12/31/23

**Trustee:** Paul J Mansdorf
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******8999 - Schwab 3651 Proceeds Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/23 | 300040 | SMM Facilities | 800 Chestnut - Cleanup and graffiti removal | 2690-000 | | 7,000.00 | 494,741.72 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **717,223.09** | **222,481.37** | **$494,741.72** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **717,223.09** | **222,481.37** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$717,223.09** | **$222,481.37** | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******0519** | **83,260.50** | **0.00** | **83,260.50** |
| **Checking # ******8980** | **1,936,783.75** | **745,664.74** | **1,191,119.01** |
| **Checking # ******8999** | **717,223.09** | **222,481.37** | **494,741.72** |
| **Checking # ******9510** | **679,799.00** | **584,638.45** | **95,160.55** |
| | **$3,417,066.34** | **$1,552,784.56** | **$1,864,281.78** |

**San Francisco Art Institute**
**Flagstar Bank- A/C XXXXXX0519**
**Bank Reconciliation**
**December 31, 2023**

| | Balance December 1, 2023 | Receipts | Disbursements | Balance December 31, 2023 |
|---|---|---|---|---|
| Per Bank | 83,260.50 | - | - | 83,260.50 |
| Outstanding- | | | | |
| Beginning | - | - | - | - |
| Ending | - | | - | - |
| | | | | - |
| Deposit in Transit | - | | - | - |
| Per Books | 83,260.50 | - | - | 83,260.50 |



565 Fifth Avenue
New York, New York 10017

00000001 M2699SES123 35 000000000 8 161
SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLAND AVENUE SUITE 703
BERKELEY CA 94707 023

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

00000001-0024186-0001-0002-M2699SES123023030158-35-L

See Back for Important Information

**Primary Account:** [redacted]0519 0

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON, AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS, AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER. REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW. ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL RECORDS.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| [redacted]EPOSIT ACCOUNTS | | | |
| 0519 | BANKRUPTCY CHECKING | 83,260.50 | 83,260.50 |
| RELATIONSHIP | TOTAL | | 83,260.50 |

# Follow these steps to balance your check register

**1**

Update your checkbook register.

Please check to make sure you have entered all the transactions shown on the front of the statement.

**2**

In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of Deposit or Credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**3**

In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**4**

To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

## In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

## In Case of Errors or Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

## In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. August 2019- 800147

00000001-0024187-0000-0002-M2699SES12302303O158-35-L



Statement Period
From December 01, 2023
To December 31, 2023

SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLAND AVENUE SUITE 703
BERKELEY CA 94707 023

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

00000001-0024188-0002-0002-M2699SES123023030158-35-L

Primary Account: [redacted]0519 0

BANKRUPTCY CHECKING [redacted]0519

PAUL MANSDORF AS TRUSTEE

Summary

| | |
|---|---|
| Previous Balance as of December 01, 2023 | 83,260.50 |
| There was no deposit activity during this statement period | |
| Ending Balance as of December 31, 2023 | 83,260.50 |

**San Francisco Art Institute**
**Flagstar Bank- A/C XXXXXX8980**
**Bank Reconciliation**
**December 31, 2023**

| | Balance December 1, 2023 | Receipts | Disbursements | Balance December 31, 2023 |
|---|---|---|---|---|
| Per Bank | 1,191,119.01 | - | - | 1,191,119.01 |
| Outstanding- | | | | |
| Beginning | - | - | - | - |
| Ending | - | | - | - |
| | | | | - |
| Deposit in Transit | - | | - | - |
| Per Books | 1,191,119.01 | - | - | 1,191,119.01 |



565 Fifth Avenue
New York, New York 10017

Statement Period
From December 01, 2023
To December 31, 2023
Page 1 of 2

00000001 M2699SES123 32 000000000 8 161
SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLANO AVE, SUITE 703
BERKELEY CA 94707 023

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

00000001-0024177-0001-0002-M2699SES123023030158-32-L

See Back for Important Information

Primary Account: [redacted]8980 0

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON, AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE. AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS, AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER. REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW. ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL RECORDS.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| [redacted]8980 | BANKRUPTCY CHECKING | 1,191,119.01 | 1,191,119.01 |
| RELATIONSHIP | TOTAL | | 1,191,119.01 |



# Follow these steps to balance your check register

**1**

Update your checkbook register.

