# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

IN RE:

THE SAN FRANCISCO ART INSTITUTE, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION

CASE NO: 23-30250 HLB

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 158
Judge: Hon. Hannah L. Blumenstiel

On 2/7/2024, I did cause a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion for Authority to: (I) Dispose of Personal Property Located at 800 Chestnut Street, San Francisco, California; (II) Engage and Compensate West Auctions to Assist Trustee; (III) Pay For the Removal and Dispo ECF Docket Reference No. 158

Notice and Opportunity for Hearing on Motion for Order Authorizing Disposition of Alicia McCarthy Mural or, in the Alternative, Abandonment of Personal Property (Mural by Alicia McCarthy) 160

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/7/2024

/s/ Gregg S. Kleiner
Gregg S. Kleiner  141311

Rincon Law LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104
415.996.8180
aworthing@rinconlawllp.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>THE SAN FRANCISCO ART INSTITUTE, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION | CASE NO: 23-30250 HLB<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 158<br>Judge: Hon. Hannah L. Blumenstiel |

On 2/7/2024, a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion for Authority to: (I) Dispose of Personal Property Located at 800 Chestnut Street, San Francisco, California; (II) Engage and Compensate West Auctions to Assist Trustee; (III) Pay For the Removal and Dispo ECF Docket Reference No. 158

Notice and Opportunity for Hearing on Motion for Order Authorizing Disposition of Alicia McCarthy Mural or, in the Alternative, Abandonment of Personal Property (Mural by Alicia McCarthy) 160

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/7/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gregg S. Kleiner
Rincon Law LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

| | | |
|---|---|---|
| ALICIA MCCARTHY<br>229 HARRISON ST. #101<br>OAKLAND CA 94607 | TK ELEVATOR CORP.<br>LAW OFFICE OF D. PARK SMITH<br>250 CHERRY SPRINGS ROAD, SUITE 200<br>HUNT, TX 78024 | DIANA MARIA VASQUEZ<br>469 POTRERO AVENUE<br>SAN FRANCISCO, CA 94110-1429 |
| FERRILLI INFORMATION GROUP<br>41 SOUTH HADDON AVENUE, SUITE 7<br>HADDONFIELD, NJ 08033 | PROGUARD SECURITY SERVICES, INC.<br>300 MONTGOMERY STREET<br>SUITE 813<br>SAN FRANCISCO, CA 94104-300 | DE LAGE LANDEN FINANCIAL SERVICES, INC<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 |
| REUBEN, JUNIUS & ROSE, LLP<br>ONE BUSH ST., STE. 600<br>SAN FRANCISCO, CA 94104 | JOSE DE LOS REYES<br>237 LEAVENWORTH STREET #104<br>SAN FRANCISCO, CA 94102 | MARIA ELENA GONZALEZ<br>272 SACKETT STREET<br>BROOKLYN, NY 11231 |
| LINDSEY WHITE<br>3320 18TH STREET<br>SAN FRANCISCO, CA 94110-3320 | BRETT REICHMAN<br>540 ALABAMA STREET<br>SAN FRANCISCO, CA 94110 | CLAYPEOPLE, INC<br>623 S 32ND ST<br>RICHMOND, CA 94804 |
| LINDA CONNOR<br>87 RUTHERFORD AVE<br>SAN ANSELMO, CA 94960 | CHRISTOPHER COPPOLA<br>916 KEARNY ST<br>SAN FRANCISCO, CA 94133 | NINA SAZEVICH<br>622 20TH AVENUE<br>SAN FRANCISCO, CA 94121 |
| ROBIN BALLIGER<br>913 CHANNING WAY<br>BERKELEY, CA 94710 | JEREMY MORGAN<br>PO BOX 472<br>FOREST KNOLLS, CA 94933 | CRISTOBOL MARTINEZ<br>921 W. UNIVERSITY DRIVE<br>MESA, AZ 85201 |
| TIMOTHY BERRY<br>240 JUANITA AVE<br>PACIFICA, CA 94044 | MEREDITH TROMBLE<br>122 BUCKEYE AVENUE<br>OAKLAND, CA 94618 | CLAIRE DAIGLE<br>2934 FORD STREET<br>OAKLAND, CA 94601 |
| JENNIFER RISSLER<br>6145 FREMONT STREET<br>OAKLAND, CA 94608 | U.S DEPARTMENT OF EDUCATION<br>400 MARYLAND AVE, SW<br>WASHINGTON, DC 20202 | BRIDGE REAL ESTATE ADVISORS<br>100 EMBARCADERO PENTHOUSE<br>SAN FRANCISCO, CA 94105 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>650 TOWN CENTER DRIVE, 10TH FLOOR<br>COSTA MESA, CA 92626 | MADS LYNNERUP<br>527 MIRA VISTA AVENUE<br>OAKLAND, CA 94610<br>BERKELEY, CA 94705-22 | FEDERAL INSURANCE COMPANY C/O CHUBB<br>436 WALNUT STREET - WA04K<br>PHILADELPHIA, PA 19106 |

