Gregg S. Kleiner, State Bar No. 141311
Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-6385
Facsimile No.: 415-680-1712
E-mail:    gkleiner@rinconlawllp.com
           cmaher@rinconlawllp.com

Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

THE SAN FRANCISCO ART INSTITUTE,
   a California nonprofit
   public benefit corporation,

Debtor.

Case No. 23-30250 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

**REQUEST FOR ENTRY OF ORDER**

[No Hearing Requested]

Paul Mansdorf, Chapter 7 Trustee of the estate of the above Debtor, respectfully represents:

1. On December 16, 2024, the Trustee served on creditors and others included in the limited service list approved by this Court's order dated November 23, 2023 (Docket No. 136) his Notice of Agreement Regarding Disposition of Funds. Docket Nos. 221 and 222.

2. Also on December 16, 2024, the Trustee filed his Motion for Order Approving Agreement Regarding Disposition of Funds, along with his supporting declaration, as Docket Nos. 220 and 220-1.

3. The Notice required any written objections to be filed with the Clerk of the United States Bankruptcy Court and served on counsel for the Trustee no later than 21 days after service of the Notice.

4. The last day for filing and serving objections was January 6, 2025. Counsel for the Trustee received no objections and none was filed with the Court.

WHEREFORE, the Trustee requests entry of an order authorizing him to enter into the agreement with the Attorney General of the State of California described in the Trustee's December 16, 2024, notice.

DATED: January 9, 2025　　　　RINCON LAW, LLP

By: */s/Charles P. Maher*
　　CHARLES P. MAHER
　　Counsel for PAUL MANSDORF,
　　Trustee in Bankruptcy