Gregg S. Kleiner, State Bar No. 141311
Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-6385
Facsimile No.: 415-680-1712
E-mail:     gkleiner@rinconlawllp.com
            cmaher@rinconlawllp.com

Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE SAN FRANCISCO ART INSTITUTE,<br>    a California nonprofit<br>    public benefit corporation,<br><br>Debtor. | Case No. 23-30250 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>**DECLARATION OF CHARLES P. MAHER**<br><br>[No Hearing Requested] |

I, Charles P. Maher, declare as follows:

1.      I am an attorney at the law firm Rincon Law, LLP, counsel for Paul Mansdorf, Chapter 7 Trustee of the estate of the above Debtor.

2.      On December 16, 2024, I caused to be served by U.S. Mail on all parties on the limited service list in this case (approved by this Court's November 27, 2023, order, Docket No. 136) the Trustee's Notice of Agreement Regarding Disposition of Funds. The Notice was filed as Docket No. 221 and the Certificate of Service was filed as Docket No. 222.

3.      Also on December 16, 2024, I caused to be filed the Trustee's Motion for Order Approving Agreement Regarding Disposition of Funds, along with the supporting declaration of the Trustee, as Docket Nos. 220 and 220-1.

4.      The Notice indicated that if any party wished to object, it was required to do so by filing a written objection with the Clerk of the United States Bankruptcy Court and by serving a copy on me as counsel for the Trustee no later than 21 days from the date on which the Notice was

served. The last day for filing and serving an objection was January 6, 2025. No objection by any party has been served on me or the Trustee, and no objection appears on the Court's docket.

I declare under penalty of perjury that the above statements are true and that if called as a witness I would testify to their truthfulness. This declaration is executed on the 9th day of January 2025 in San Francisco, California.

/s/Charles P. Maher
Charles P. Maher