Entered on Docket
January 9, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 9, 2025

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Gregg S. Kleiner (SBN 141311)
Charles P. Maher (SBN 124748)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-840-6385
gkleiner@rinconlawllp.com
cmaher@rinconlawllp.com

Counsel for
PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

THE SAN FRANCISCO ART INSTITUTE,
  a California nonprofit
  public benefit corporation,

Debtor.

Case No. 23-30250 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

**ORDER APPROVING AGREEMENT ON DISPOSITION OF ESTATE FUNDS**

Based on the Trustee's Request for Entry of Order and the supporting declaration of his counsel (filed January 9, 2025 as Docket Nos. 224 and 224-1), and it appearing that notice has been adequate, that no objections have been filed or served, and that good cause exists, it is

ORDERED as follows:

1. The Trustee's Motion for Order Approving Agreement Regarding Disposition of Funds filed December 16, 2024, as Docket 220 is granted.

2. The Trustee is authorized to enter into the agreement with the Attorney General of the State of California described in the Trustee's Motion and in the Trustee's Notice to creditors filed as Docket No. 221.

3. The Trustee is authorized to distribute as a Chapter 7 administrative expense at the direction of the Attorney General's estate funds in the amount of $1,191,119.01 derived from Charles Schwab Account ending in 5234 to the California College of the Arts in San Francisco (Corp. #0100930).

4. The Trustee is authorized to retain for the benefit of the estate, free of any restriction, and for distribution to creditors in accordance with the provisions of the Bankruptcy Code the $717,223.09 in estate funds derived from Charles Schwab account ending in 3651 and the $83,260.50 in estate funds derived from Silicon Valley Bank account ending in 8530.

5. The Trustee is authorized to take those steps and execute those documents he deems necessary to complete the agreement consistent with his Notice to creditors and Motion.

*** END OF ORDER ***