Entered on Docket
February 25, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 25, 2025

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Gregg S. Kleiner (SBN 141311)
Charles P. Maher (SBN 124748)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel.  415-840-6385
gkleiner@rinconlawllp.com
cmaher@rinconlawllp.com

Counsel for
PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE SAN FRANCISCO ART INSTITUTE,<br>   a California nonprofit<br>   public benefit corporation,<br><br>           Debtor. | Case No. 23-30250 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON CLAIM OBJECTION**<br>**(Claim 40 of FMC Pier 2 Sublessor, LLC)**<br><br>**New Date:** **May 22, 2025**<br>Old Date:   March 13, 2025<br>Time:        10:00 a.m.<br>Place:       Zoom Video Conference |

      Based on the Stipulation to Continue Hearing on Claim Objection (Claim 40 of FMC Pier 2 Sublessor, LLC) entered into by and between counsel for: (i) Paul Mansdorf, the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of The San Francisco Art Institute; and (ii) FMC Pier 2 Sublessor, LLC, filed on February 25, 2025 as Docket No. 229 ("**Stipulation**"),

      IT IS HEREBY ORDERED THAT:

      1.    The Stipulation is approved;

      2.    The hearing on the Trustee's Objection to Claim 40 (FMC Pier 2 Sublessor, LLC) is continued from March 13, 2025 to **May 22, 2025 at 10:00 a.m.**; and

/ / /

3. The deadline for supplemental briefing by either party is May 15, 2025.

***END OF ORDER***