Please check to make sure you have entered all the transactions shown on the front of the statement.

**2**

In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of Deposit or Credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**3**

In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**4**

To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

00000001-0024178-0000-0002-M2699SES1230230158-32-L

## In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

## In Case of Errors or Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

## In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. August 2019- 800147



Flagstar Bank, N.A.

SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLANO AVE, SUITE 703
BERKELEY CA 94707 023

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

00000001-0024179-0002-0002-M2699SES123023030158-32-L

Primary Account: [redacted]8980 0

BANKRUPTCY CHECKING [redacted]8980

PAUL MANSDORF AS TRUSTEE

Summary

| | |
|---|---|
| Previous Balance as of December 01, 2023 | 1,191,119.01 |
| There was no deposit activity during this statement period | |
| Ending Balance as of December 31, 2023 | 1,191,119.01 |



**San Francisco Art Institute**
**Flagstar Bank- A/C XXXXXX8999**
**Bank Reconciliation**
**December 31, 2023**

| | Balance December 1, 2023 | Receipts | Disbursements | Balance December 31, 2023 |
|---|---|---|---|---|
| Per Bank | 494,741.72 | - | - | 494,741.72 |
| Outstanding- | | | | |
| Beginning | - | - | - | - |
| Ending | - | | - | - |
| | | | | - |
| Deposit in Transit | - | | - | - |
| Per Books | 494,741.72 | - | - | 494,741.72 |

Outstanding Checks at 12/31/23-

| Payee | Check Date | Check Number | Amount |
|---|---|---|---|

No Outstanding Checks at 12/31/23



565 Fifth Avenue
New York, New York 10017

Statement Period
From December 01, 2023
To December 31, 2023

00000001 M2699SES123 33 000000000 8 161
SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLANO AVE, SUITE 703
BERKELEY CA 94707 023

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

00000001-0024180-0001-0002-M2699SES1230230158-33-L

See Back for Important Information

**Primary Account:** [redacted]8999 0

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON, AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE. AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS, AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER. REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW. ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL RECORDS.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| EPOSIT ACCOUNTS | | | |
| 8999 BANKRUPTCY CHECKING | | 494,741.72 | 494,741.72 |
| RELATIONSHIP | TOTAL | | 494,741.72 |



# Follow these steps to balance your check register

**1**

Update your checkbook register.

Please check to make sure you have entered all the transactions shown on the front of the statement.

**2**

In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of Deposit or Credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**3**

In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**4**

To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

00000001-0024181-0000-0002-M2699SES123023030158-33-L

## In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

## In Case of Errors or Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

## In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. August 2019- 800147



SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE# 23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLANO AVE, SUITE 703
BERKELEY CA 94707 023

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

00000001-0024182-0002-0002-M2699SES12302303O158-33-L

**Primary Account:** [redacted]8999 0

BANKRUPTCY CHECKING [redacted]8999

PAUL MANSDORF AS TRUSTEE

Summary

| | |
|---|---|
| Previous Balance as of December 01, 2023 | 494,741.72 |
| There was no deposit activity during this statement period | |
| Ending Balance as of December 31, 2023 | 494,741.72 |



**San Francisco Art Institute**
**Flagstar Bank- A/C XXXXXX9510**
**Bank Reconciliation**
**December 31, 2023**

| | Balance December 1, 2023 | Receipts | Disbursements | Balance December 31, 2023 |
|---|---|---|---|---|
| Per Bank | 517,280.80 | - | (409,160.26) | 108,120.54 |
| Outstanding- | | | | |
| Beginning | (21,167.51) | - | 21,167.51 | - |
| Ending | | | (12,959.99) | (12,959.99) |
| | | | | - |
| Deposit in Transit | - | | - | - |
| Per Books | 496,113.29 | - | (400,952.74) | 95,160.55 |

Outstanding Checks-

| Payee | Check Date | Check Number | Check Amount |
|---|---|---|---|
| Vital Records Control | 11/22/23 | 1037 | 3,500.00 |
| PG&E | 12/21/23 | 1051 | 2,305.87 |
| Silvverback Networks, Inc | 12/22/23 | 1052 | 780.00 |
| Defense Logistics Specialist Corp | 12/28/23 | 1053 | 6,374.12 |
| | | | 12,959.99 |



Flagstar Bank, N.A.