| | | |
|---|---|---|
| COOLEY LLP<br>3 EMBARCADERO CENTER, 20TH FLOOR<br>SAN FRANCISCO, CA 94111 | UNIVERSITY OF SAN FRANCISCO, A<br>CALIFORNIA NONPROFIT<br>C/O MARCUS COLABIANCHI, GEOFFREY HEATON<br>ONE MARKET, SPEAR TOWER, SUITE 2200<br>SAN FRANCISCO, CA 94105 | ANGELA MARTIN BERRY<br>63 NOE STREET<br>SAN FRANCISCO, CA 94114 |
| TONY LABAT<br>711 JEFFERSON AVE. #9<br>MIAMI BEACH, FL 33139-711 | REBECCA ALEXANDER<br>3872 HOWE ST<br>OAKLAND, CA 94611-3872 | JEFFERY GUNDERSON<br>62 PASEO WAY<br>GREENBRAE, CA 94904 |
| THE REGISTRY<br>3 CENTENNIAL DRIVE, SUITE 320<br>PEABODY, MA 01960 | VITAL RECORDS CONTROL<br>5384 POPLAR AVENUE, STE 500<br>MEMPHIS, TN 38119 | DIANA MARIA VASQUEZ<br>469 POTRERO AVENUE<br>SAN FRANCISCO, CA 94110-1429 |
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 | FMC PIER 2 SUBLESSOR, LLC<br>C/O FARELLA BRAUN _ MARTEL<br>ATTORNEY: GARY KAPLAN, ESQ.<br>ONE BUSH STREET, SUITE 900<br>SAN FRANCISCO, CA 94104- | FARELLA BRAUN    MARTEL LLP<br>RUSS BUILDING<br>235 MONTGOMERY STREET<br>SAN FRANCISCO, CA 94104 |
| BERNARD OSHER FOUNDATION<br>C/O FARELLA BRAUN + MARTEL LLP<br>ATTORNEY: GARY KAPLAN, ESQ.<br>ONE BUSH STREET, SUITE 900<br>SAN FRANCISCO, CA 94104 | ZEINA BARAKE<br>27 COURAGEOUS CT<br>ALAMEDA, CA 94501-1054 | THE REGENTS OF THE UNIVERSITY OF<br>CALIFORNIA<br>UC OFFICE OF THE PRESIDENT,<br>ATTN: ERIC SCHUELER<br>1111 FRANKLIN STREET, 7TH FLOOR<br>OAKLAND, CA 94607 |
| LIGHTHOUSE IMMERSIVE SAN FRANCISCO<br>CORP.<br>THE STERLING LAW OFFICE LLC<br>112 SOUTH SANGAMON STREET<br>SUITE 101<br>CHICAGO, IL 60607 | DEWEY CRUMPLER<br>1095 SILER PLACE<br>BERKELEY, CA 94705 | ANDREW MIKHAIL<br>1387A PACIFIC AVENUE<br>SAN FRANCISCO, CA 94109 |
| KELLER BENVENUTTI KIM LLP<br>650 CALIFORNIA STREET<br>SUITE 1900<br>SAN FRANCISCO, CA 94108 | SF ARTISTS ALUMNI<br>1207 CEDAR STREET<br>SANTA MONICA, CA 90405-2511 | IPFS CORPORATION<br>30 MONTGOMERY STREET, SUITE 501<br>JERSEY CITY NJ 07302 |
| CHRISTOPHER J PADDOCK<br>639 65TH STREET<br>OAKLAND, CA 94609-1036 | ARLENE CASH<br>2808 KINGSTREAM DRIVE<br>SNELLVILLE, GA 30039 | SFPUC-WATER DEPT<br>525 GOLDEN GATE AV<br>SAN FRANCISCO, CA 94102 |