565 Fifth Avenue
New York, New York 10017

**Statement Period**
**From December 01, 2023**
**To December 31, 2023**

00000001 M2699SES123 20 000000000 9 161
SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE #23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLAND AVENUE SUITE 703
BERKELEY CA 94707 023

**PRIVATE CLIENT GROUP 161**
**1400 BROADWAY, 26TH FLOOR**
**NEW YORK, NY 10018**

00000001-0044911-0001-0006-M2699SES12302303 0158-20-L

**See Back for Important Information**

**Primary Account:** [redacted]**9510** **15**

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON, AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE. AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS, AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER. REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW. ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL RECORDS.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| EPOSIT ACCOUNTS | | | |
| [redacted]9510 | BANKRUPTCY CHECKING | 517,280.80 | 108,120.54 |
| RELATIONSHIP | TOTAL | | 108,120.54 |



# Follow these steps to balance your check register

**1**

Update your checkbook register.

Please check to make sure you have entered all the transactions shown on the front of the statement.

**2**

In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of Deposit or Credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**3**

In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**4**

To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

## In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

## In Case of Errors or Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

## In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. August 2019- 800147

00000001-0044912-0000-0006-M2699SES123023030158-20-L



Flagstar Bank, N.A.

SAN FRANCISCO ART INSTITUTE A CALIFORNIA
NONPROFIT PUBLIC BENEFIT CORPORATION
DEBTOR CASE #23-30250
PAUL MANSDORF AS TRUSTEE
1569 SOLAND AVENUE SUITE 703
BERKELEY CA 94707 023

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

00000001-0044913-0002-0006-M2699SES12302030158-20-L

Primary Account: [redacted]9510 15

BANKRUPTCY CHECKING [redacted]9510

PAUL MANSDORF AS TRUSTEE

Summary

| | |
|---|---|
| Previous Balance as of December 01, 2023 | 517,280.80 |
| 16 Debits | 409,160.26 |
| Ending Balance as of December 31, 2023 | 108,120.54 |

Withdrawals and Other Debits

| | | |
|---|---|---|
| Dec 29 | MISC DEBIT<br>KCC, LLC BANK AND TECHNOLOGY SERVICES FEE | 384.72 |

Checks by Serial Number

| | | | | | |
|---|---|---|---|---|---|
| Dec 04 | 1030 | 1,225.00 | Dec 14 | 1044 | 750.00 |
| Dec 06 | 1036 * | 2,314.44 | Dec 08 | 1045 | 6,538.66 |
| Dec 04 | 1038 * | 154.42 | Dec 28 | 1046 | 6,375.26 |
| Dec 04 | 1039 | 34.64 | Dec 22 | 1047 | 1,271.78 |
| Dec 04 | 1040 | 6,707.00 | Dec 26 | 1048 | 9.69 |
| Dec 04 | 1041 | 6,847.22 | Dec 26 | 1049 | 15.54 |
| Dec 04 | 1042 | 384.79 | Dec 28 | 1050 | 6,398.44 |
| Dec 08 | 1043 | 369,748.66 | | | |

* Indicates break in check sequence

Daily Balances

| | | | |
|---|---|---|---|
| Nov 30 | 517,280.80 | Dec 22 | 121,304.19 |
| Dec 04 | 501,927.73 | Dec 26 | 121,278.96 |
| Dec 06 | 499,613.29 | Dec 28 | 108,505.26 |
| Dec 08 | 123,325.97 | Dec 29 | 108,120.54 |
| Dec 14 | 122,575.97 | | |