| COLEMAN ART PROJECTS<br>(RESALE NO. 103-197350)<br>8070 LA JOLLA SHORES DRIVE, #478<br>LA JOLLA, CA 92037 | COLEMAN ART PROJECTS<br>C/O CANDY COLEMAN<br>2792 INVERNESS DRIVE<br>LA JOLLA, CA 92037-2042 | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E,<br>PO BOX 826880<br>SACRAMENTO, CA 95814 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA<br>C/O EDWARD TREDINNICK AND MICHAEL SWEET<br>FOX ROTHSCHILD LLP<br>345 CALIFORNIA STREET, SUITE 2200<br>SAN FRANCISCO, CA 94104-2670 | CRG FINANCIAL LLC<br>84 HERBERT AVENUE, BUILDING B, SUITE 202<br>CLOSTER, NJ 07624-1313 | DIANE CRAGG<br>OFFICE OF THE ATTORNEY GENERAL<br>455 GOLDEN GATE AVENUE, SUITE 1100<br>SAN FRANCISCO, CA 94102-7020 |
| DAVID K. ELDAN<br>ATTORNEY GENERAL OF CALIFORNIA<br>300 SOUTH SPRING STREET, SUITE 1702<br>LOS ANGELES, CA 90013-1256 | OFFICE OF ATTORNEY GENERAL<br>CHARITABLE TRUST SECTION, ELIZABETH KIM<br>455 GOLDEN GATE AVENUE, SUITE 11000<br>SAN FRANCISCO, CA 94102-7020 | OFFICE OF THE U.S. TRUSTEE / SF<br>PHILLIP J. BURTON FEDERAL BUILDING<br>450 GOLDEN GATE AVE. 5TH FL., #05-0153<br>SAN FRANCISCO, CA 94102-3402 |
| BM-AI, LLC<br>C/O ERIN R. FAY<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>222 DELAWARE AVENUE, SUITE 800<br>WILMINGTON, DE 19803 | BM-AI, LLC<br>C/O GREGG M. FICKS<br>COBLENTZ, PATCH, DUFFY & BASS LLP<br>ONE MONTGOMERY STREET, SUITE 3000<br>SAN FRANCISCO, CA 94104 | CA FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES BANKRUPTCY UNIT<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMIN.<br>ACCOUNT INFORMATION GROUP, MIC: 29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0029 | CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION<br>P.O. BOX 826203<br>SACRAMENTO, CA 94230-0001 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0073 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | SAN FRANCISCO TAX COLLECTOR (0334093 - CITY<br>BUSINESS LICENSE UNIT<br>P.O. BOX 7427<br>SAN FRANCISCO, CA 94120-7427 | U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |
| RICHARD CORDRAY<br>CHIEF OPERATING OFFICER OF<br>FEDERAL STUDENT AID<br>U.S. DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE, SW<br>WASHINGTON, D.C. 20202 | NASSER PAYDAR<br>ASSISTANT SECRETARY FOR POST-SECONDARY EDUCATION<br>U.S. DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE, SW<br>WASHINGTON, D.C. 20202 | |