00000001-0044914-0003-0006-M2699SES123023030158-20-L

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1030
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
INV. 2388
DATE: November 09, 2023
$********1,225.00
ONE THOUSAND TWO HUNDRED TWENTY FIVE DOLLARS AND 0/100
Pay to the Order Of LEO'S GLASS WINDOW & DOORS
PO BOX 11441
SAN RAFAEL, CA 94912
PAUL J MANSDORF, TRUSTEE

2 12012023 103634 2 4 12/01/2023 08:53:04.000
FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1038
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
2768209966
DATE: November 27, 2023
$*********154.42
ONE HUNDRED FIFTY FOUR DOLLARS AND 42/100
Pay to the Order Of SF - WATER
PAUL J MANSDORF, TRUSTEE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

12/04/23 1030 1,225.00

12/04/23 1038 154.42

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1036
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
47404001324
DATE: November 20, 2023
$********2,314.44
TWO THOUSAND THREE HUNDRED FOURTEEN DOLLARS AND 44/100
Pay to the Order Of PG&E
PO BOX 997300
SACRAMENTO, CA 95889
PAUL J MANSDORF, TRUSTEE

2 12012023 103634 1 2 12/01/2023 08:53:04.000
FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1039
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
5749075153
DATE: November 27, 2023
$**********34.64
THIRTY FOUR DOLLARS AND 64/100
Pay to the Order Of SF - WATER
PAUL J MANSDORF, TRUSTEE

12/06/23 1036 2,314.44

12/04/23 1039 34.64



FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018

1040
1-1357 / 260

PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707

VOID AFTER 90 DAYS

REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
INV. 2435

DATE: November 29, 2023
$*********6,707.00

SIX THOUSAND SEVEN HUNDRED SEVEN DOLLARS AND 0/100

Pay to the Order Of
DEFENSE LOGISTICS SPECIALIST CORP.
533 AIRPORT BLVD.
4TH FLOOR
BURLINGAME, CA 94010

PAUL J MANSDORF, TRUSTEE

2 12012023 103634 3 6 12/01/2023 08:53:04.000

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018

1042
1-1357 / 260

PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707

VOID AFTER 90 DAYS

REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
#4142509326

DATE: November 28, 2023
$*********384.79

THREE HUNDRED EIGHTY FOUR DOLLARS AND 79/100

Pay to the Order Of
SF - WATER

PAUL J MANSDORF, TRUSTEE

12/04/23 1040 6,707.00

12/04/23 1042 384.79

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018

1041
1-1357 / 260

PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707

VOID AFTER 90 DAYS

REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
INV. 2443

DATE: November 29, 2023
$*********6,847.22

SIX THOUSAND EIGHT HUNDRED FORTY SEVEN DOLLARS AND 22/100

Pay to the Order Of
DEFENSE LOGISTICS SPECIALIST CORP.
533 AIRPORT BLVD.
4TH FLOOR
BURLINGAME, CA 94010

PAUL J MANSDORF, TRUSTEE

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018

1043
1-1357 / 260

PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707

VOID AFTER 90 DAYS

REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
INV. 2656-2072 - REQUIRED INSURANCE RE: PSA AND LEASE

DATE: December 01, 2023
$******369,748.66

THREE HUNDRED SIXTY NINE THOUSAND SEVEN HUNDRED FORTY EIGHT DOLLARS AND 66/100

Pay to the Order Of
TRUSTEE INSURANCE AGENCY, INC.
PO BOX 190
VICKSBURG, MI 49097

PAUL J MANSDORF, TRUSTEE

12/04/23 1041 6,847.22

12/08/23 1043 369,748.66

00000001-0044915-0004-0006-M2699SES12302303015 8-20-L









Flagstar Bank, N.A.

0000001-0044916-0005-0006-M2699SES1230230158-20-L

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1044
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
INV. 12-23-124
DATE: December 04, 2023
$*********750.00
SEVEN HUNDRED FIFTY DOLLARS AND 0/100
Pay to the Order Of
TOWNSEND MAINTENANCE CO. LLC
1601 N. CALIFORNIA BLVD.
SUITE 250
WALNUT CREEK, CA 94596
PAUL J MANSDORF, TRUSTEE
[redacted]

[redacted]

12/14/23 1044 750.00

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1046
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
INV. 2473
DATE: December 11, 2023
$********6,375.26
SIX THOUSAND THREE HUNDRED SEVENTY FIVE DOLLARS AND 26/100
Pay to the Order Of
DEFENSE LOGISTICS SPECIALIST CORP.
533 AIRPORT BLVD.
4TH FLOOR
BURLINGAME, CA 94010
PAUL J MANSDORF, TRUSTEE
[redacted]

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
[redacted]

12/28/23 1046 6,375.26

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1045
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
INV. 2467
DATE: December 04, 2023
$********6,538.66
SIX THOUSAND FIVE HUNDRED THIRTY EIGHT DOLLARS AND 66/100
Pay to the Order Of
DEFENSE LOGISTICS SPECIALIST CORP.
533 AIRPORT BLVD.
4TH FLOOR
BURLINGAME, CA 94010
PAUL J MANSDORF, TRUSTEE
[redacted]

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
[redacted]

12/08/23 1045 6,538.66

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1047
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
INV. 392967, ACCT A0010000679
DATE: December 11, 2023
$********1,271.78
ONE THOUSAND TWO HUNDRED SEVENTY ONE DOLLARS AND 78/100
Pay to the Order Of
RECOLOGY GOLDEN GATE
P.O. BOX 848309
LOS ANGELES, CA 90060
PAUL J MANSDORF, TRUSTEE
[redacted]

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
[redacted]

12/22/23 1047 1,271.78

00000001-0044917-0006-0006-M2699SES12302303015 8-20-L

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1048
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
86970291521
DATE: December 15, 2023
$***********9.69
NINE DOLLARS AND 69/100
Pay to the Order Of PG&E
PO BOX 997300
SACRAMENTO, CA 95889
PAUL J MANSDORF, TRUSTEE

PGE 05 12/20/2023 00553118 110
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1050
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
INV. 2489
DATE: December 18, 2023
$********6,398.44
SIX THOUSAND THREE HUNDRED NINETY EIGHT DOLLARS AND 44/100
Pay to the Order Of DEFENSE LOGISTICS SPECIALIST CORP.533 AIRPORT BLVD.4TH FLOORBURLINGAME, CA 94010
PAUL J MANSDORF, TRUSTEE

DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

12/26/23 1048 9.69

12/28/23 1050 6,398.44

FLAGSTAR BANK, N.A.
1400 BROADWAY 26TH FL, NEW YORK, NY 10018
1049
1-1357 / 260
PAUL J MANSDORF, TRUSTEE
1569 SOLANO AVE., #703
BERKELEY, CA 94707
VOID AFTER 90 DAYS
REGARDING
SAN FRANCISCO ART INSTITUTE A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION, DEBTOR (23-30250 HLB)
83741541730
DATE: December 15, 2023
$**********15.54
FIFTEEN DOLLARS AND 54/100
Pay to the Order Of PG&E
PO BOX 997300
SACRAMENTO, CA 95889
PAUL J MANSDORF, TRUSTEE

PGE 05 12/20/2023 00553118 108
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

12/26/23 1049 15.54

**SAN FRANCISCO ART INSTITUTE**
**CHAPTER 7 MONTHLY OPERATING REPORT DISCLOSURE STATEMENT**
**CASE NO. 23-30250 HLB**
**FOR THE MONTH OF DECEMBER 2023**

The Debtor filed a Chapter 7 bankruptcy petition on April 19, 2023. This Chapter 7 operating report is being filed pursuant to the Order Authorizing Limited Operating of Business Under 11 U.S.C. Section 721 dated May 18, 2023.

Asset values included in Part 2 except for cash are the Debtor's scheduled values for assets that are expected to have realizable value. The Trustee is currently investigating the Debtor's assets and values will be adjusted in future reports, if necessary.

Liability values included in Part 2 are the claims included on the bankruptcy schedules filed by the Debtor and the post-petition professional fees accrued through December 31, 2023. The Trustee is currently investigating the Debtor's claims and values will be adjusted in future reports, if necessary.

The reorganization amount in Part 4, line J represents accrued post-petition professional fees of the Trustee and the Trustee's professionals. The amounts are subject to Court approval prior to payment.