DAVID L. NEALE (SBN 141225)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234;
Facsimile: (310) 229-1244
Email: DLN@LNBYG.COM; RMC@LNYBG.COM

Counsel for Creditor Coleman Art Projects

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE SAN FRANCISCO ART INSTITUTE, a California nonprofit public benefit corporation<br>     Debtor. | Case No.: 23-30250<br>Chapter 7<br>Hon. Hannah L. Blumensteil<br><br>**MOTION TO ALLOW/DEEM AS TIMELY FILED PROOF OF CLAIM NO. 55 FILED BY COLEMAN ART PROJECTS**<br><br>[No Hearing Required Unless Requested] |

Coleman Art Projects ("CAP") hereby moves (the "Motion") the Court for an order allowing CAP's previously filed proof of claim, denominated on the Court's claim registry as claim no. 55 ("Claim") to be timely filed. This Motion is made under Federal Rule of Bankruptcy Procedure 3002(6), the accompanying notice, the attached memorandum of points and authorities, and the declaration of Candy Coleman (the "Coleman Declaration")

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.      STATEMENT OF FACTS

1.      On April 19, 2023 (the "Petition Date"), the debtor, San Francisco Art Institute (the "Debtor") filed for chapter 7 relief under the Bankruptcy Code.

2.      That same day, the Debtor filed its Schedules and Statement of Financial Affairs. *See* Dkt. No's 3 and 4.

3.      On Schedule F, the Debtor listed Coleman Art Projects as holding a disputed pre-petition claim totaling $57,842.78. See Dkt. No. 3 at p. 22 of 49.

4.      On April 20, 2023, the notice of chapter 7 bankruptcy case and notice of bar date (the "Bar Date Notice") [Dkt. No. 7] was mailed out to all creditors by the Bankruptcy Noticing Center. The Bar Date Notice set June 28, 2023 as the deadline for filing proofs of claim. The Bar Date Notice was sent to CAP at the following address:

> Coleman Art Projects (Resale No. 103-197350)
> 8070 La Jolla Shores Drive, #478
> La Jolla, CA 92037

5.      This is the same address that was listed for CAP on the Debtor's schedules. This address is a PO Box operated by the Corner Specialty Shoppe. See **Exhibit 1** to the Coleman Declaration (email from the Corner Specialty Shoppe detailing that PO Box 478 was not renewed in February 2023).

6.      However, on February 22, 2023, CAP requested a change of address with the U.S. Postal Office. See **Exhibit 2** to the Coleman Declaration. The change of address requested that mail to CAP should be addressed to:

Coleman Art Projects
2792 Inverness Drive
La Jolla, CA 92037

7.     Due to the change of address, which instructed that mail was to be forwarded to the new location located at 2792 Inverness Drive, La Jolla, CA 92037, CAP believes that it never received the Bar Date Notice that was sent out later that year in April 2023 because it was sent to the old address located at 8070 La Jolla Shores Drive, #478, La Jolla, CA 92037.

8.     Thus, due to CAP's address being incorrectly listed on the Debtor's Schedules, CAP did not receive the Bar Date Notice prior to the deadline of June 28, 2023.

9.     In fact, CAP did not learn of the Bar Date until July 18, 2023, when the chapter 7 trustee, Paul Mansdorf (the "Trustee") emailed Ms. Coleman a copy of the Bar Date Notice. *See* **Exhibit 3** to the Coleman Declaration. The next day, on July 19, 2023, Ms. Coleman filed the Claim[1] and provided a copy to the Trustee via email. *See* **Exhibit 3**.

10.    Prior to the filing of this Motion, CAP, via its counsel circulated a copy of this Motion to the Trustee and his counsel. The Trustee has indicated that he has no objection to the relief requested in the Motion.

## II.    LEGAL ARGUMENT

## A.    THE COURT SHOULD GRANT THE MOTION AND ALLOW THE CLAIM AS TIMELY FILED UNDER F.R.B.P. 3002(7)

Under F.R.B.P. 3002(7), "On a creditor's motion filed before or after the time to file a proof of claim has expired, the court may extend the time to file by no more than 60 days from the date of its order. The motion may be granted if the court finds that the notice was insufficient to give the creditor a reasonable time to file." F.R.B.P. 3002(7) (emphasis added). The current version of F.R.B.P. 3002(7) was restyled in 2024 and was previously designated as F.R.B.P. 3002(c)(6). *See* 9 Collier on Bankruptcy § 3002.03 (16th 2025); *see also In re JC FARMS, LLC*, No. 23-10278-357, 2024 WL 3352120, at *3 (Bankr. E.D. Mo. July 9, 2024) (discussing history

---

[1] A true and correct copy of the Claim is attached as **Exhibit 4** to the Coleman Declaration.

of amendments to F.R.B.P. 3002 and noting that the 2022 amendment broadened 3002(c)(6) so that "it no longer matters why 'the notice was insufficient'").

The current version of F.R.B.P. 3002(7) clarified that creditors may have their claims to be deemed timely filed, even when a creditor was omitted from the schedules or an invalid address was provided in the schedules. *See In re Helios*, 629 B.R. 772, 791 (Bankr. S.D.N.Y. 2021) (discussing previous split of authority prior to 2024 amendment of F.R.B.P. 3002 and finding that the best reading of F.R.B.P. 3002 is affording relief to creditors "if the creditor lacked sufficient notice 'because of' a debtor's failure to file a list that includes the name and address of the creditor seeking to have its claim deemed timely under the rule" because this complies with constitutional due process requirements). Thus, F.R.B.P. 3002(7) allows a creditor leave to file a proof of claim after the bar date as long as the notice to the creditor was insufficient.

Here, CAP's Claim should be deemed timely under F.R.B.P. 3002(7) because Ms. Coleman did not receive the Bar Date Notice until July 18, 2023—after the Bar Date. Due to the address being incorrect in the Debtor's Schedule F, the Bar Date Notice was sent to an old address that was no longer used by CAP. This is the type of insufficient notice that F.R.B.P. 3002(7) is designed to remedy.

## III. <u>CONCLUSION</u>

**WHEREFORE**, CAP requests that this Court enter an order (1) allowing CAP's Claim to be deemed timely filed and (2) granting such further relief as this Court deems just and proper.

Dated: March 12, 2025

*/s/ David L. Neale*
David L. Neale
ROBERT M. CARRASCO
LEVENE, NEALE, BENDER, YOO
  & GOLUBCHIK L.L.P.
Counsel for Coleman Art Projects

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **DECLARATION OF CANDY COLEMAN**

I, CANDY COLEMAN, hereby declare as follows:

1.　　On April 19, 2023 (the "Petition Date"), the debtor, San Francisco Art Institute (the "Debtor") filed for chapter 7 relief under the Bankruptcy Code.

2.　　I am over 18 years of age. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

3.　　I am the President of Coleman Art Projects ("CAP").

4.　　I submit this declaration in support of the *Motion to Allow/Deem as Timely Filed Proof of Claim No. 55 filed by Coleman Art Projects* to which this declaration is attached.

5.　　I did not receive the Bar Date Notice until July 18, 2023, when the Trustee[2] emailed a copy to me. After learning that the Bar Date had passed, the next day on July 19, 2023, I filed proof of claim No. 55 (the "Claim").

6.　　I believe that I did not receive proper notice of the Bar Date Notice because it was sent to CAP's old address located at:

Coleman Art Projects (Resale No. 103-197350)
8070 La Jolla Shores Drive, #478
La Jolla, CA 92037

7.　　This is the same address that was listed for CAP on the Debtor's schedules. This address is a PO Box operated by the Corner Specialty Shoppe. Attached as **Exhibit 1** to this Declaration is a true and correct copy of email correspondence with Corner Specialty Shoppe detailing that PO Box 478 was not renewed in February 2023.

8.　　The PO Box was not renewed because on February 22, 2023, CAP requested a change of address with the U.S. Postal Office. See **Exhibit 2** annexed hereto. The change of address requested that mail to CAP should be addressed to:

Coleman Art Projects
2792 Inverness Drive
La Jolla, CA 92037

---

[2]　Undefined capitalized terms have the same meaning ascribed to them as in the Motion.

9.     Due to the change of address, which instructed that mail was to be forwarded to the new location located at 2792 Inverness Drive, La Jolla, CA 92037, I believe that the Bar Date Notice was not properly forwarded to the new address such that CAP never received the Bar Date Notice.

10.     Thus, due to CAP's address being incorrectly listed on the Debtor's Schedules, CAP did not receive the Bar Date Notice prior to the deadline of June 28, 2023.

11.     In fact, CAP did not learn of the Bar Date until July 18, 2023, when the Trustee emailed me a copy of the Bar Date Notice. *See* **Exhibit 3** to the Coleman Declaration. The next day, on July 19, 2023, I filed the Claim and provided a copy to the Trustee via email. A true and correct copy of the Claim is attached as **Exhibit 4**.

12.     Prior to the filing of this Motion, CAP, via its counsel circulated a copy of this Motion to the Trustee and his counsel. I understand that the Trustee has indicated that he has no objection to the relief requested in the Motion. Additionally, there appears to be no objection to the amount sought in the Claim and the Debtor's former officers have verified that it was a mistake to list CAP as holding a disputed claim in its Schedules. *See* **Exhibit 5** (detailing emails from John Marx, the former co-chair of the Debtor's board, and from Mark Kushner, the former Chief Operator Officer, General Counsel, acknowledging the work performed by Ms. Coleman and that it was the intention of the Debtor to pay for Ms. Coleman's services).

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 10 day of March 2025, at La Jolla, California.

_[signature]_

CANDY COLEMAN

# EXHIBIT 1

**From:** Susan Schneider <susan@colemanartprojects.com>
**Sent:** Wednesday, February 26, 2025 2:01 PM
**To:** Robert M. Carrasco <rmc@lnbyg.com>
**Cc:** Candy Coleman <candy@colemanartprojects.com>; David L. Neale <DLN@lnbyg.com>
**Subject:** Fwd: Subject: PO Box Renewal

Hi Robert,


Here is the email from the owner of our former PO Box, confirming that we did not renew in
February 2023.

Best,
Susan Schneider
Assistant to Candy Coleman
858-401-3508


---------- Forwarded message ---------
From: **Lisa Kennedy** <thelajollangroup@gmail.com>
Date: Wed, Feb 26, 2025 at 12:53 PM
Subject: Subject: PO Box Renewal
To: <susan@colemanartprojects.com>


**To Whom It May Concern,**

I am writing to inform you that PO Box 478 was not renewed on February 22, 2023.

As such, it is the client's responsibility to forward their own mail following the closure of the box at The Corner Specialty Shoppe.

Additionally, their last payment for the PO Box was made via Check No. 1110, which cleared on February 14, 2022.

If you have any questions or need further clarification, please feel free to reach out.

Thank you for your attention to this matter.

Best regards,

Lisa Kennedy

Owner

The Corner Specialty Shoppe

Lisaatthecorner@gmail.com

# EXHIBIT  2

 **Coleman Art Projects <assistant@colemanartprojects.com>**

---

**Your USPS Change-of-Address has been processed**
1 message

---

**U.S. Postal Service** <AddressChange@usps.gov>                    Thu, Feb 23, 2023 at 3:03 PM
To: assistant@colemanartprojects.com



---

**Hi, Coleman Art Projects!**
Your Change-of-Address request has been processed.

# Your Change-of-Address:

| Order Submitted: | Start Forwarding Date: |
|---|---|
| February 22, 2023 | February 22, 2023 |

| Confirmation Code: |
|---|
| 2305-3900-0024-9080 |

View your order

Mail should arrive at your new address 7-10 postal business days after your
move-effective date OR your file date, whichever date is later.

Please look for your Official USPS Change-of-Address Welcome Kit™ at your new address
soon. You'll be able to verify your Change-of-Address information and get valuable savings to
help with your move.

**Note:** Only one member of your household will receive a Welcome Kit. All others will receive a
Change-of-Address confirmation letter.

Notify mailers directly of your new address. Many companies (financial, health insurance, etc.) will not change
your address unless you contact them directly. **Failure to notify these companies directly may result in a**

Case: 23-30250   Doc# 234   Filed: 03/12/25   Entered: 03/12/25 15:36:15   Page 12 of

**loss of important services.**

## Check out these services and products in your area:



Please do not reply to this email. This email was sent from a notification-only email address that cannot accept incoming mail.

The person who submitted this Change-of-Address form states that he or she is the person, executor, guardian, authorized officer, or agent of the person for whom mail would be forwarded under this order. Anyone submitting false or inaccurate information on this form is subject to punishment by fine or imprisonment or both under Sections 2, 1001, 1702 and 1708 of Title 18, United States Code.

**Not Changing Your Address?**
For help or to contact us about an erroneous Change-of-Address, please call 1-800-ASK-USPS or visit usps.com and click on the Contact Us Link.

**Receiving Duplicate Emails from Us?**
This might be happening if:

· You filed more than one Change-of-Address order using the same email address;

· You share an email address with someone who also used this email address for their Change-of-Address.

· You moved more than once within the 12-month period. In this case, use the Order Submitted date at the top of this email to determine which Change-of-Address order this email applies to.

**Unsubscribe**
You are currently subscribed as assistant@colemanartprojects.com. We sent you this email because you filed a Change-of-Address with the U.S. Postal Service®. Please **click here to unsubscribe** if you no longer wish to receive USPS mail forwarding notifications.

**Privacy Notice**
For more information regarding our privacy policies visit **usps.com/privacypolicy**.

**Feedback**
To provide feedback, mail your comments to:
National Customer Support Center
United States Postal Service
225 N Humphreys Blvd Ste 501, Memphis, TN 38188-1001.

MYMOVE® and the U.S. Postal Service® cannot guarantee the accuracy of the statements made by the advertisers or the content of the editorial material. Neither MYMOVE® nor the U.S. Postal Service® endorses any company, product or service listed or advertised in this email. Neither MYMOVE® nor the U.S. Postal Service® will be held liable in any manner for any claim, loss, expense, damage or consumer dissatisfaction arising out of or in connection with the use of this email or the MoversGuide Online™ product.

Copyright © 2023 MYMOVE, LLC and United States Postal Service. All Rights Reserved.

# EXHIBIT 3

 **Gmail**

**Candy Coleman <candy@colemanartprojects.com>**

## Re: SFAI - Art Broker
1 message

**Candy Coleman** <candy@colemanartprojects.com>                                            Wed, Jun 14, 2023 at 2:42 PM
To: paul@mansdorftrustee.com

Hi Paul,
Thank you.   I finally spoke to him on Saturday and then I got overwhelmed with the Art Basel fair.  He is
tied up right now but said he could be available in about 8 weeks.  Does that timing work for you or would
you like me to recommend another expert?  Also, I'm attaching photographs of the binders/proposals that
I created for the pitch.  I just wanted you to see the amount of research and proposals created. Also,
there is an image attached of some of the images we created and gave to the various interested parties
for the new entrance proposed for public access.
Best,
Candy

On Tue, Jun 13, 2023 at 10:30 AM Paul Mansdorf <paul@mansdorftrustee.comcastbiz.net> wrote:

> Good morning, Candy:
>
> When last we spoke, you were going to consider whether you wished to represent the bankruptcy estate, and if not, that
> you had a suggestion regarding a well-respected broker with expertise in Latin American art.
>
>
> I look forward to your reply.
>
>
> Sincerely,
>
> Paul
>
> **Paul J. Mansdorf**
>
> *Chapter 7 Trustee*
>
> **1569 Solano Ave. #703**
>
> **Berkeley, CA  94707**
>
> **(510) 526-5993**
>
>
> **All replies to paul@mansdorftrustee.com**

**4 attachments**



**SFAI Binders, IMG_6921.jpeg**
1328K



**SFAI Binders, 2.jpeg**
1352K



**SFAI Binders.jpg**
1688K



**Renderings for proposals.jpg**
2126K

 **Gmail**

Candy Coleman <candy@colemanartprojects.com>

## Re: SFAI Proof of Claim issue

1 message

**Paul Mansdorf** <paul@mansdorftrustee.comcastbiz.net>                     Wed, Jul 19, 2023 at 7:12 PM
To: Candy Coleman <candy@colemanartprojects.com>

Good evening, Candy.

I have no reason to doubt your claim, and have no idea why the debtor scheduled you as disputed.  If I have any issues with the claim as filed, I'll let you know later on, but I don't expect that I will.  Mark Kushner was the one who directed the preparation of the bankruptcy schedules, and the one that signed them. (It could be anything from an accidental checked off box that no one noticed to the School thinking you shouldn't be paid.  Regardless, it isn't the School's call anymore.)

(Tomorrow's hearing only involves purpose -restricted funds that State law require I return to the donor, but some ex-faculty is objecting.)

And once again, I can't thank you enough for your assistance during this case.

Sincerely,
Paul

On July 19, 2023 18:56:11 Candy Coleman <candy@colemanartprojects.com> wrote:

> Hi Paul,
> We did not discuss filing a "Proof of Claim" and have only discussed the mural. I never received the Notice you attached. I only received a document "Proof of Service" which I'm attaching. I got it around July 3 - it was initially mailed on June 22 from Sacramento and then forwarded to my new address on June 29.  I have also attached the envelope as proof. The attached states that there is a hearing tomorrow, July 10 which is why I sent the invoices this week. There are no instructions here that I need to do anything. This doesn't not state my claim is in dispute - are all the others listed here in dispute.
>
> Your email states that my claim was filed by the Debtor as "disputed".  I have in writing that I was going to be paid and the chairs of the board reconfirmed in January they had put my invoices up to be paid stating that they would likely need to be paid by the bankruptcy court unless they could bring in a developer or get a loan against the mural.  Susan will send this documentation tomorrow.
>
> Please find attached the Proof of Claim that we filed today.
> Thank you,
> Candy

> On Tue, Jul 18, 2023 at 6:12 PM Paul Mansdorf <paul@mansdorftrustee.comcastbiz.net> wrote:
>
>> Good afternoon, Candy:
>>
>> As always, a pleasure speaking with you, and thank you for providing the attachments.
>>
>> As we may have discussed some time ago, the only manner in which the bankruptcy estate can pay you is by your submission of a Proof of Claim.  I don't recall if you have filed one (my claims review process won't start for some time), but attached is the original case Notice, with instructions on how to file a claim.  (The court should have mailed you this to a La Jolla address back in April, as the debtor scheduled you accordingly, although as a "disputed" claim.)  https://ecf.canb.uscourts.gov/cgi-bin/autoFilingClaims.pl is a link for electronic claims filing.  If you have not yet filed a claim, although the bar date has passed, you can still file a claim but it will be a subordinated claim.

If you have any other questions, please let me know.


Sincerely,

Paul

---

From: Candy Coleman <candy@colemanartprojects.com>
**Sent:** Tuesday, July 18, 2023 3:10 PM
**To:** Paul Mansdorf <paul@mansdorftrustee.comcastbiz.net>; Paul Mansdorf <paul@mansdorftrustee.comcastbiz.net>
**Cc:** Gregg Kleiner <gkleiner@rinconlawllp.com>; Charles P. Maher (cmaher@rinconlawllp.com) <cmaher@rinconlawllp.com>; Susan Schneider <susan@colemanartprojects.com>
**Subject:** Feasibility, Condition Reports and SFAI Final Billing


Dear Paul,


Please find attached the Feasibility report from 2020 made by the SF firm ARG. This report was reviewed by a former Getty Museum conservator, Kiernan Graves, in 2021 and her report is also attached. She is a specialist in frescos and I hired her for an in depth study for the removal of the mural. Her report is the most accurate. There are several condition reports conducted over the years which she reviewed as part of her study but. I am not including those here.


Finally, I've attached my invoices previously submitted to SFAI for which I was told I would be paid. Please feel free to call me with any questions.

Thank you,

Candy

C: 310-251-6440


1) 2022-2023 SFAI Invoice, #CA.SF.7.14.23

2) 2022-2023 Reimbursement Backup, SFAI #CA.SF.7.14.23

3) 2021 Unpaid, SFAI Invoice, #CA.SF.2.8.22 (amended 9.9.22)

4) 2021 Unpaid Backup Receipts and Invoices, #CA.SF.2.8.22 (amended 9.9.22)

5) 2022 Unpaid SFAI Invoice #CA.9.9.22

6) 2022 Unpaid Backup Receipts and Invoices, SFAI #CA.SF.9.2.22


Sent with Aqua Mail for Android

# EXHIBIT 4

**Fill in this information to identify the case:**

Debtor 1   San Francisco Art Institute, a California nonprofit public benefit corporation

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **California Northern Bankruptcy Court**

Case number:  **23–30250**

FILED

**U.S. Bankruptcy Court**
**California Northern Bankruptcy Court**

7/19/2023

**Edward J. Emmons, Clerk**

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Coleman Art Projects (Resale No. 103–197350) <br><br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? |

| | | |
|---|---|---|
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Coleman Art Projects (Resale No. 103–197350) <br> Name <br><br> 8070 La Jolla Shores Drive, #478 <br> La Jolla, CA 92037 <br><br> Contact phone _____ 3102516440 _____ <br> Contact email <br> _candy@colemanartprojects.com_ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ | **Where should payments to the creditor be sent?** (if different) <br><br> Coleman Art Projects <br> Name <br><br> 2792 Inverness Drive <br><br> La Jolla, CA 92037 <br><br> Contact phone _____ 3102516440 _____ <br> Contact email <br> _candy@colemanartprojects.com_ |

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ <br> MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| 7. **How much is the claim?** | $ _____58744.13_____    **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>    Services Performed _____ |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>   **Nature of property:**<br>   ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*<br>   ☐ Motor vehicle<br>   ☐ Other. Describe: _____<br><br>   **Basis for perfection:** _____<br><br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>   **Value of property:**     $ _____<br><br>   **Amount of the claim that is secured:**     $ _____<br><br>   **Amount of the claim that is unsecured:**     $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>   **Amount necessary to cure any default as of the date of the petition:**     $ _____<br><br>   **Annual Interest Rate** (when case was filed)     _____ %<br><br>   ☐ Fixed<br>   ☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410          Proof of Claim          page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|---|
| | | ☐ Yes. *Check all that apply:* | | **Amount entitled to priority** |

| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
|---|---|---|
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     7/19/2023

        MM / DD / YYYY

/s/ Candy Coleman

Signature

Print the name of the person who is completing and signing this claim:

Name     Candy Coleman

      First name    Middle name    Last name

Title

Company    Coleman Art Projects

Identify the corporate servicer as the company if the authorized agent is a servicer

Address    2792 Inverness Drive

Number   Street

La Jolla, CA 92037

City   State   ZIP Code

Contact phone    3102516440     Email   candy@colemanartprojects.com

# COLEMAN ART PROJECTS

September 9, 2022                                           Invoice CA.SF.9.2.22

San Francisco Art Institute
Attn: Mark Kushner
800 Chestnut Street
San Francisco, CA 94133

## RE: Invoice for Advisory Services and Reimbursements for <u>2022</u>

**<u>2022 ADVISORY SERVICES:</u>**

| | |
|---|---|
| Q1 Advisor's Fee (invoiced Feb. 8, 2022) | **WAIVED** |
| Q2 Advisor's Fee | $10,000.00 |
| Q3 Advisor's Fee | $10,000.00 |
| **TOTAL ADVISORY** | **$20,000.00** |

**<u>2022 REIMBURSEMENTS (see attached):</u>**

| | |
|---|---|
| Q2 Proposal/Presentation | $790.75 |
| Q2 Shipping of Proposals | $128.60 |
| **TOTAL REIMBURSEMENT** | **$919.35** |

## <u>TOTAL DUE;</u>                                          **$20,919.35**

### Payment due upon receipt of invoice

**Wire Instructions:**
Name on Account: Coleman Art Projects
Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104
Account Number: 9822146354
Wire Transfer Routing Number: 121000248
SWIFT code: WFBIUS6S

To confirm wire details, please contact Susan Schneider at 858-401-3508.

| EXPENSES 2022 | | | | |
|---|---|---|---|---|
| INVOICE DATE | QUARTER | EXPENSE | VENDOR | AMOUNT |
| **PROPOSAL/PRESENTATION** | | | | |
| 5/27/22 | 2nd | Printing, Presentation Materials | FedEx Office | $96.65 |
| 5/27/22 | 2nd | Printing, Presentation Materials | FedEx Office | $74.95 |
| 5/27/22 | 2nd | Printing, Presentation Materials | FedEx Office | $365.44 |
| 5/31/22 | 2nd | Printing, Presentation Materials | FedEx Office | $134.57 |
| 5/31/22 | 2nd | Printing, Presentation Materials | FedEx Office | $119.14 |
| | | | **TOTAL PRESENTATION** | **$790.75** |
| **SHIPPING** | | | | |
| 5/27/22 | 2nd | Shipping, Presentation Materials | FedEx | $128.60 |
| | | | **TOTAL PRESENTATION** | **$128.60** |
| | | | | |
| | | | **TOTAL EXPENSES** | **$919.35** |

Case 23-30250    Doc# 2541   Filed 03/12/25   Entered 03/12/25 15:36:15    Page 24 of 91



FedEx Office
13155 Noel Road, Suite 1600
Dallas, Texas 75240
1-800-488-3705
Order Date: 05/27/2022       Branch: 2700
Order Time: 09:47:34         Register: 4
Pickup Date: 05/27/2022
Pickup Time: 15:00
Team Member: GHADA G.

PICK UP ORDER


270004HP

Customer: Susan Schneider

Total Order              96.65
Total Paid Online        96.65

Sub-Total                 0.00
Balance Due               0.00

PICK UP ORDER

270004HPV1

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy



FedEx Office
13155 Noel Road, Suite 1600
Dallas, Texas 75240
1-800-488-3705
Order Date: 05/27/2022       Branch: 2693
Order Time: 15:19:02         Register: 2
Pickup Date: 05/28/2022
Pickup Time: 11:00
Team Member: Aaron J.       SFAI

PICK UP ORDER

2693055PV1

Customer: Susan Schneider

Total Order              74.95
Total Paid Online        74.95

Sub-Total                 0.00
Balance Due               0.00

PICK UP ORDER

2693055PV1

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

**FedEx** Office.

FedEx Office is your destination
for printing and shipping.

7510 Hazard Center Dr
San Diego, CA 92108
Tel: (619) 294-3877

5/27/2022                    1:15:55 PM PST
Team Member: GHADA G.
Customer: Susan Schneider

SALE

| Image - Renderings S | Qty 1 | 50.94 |
|---|---|---|
| Photo Paper/SqFt | 6 @ | 8.4900 T |
| 001452 Reg. Price | 8.49 | |

|  | | |
|---|---|---|
| Price per piece | 50.94 | |
| Regular Total | 50.94 | |
| Discounts | 0.00 | |

| Diego Rivera Mural S | Qty 1 | 67.92 |
|---|---|---|
| Photo Paper/SqFt | 8 @ | 8.4900 T |
| 001452 Reg. Price | 8.49 | |

|  | | |
|---|---|---|
| Price per piece | 67.92 | |
| Regular Total | 67.92 | |
| Discounts | 0.00 | |

| Image - Renderings G | Qty 1 | 50.94 |
|---|---|---|
| Photo Paper/SqFt | 6 @ | 8.4900 T |
| 001452 Reg. Price | 8.49 | |

|  | | |
|---|---|---|
| Price per piece | 50.94 | |
| Regular Total | 50.94 | |
| Discounts | 0.00 | |

| Diego Rivera Mural G | Qty 1 | 67.92 |
|---|---|---|
| Photo Paper/SqFt | 8 @ | 8.4900 T |
| 001452 Reg. Price | 8.49 | |

|  | | |
|---|---|---|
| Price per piece | 67.92 | |
| Regular Total | 67.92 | |
| Discounts | 0.00 | |

| tab re do design | Qty 1 | 3.45 |
|---|---|---|
| Tab Design | 3 @ | 1.1500 T |
| 001371 Reg. Price | 1.15 | |

|  | | |
|---|---|---|
| Price per piece | 3.45 | |
| Regular Total | 3.45 | |
| Discounts | 0.00 | |

| redo tab prints | Qty 2 | 3.50 |
|---|---|---|
| BW on Tab Paper | 10 @ | 0.3500 T |
| 000072 Reg. Price | 0.35 | |

|  | | |
|---|---|---|
| Price per piece | 1.75 | |
| Regular Total | 3.50 | |
| Discounts | 0.00 | |

| Priority Print | Qty 1 | 90.00 |
|---|---|---|
| File Enhancement | 2 @ | 7.5000 T |
| 004373 Reg. Price | 7.50 | |
| Priority Print $250+ | 1 @ | 75.0000 T |
| 051953 Reg. Price | 75.00 | |

|  | | |
|---|---|---|
| Price per piece | 90.00 | |
| Regular Total | 90.00 | |
| Discounts | 0.00 | |

| Tube 3x36Mailing 1Ct | 1 @ | 4.4900 T |
|---|---|---|
| 005618 Reg. Price | 4.49 | |

|  | | |
|---|---|---|
| Regular Total | 4.49 | |
| Discounts | 0.00 | |

| Total | 4.49 |
|---|---|

| Sub-Total |  | 339.16 |
|---|---|---|
| Tax |  | 26.28 |
| Deposit |  | 0.00 |

| Total |  | 365.44 |
|---|---|---|

*************** PURCHASE ***************
                  APPROVED

Total:                              $365.44
Card Type:     VISA
Card Entry:    MANUAL
Acct #:        *************5529
Approval Code: 071602

Total Tender                         365.44
Change Due                             0.00

Total Discounts    0.00



**FedEx Office**

FedEx Office is your destination
for printing and shipping.

8849 Villa La Jolla Dr
La Jolla, CA 92037-1965
Tel: (858) 457-3775

5/31/2022                    1:00:04 PM PST
Team Member: Aaron J.
Customer: Susan Schneider

                    SALE

| | | |
|---|---|---|
| Renderings #1 | Qty 1 | 25.47 |
| Photo Paper/SqFt | 3 @ | 8.4900 T |
| 001452 Reg. Price | 8.49 | |
| Price per piece | 25.47 | |
| Regular Total | 25.47 | |
| Discounts | 0.00 | |
| Rivera IMG2242 | Qty 1 | 25.47 |
| Photo Paper/SqFt | 3 @ | 8.4900 T |
| 001452 Reg. Price | 8.49 | |
| Price per piece | 25.47 | |
| Regular Total | 25.47 | |
| Discounts | 0.00 | |
| Rivera IMG2859 | Qty 1 | 40.47 |
| Photo Paper/SqFt | 3 @ | 8.4900 T |
| 001452 Reg. Price | 8.49 | |
| Priority Print $50+ | 1 @ | 15.0000 T |
| 051951 Reg. Price | 15.00 | |
| Price per piece | 40.47 | |
| Regular Total | 40.47 | |
| Discounts | 0.00 | |
| Tube 2x24Mailing 1Ct | 1 @ | 3.4900 T |
| 005616 Reg. Price | 3.49 | |
| FXO FlashDrive 128GB | 1 @ | 29.9900 T |
| 408581 Reg. Price | 29.99 | |
| Regular Total | 33.48 | |
| Discounts | 0.00 | |
| Total | 33.48 | |

| | |
|---|---|
| Sub-Total | 124.89 |
| Tax | 9.68 |
| Deposit | 0.00 |
| **Total** | **134.57** |



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PURCHASE \*\*\*\*\*\*\*\*\*\*\*\*\*\*
                    APPROVED
Total:                          $134.57
Card Type:      VISA
Card Entry:     MANUAL
Acct #:         \*\*\*\*\*\*\*\*\*\*\*\*5529
Approval Code: 000867

        Total Tender              134.57
        Change Due                  0.00


        Total Discounts      0.00

```
*2 6 9 3 0 0 2 8 8 2 8*
```

Tell us how we're doing and receive
$7 off your next $40 print order
            fedex.com/welisten
Offer Code:____  Offer expires 06/30/2022

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.


        Thank you for visiting

            FedEx Office
Make It. Print It. Pack It. Ship It.
            fedex.com/office


By submitting your project to FedEx
Office or by making a purchase in a
FedEx Office store, you agree to all
FedEx Office terms and conditions,
including limitations of liability.
Request a copy of our terms and
conditions from a Team Member or visit
        fedex.com/officeserviceterms
            for details.

        Customer Copy

⊖ 05/31/22   PURCHASE AUTHORIZED ON 05/27 FEDEX OFFIC2700002 SAN DIEGO CA          $119.14
             S302147840586331 CARD 5529

Details

Merchant Name: **FEDEX OFFIC2700002**

Merchant Address: **SAN DIEGO, CA**

Category: **Postage/Shipping**

Dispute this transaction  |  Manage disputes



**FedEx Billing Online**

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | 273649268743 |
| Invoice no. | 4-528-12163 |
| Account no. | 3429-4312-8 |
| Bill date | 05/27/2022 |
| Total Billed | $128.60 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

View Invoice History

View signature proof of delivery

**Messages**

Package sent from: 92108 zip code
This shipment was priced using FedEx One Rate
Distance Based Pricing, Zone 2
Package Delivered to Recipient Address - Release A Read More..

### Transaction Details

Help Hide

**Sender Information**

COLEMAN ART PROJECTS
2792 INVERNESS DR
LA JOLLA CA 92037
US

**Recipient Information**

MANHATTAN BEACH CA 90266
US

**Shipment Details**

| | |
|---|---|
| Ship date | 05/27/2022 |
| Tendered date | 05/27/2022 |
| Payment type | Third Party |
| Service type | FedEx First Overnight |
| Zone | 02 |
| Package type | FedEx Large Box |
| Rated weight | 5.00lbs |
| Pieces | 1 |
| Rated method | FR |
| Meter No. | 6997820 |
| Declared value | 100 |

**Charges**

| | |
|---|---|
| Transportation Charge | 112.60 |
| Saturday Delivery | 16.00 |
| **Total charges** | **$128.60** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2022-05-28T09:08:0009:08 |
| Service area code | A1 |
| Signed by | see above |

View signature proof of delivery

Back

# COLEMAN ART PROJECTS

February 8, 2022 *(Revised Sept. 9, 2022)*                    **Invoice CA.SF.2.8.22**


San Francisco Art Institute
Attn. Mark Kushner
800 Chestnut Street
San Francisco, CA 94133

## RE: Invoice for advisory services and reimbursements <u>2021</u>

**<u>2021 ADVISORY SERVICES (see all attached):</u>**

| | |
|---|---:|
| Q1 Advisor's Fee (Invoice #CA.A.1.1.2021) | **PAID 1/8/21** |
| Q2 Advisor's Fee (Invoice #CA.A.4.1.2021) | *$10,000.00 |
| Q3 Advisor's Fee (Invoice #CA.SF.2.8.22) | $10,000.00 |
| Q4 Advisor's Fee (Invoice #CA.SF.2.8.22) | **WAIVED** |
| **TOTAL ADVISORY PAST DUE:** | **$20,000.00** |


**<u>2021 REIMBURSEMENTS (see all attached):</u>**

| | |
|---|---:|
| Q1 Expenses (Invoice #CA.R.5.1.2021) | *$3,270.00 |
| Q2 Expenses (Invoice #CA.R.7.14.2021) | *$385.00 |
| Q3 Expenses (Invoice #CA.SF.2.8.22) | $10,051.87 |
| Q4 Expenses (Invoice #CA.SF.2.8.22) | $4,117.91 |
| **TOTAL REIMBURSEMENT PAST DUE:** | **$17,824.78** |

*Mark Kushner agreed to pay in an email dated June 30, 2021 (see attached). All other fees and expenses were submitted together again on Feb. 8, 2022 but remain unpaid as of September 2, 2022.*

## <u>TOTAL DUE:</u>                                                         <u>$37,824.78</u>
### Payment due upon receipt of invoice

**Wire Instructions:**
Name on Account: Coleman Art Projects
Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104
Account Number: 9822146354
Wire Transfer Routing Number: 121000248
SWIFT code: WFBIUS6S

To confirm wire details, please contact Susan Schneider at 858-401-3508.

# 2021 REIMBURSEMENTS

| INVOICE DATE | QUARTER | EXPENSE | VENDOR | AMOUNT |
|---|---|---|---|---|
| **PROPOSAL/PRESENTATION** | | | | |
| 2/16/21 | 1ST Q. | Graphic Designer, Presentation Materials | Breanne Woods | $1,125.00 |
| 9/20/21 | 3rd Q. | Printing, Presentation Materials | FedEx Office, San Francisco | $197.47 |
| 9/21/21 | 3rd Q. | Printing, Presentation Materials | FedEx Office, San Francisco | $230.00 |
| 9/22/21 | 3rd Q. | Printing, Presentation Materials | FedEx Office, San Diego | $874.21 |
| 9/21/21 | 3rd Q. | Printing, Presentation Materials | ArtPrinter, Los Angeles | $717.48 |
| 9/22/21 | 3rd Q. | Printing, Presentation Materials | Lumens, Mexico City | $13.40 |
| 9/22/21 | 3rd Q. | Printing, Presentation Materials | Lumens, Mexico City | $5.94 |
| 9/23/21 | 3rd Q. | Printing, Presentation Materials | Lumens, Mexico City | $272.72 |
| 9/23/21 | 3rd Q. | Printing, Presentation Materials | Lumens, Mexico City | $98.46 |
| 9/23/21 | 3rd Q. | Printing, Presentation Materials | Lumens, Mexico City | $277.16 |
| 9/23/21 | 3rd Q. | Printing, Presentation Materials | Lumens, Mexico City | $1.41 |
| 9/23/21 | 3rd Q. | Printing, Presentation Materials | Lumens, Mexico City | $0.14 |
| 10/5/21 | 4th Q. | Printing, Presentation Materials | FedEx Office, Los Angeles | $480.83 |
| 10/18/21 | 4th Q. | Printing, Presentation Materials | FedEx Office | $27.25 |
| 10/26/21 | 4th Q. | Graphic Designer, Presentation Materials | Breanne Woods | $3,112.50 |
| | | | **TOTAL PRESENTATION** | **$7,433.97** |
| **SHIPPING** | | | | |
| 9/27/21 | 3rd Q. | Shipping, Presentation (to Mexico) | FedEx | $1,000.16 |
| 9/27/21 | 3rd Q. | Shipping, Presentation (to Mexico) | FedEx | $48.09 |
| 10/16/21 | 4th Q. | Shipping, Presentation (to Los Angeles) | FedEx | $8.07 |
| 10/18/21 | 4th Q. | Shipping, Presentation (to Los Angeles) | FedEx | $214.26 |
| | | | **TOTAL SHIPPING** | **$1,270.58** |
| **TRAVEL** | | | | |
| 9/19/21 | 3rd Q. | Flight from SD to SF (Candy) | Southwest | $253.99 |
| 9/19/21 | 3rd Q. | Flight from SD to SF (William) | Southwest | $253.99 |
| 9/20/21 | 3rd Q. | Flight from SF to Mexico City (Candy) | AeroMexico | $472.82 |
| 9/20/21 | 3rd Q. | Flight from SF to Mexico City (Assistant) | AeroMexico | $472.82 |
| 9/21/21 | 3rd Q. | Hotel, San Francisco | Hotel Drisco | $1,129.37 |
| 9/21/21 | 3rd Q. | Airport Transfer, San Francisco | Uber | $102.90 |
| 9/22/21 | 3rd Q. | GoGo Air | Wifi, AeroMexico | $18.95 |
| 9/22/21 | 3rd Q. | GoGo Air | Wifi, AeroMexico | $18.95 |
| 9/21/21 | 3rd Q. | Flight from Mexico City to Tijuana (Candy) | AeroMexico | $234.72 |
| 9/21/21 | 3rd Q. | Flight from Mexico City to Tijuana (Assistant) | AeroMexico | $234.72 |
| 9/24/21 | 3rd Q. | Expedited Border Crossing Tickets | Cross Border Xpress | $16.00 |
| 9/24/21 | 3rd Q. | Expedited Border Crossing Tickets | Cross Border Xpress | $16.00 |
| 9/25/21 | 3rd Q. | Hotel, Mexico City | Las Alcobas* | $2,850.00 |
| 9/28/21 | 3rd Q. | Airport Transfer, Tijuana | Village Transportation | $240.00 |
| | | | **TOTAL TRAVEL** | **$6,315.23** |
| **LEGAL** | | | | |
| 2/15/21 | 1ST Q. | Christine Steiner  1st Q. charges | Legal Consult (SFAI) | $2,145.00 |
| 7/7/21 | 2nd Q. | Christine Steiner - June charges | Legal Consult (SFAI) | $385.00 |
| 10/1/21 | 4th Q. | Christine Steiner | Legal Consult (NDA) | $275.00 |
| | | | **TOTAL LEGAL** | **$2,805.00** |
| | | | **TOTAL 2021 EXPENSES** | **$17,824.78** |

# COLEMAN ART PROJECTS

April 1, 2021                                          Invoice CA.A.4.1.2021

<div align="right">

**PAST DUE**

2nd Q 2021
Advisory Fee

</div>

San Francisco Art Institute
800 Chestnut Street
San Francisco, CA 94133

**RE: Art Advisory Services**
Artist: Diego Rivera
Title/Year: *The Making of a Fresco Showing the Building of a City*, 1931

<u>INVOICE</u>

Quarterly Advisor's Fee (2nd payment due April 1, 2021, per amended          $10,000.00
contract)

                                                                            **$10,000.00**
**TOTAL DUE**
Payment due upon receipt of invoice.                              <span style="color:red">NOT PAID</span>

**Please make check payable to:**
Coleman Art Projects
8070 La Jolla Shores Drive, #478
La Jolla, CA 92037

**Wire Instructions:**
Name on Account: Coleman Art Projects
Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104
Account Number: 9822146354
Wire Transfer Routing Number: 121000248
SWIFT code: WFBIUS6S

# COLEMAN ART PROJECTS

June 30, 2021

Invoice CA.R.6.30.2021

San Francisco Art Institute
800 Chestnut Street
San Francisco, CA 94133

**<span style="color:red">PAST DUE</span>**

<span style="color:red">1st Q 2021
Reimbursement</span>

<u>I</u>NVOICE

*Reimbursement for invoices paid by Coleman Art Projects related to the contracted advisory services:*

| | |
|---|---|
| Christine Steiner, Legal Fees<br>Per attached January 2021 Invoice | $2,145.00 |
| Breanne Woods, Graphic Designer<br>PDF pitch/proposal design and 3D fly-through model updates | $1,125.00 |

**TOTAL DUE**                                                   **$3,270.00**

Payment due upon receipt of invoice.           <span style="color:red">NOT PAID</span>

**Please make check payable to:**
Coleman Art Projects
8070 La Jolla Shores Drive, #478
La Jolla, CA 92037

**Wire Instructions:**
Name on Account: Coleman Art Projects
Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104
Account Number: 9822146354
Wire Transfer Routing Number: 121000248
SWIFT code: WFBIUS6S

# COLEMAN ART PROJECTS

July 14, 2021                                                          Invoice CA.R.7.14.2021

San Francisco Art Institute                                     **PAST DUE**
800 Chestnut Street
San Francisco, CA 94133                                        2nd Q 2021
                                                                reimbursement

<u>I</u>**NVOICE**

***Reimbursement for invoice paid by Coleman Art Projects related to the contracted
advisory services:***

Christine Steiner, Legal Fees                                              $385.00
Per attached June 2021 Invoice

**TOTAL DUE**                                                          **$385.00**

Payment due upon receipt of invoice.

                                                                **NOT PAID**

**Please make check payable to:**
Coleman Art Projects
8070 La Jolla Shores Drive, #478
La Jolla, CA 92037


**Wire Instructions:**
Name on Account: Coleman Art Projects
Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104
Account Number: 9822146354
Wire Transfer Routing Number: 121000248
SWIFT code: WFBIUS6S

| | |
|---|---|
| Date | December 23rd, 2020 |
| Invoice # | **2001** |
| Payment | Wire Transfer |

**Bill To**   **Coleman Art Projects**
Address   8070 La Jolla Shores Drive, #478
La Jolla, CA 92037

# Design Invoice

Payment
Information: **Wire Transfer**
Bank Name: CIBC
Branch Address: 1852 Queen St. E., Units 101-104
Toronto, ON, M4L 1H1

Branch Transit No.: 00732
Account No.: 9141030
Swift Code: CIBCCATT

Description and Fees
SFAI Document Design and 3D Model Updates
Graphic Design Work
15 hrs x $75          $   1,125.00 **USD**

Design Fee Subtotal      $   1,125.00 **USD**
**Fee Total**      $   1,125.00 **USD**

<span style="color:red">PAID BY WIRE 2/16/21</span>

## Breanne Woods

Email   breannewoods@gmail.com
Phone   416 876 0464

Address   11611 Yonge St. Unit 608
Richmond Hill, ON, L4E 1G2



| 11/04/21 | WT 211104-020732 CANADIAN IMPERIAL B /BNF=Breanne Woods SRF# OW00001737285816 TRN#211104020732 RFB# OW00001737285816 | $1,752.50 |

Details

Category: **Electronic Payments**

# FedEx Office® ✳

FedEx Office is your destination
for printing and shipping.

3225 Fillmore St
San Francisco, CA 94123
Tel: (415) 441-2995

9/20/2021                    7:49:29 PM PST
Team Member: Opie A.
Customer: Susie Schneider

                    SALE

| LARGE PRINT 1 | Qty 1 | 84.90 |
|---|---|---|
| Photo Paper/SqFt | 10 @ | 8.4900 T |
| 001452 Reg. Price | 8.49 | |
| Price per piece | 84.90 | |
| Regular Total | 84.90 | |
| Discounts | 0.00 | |

| LARGE PRINT 2 | Qty 1 | 54.90 |
|---|---|---|
| Matte Paper/SqFt | 10 @ | 5.4900 T |
| 001450 Reg. Price | 5.49 | |
| Price per piece | 54.90 | |
| Regular Total | 54.90 | |
| Discounts | 0.00 | |

| digital fee | Qty 1 | 7.50 |
|---|---|---|
| File Enhancement | 1 @ | 7.5000 T |
| 004373 Reg. Price | 7.50 | |
| Price per piece | 7.50 | |
| Regular Total | 7.50 | |
| Discounts | 0.00 | |

| PRIORITY FEE | Qty 1 | 30.00 |
|---|---|---|
| Priority Print $100+ | 1 @ | 30.0000 T |
| 051952 Reg. Price | 30.00 | |
| Price per piece | 30.00 | |
| Regular Total | 30.00 | |
| Discounts | 0.00 | |

| Tube | Qty 1 | 4.49 |
|---|---|---|
| Tube 3x36Mailing 1Ct | 1 @ | 4.4900 T |
| 005618 Reg. Price | 4.49 | |
| Price per piece | 4.49 | |
| Regular Total | 4.49 | |
| Discounts | 0.00 | |

| Sub-Total | | 181.79 |
|---|---|---|
| Tax | | 15.68 |
| Deposit | | 197.47 |
| **Total** | | **197.47** |

| Total Tender | | 0.00 |
|---|---|---|
| Change Due | | 0.00 |

Total Discounts  0.00



FedEx Office is your destination
for printing and shipping.

3225 Fillmore St
San Francisco, CA 94123
Tel: (415) 441-2995

9/21/2021                9:29:42 AM PST
Team Member: Noemi T.
Customer: Susie Schneider

SALE

| Matte | Qty 3 | 71.37 |
|---|---|---|
| Matte Paper/SqFt | 13 @ | 5.4900 T |
| 001450 Reg. Price | 5.49 | |
| | | |
| Price per piece | 23.79 | |
| Regular Total | 71.37 | |
| Discounts | 0.00 | |

| Satin | Qty 3 | 110.37 |
|---|---|---|
| Photo Paper/SqFt | 13 @ | 8.4900 T |
| 001452 Reg. Price | 8.49 | |
| | | |
| Price per piece | 36.79 | |
| Regular Total | 110.37 | |
| Discounts | 0.00 | |

| Rush Fee | Qty 1 | 30.00 |
|---|---|---|
| Priority Print $100+ | 1 @ | 30.0000 T |
| 051952 Reg. Price | 30.00 | |
| | | |
| Price per piece | 30.00 | |
| Regular Total | 30.00 | |
| Discounts | 0.00 | |

| Sub-Total | | 211.74 |
|---|---|---|
| Tax | | 18.26 |
| Deposit | | 230.00 |
| Total | | 230.00 |

| Total Tender | 0.00 |
|---|---|
| Change Due | 0.00 |

Total Discounts    0.00



* 5 1 7 2 0 0 4 0 7 2 5 *

Tell us how we're doing and receive
$5 off your next $30 print order
fedex.com/welisten
Offer Code:____ Offer expires 12/31/2021

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Thank you for visiting

FedEx Office

Reprint Receipt View

Go to [Data View](#)

Select the appropriate action button or link to continue.    [Back] [Print] [Done]

Transaction Receipt

FedEx Office is your destination
for printing and shipping.

7510 Hazard Center Dr
San Diego, CA 92108
Tel: (619) 294-3877
9/22/2021 3:21:25 PM PST
Team Member: BENEL A.
Customer: Susan Schneider
SALE
Exhibit 1_SFAI Qty 10 432.10
CLR 1S on 32# Wht 490 @ 0.7800 T
000224 Reg. Price 0.78
Coil Mixed Covers 10 @ 4.9900 T
000887 Reg. Price 4.99
Price per piece 43.21
Regular Total 432.10
Discounts 0.00
Poster x 2 Qty 2 84.90
Photo Paper/SqFt 10 @ 8.4900 T
001452 Reg. Price 8.49
Price per piece 42.45
Regular Total 84.90
Discounts 0.00
Poster x 3 Qty 3 144.33
Photo Paper/SqFt 17 @ 8.4900 T
001452 Reg. Price 8.49
Price per piece 48.11
Regular Total 144.33
Discounts 0.00
Priority Print Qty 1 150.00
Priority Print $500+ 1 @ 150.0000 T
051954 Reg. Price 150.00
Price per piece 150.00
Regular Total 150.00

Discounts 0.00

Sub-Total 811.33

Tax 62.88

Deposit 0.00

Total 874.21

*************** PURCHASE ***************

APPROVED

Total: $874.21

Card Type: VISA

Card Entry: MANUAL

Acct #: ************5879

Approval Code: 094707

Total Tender 874.21

Change Due 0.00

Total Discounts 0.00

Tell us how we're doing and receive
$5 off your next $30 print order
fedex.com/welisten
Offer Code:____ Offer expires 12/31/2021

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Thank you for visiting
FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

By submitting your project to FedEx
Office or by making a purchase in a
FedEx Office store, you agree to all
FedEx Office terms and conditions,
including limitations of liability.
Request a copy of our terms and
conditions from a Team Member or visit
fedex.com/officeserviceterms
for details.
Customer Copy

Back  Print  Done



# Invoice

**ArtPrinter**
12512 W. Washington Blvd.
Los Angeles, CA 90066
310.822.8272
www.art-printer.com

| Date | Invoice No. |
|---|---|
| 09/21/21 | 17193 |

**Bill To:**
Camilla Johnston
858-349-5090
camilla@colemanartprojects.com

**Ship To:**

**P.O. Number**

| Code | Item | Description | QTY | Rate | Amount |
|---|---|---|---|---|---|
| | Printing | Print RIVERA - IMGP2242.tif 22"x32" with additional 2" borders on Entrada Rag | 3 | 113.75 | 341.25T |
| | Rush Order | Rush Order Charge 100% | 1 | 341.25 | 341.25 |
| | | Culver City Tax 10.25% | | 10.25% | 34.98 |

PAID
9/21/2021

Please inspect all work before leaving Art Printer. Any requests for reprints or touch ups after taking delivery of work will be the sole responsibility of the client.
Art Printer is not responsible for archiving client files. Please make backups!

| Total | $717.48 |
|---|---|

**Lumen Printing Charges, Mexico City**
 x6777

| Transaction Date ⇕ | Posting Date ▼ | Description ⇕ | Amount ⇕ |
|---|---|---|---|
| **Posted Transactions** | | | |
| ⊕ 09/24/21 | 09/24/21 | LUMEN SUC POLANCO CIUDAD DE MEXMX #74049388QJLVR4XD2 | $0.14 |
| ⊕ 09/23/21 | 09/23/21 | LUMEN SUC POLANCO CIUDAD DE MEXMX #74049388BJLVR4Y7X | $1.41 |
| ⊕ 09/23/21 | 09/23/21 | LUMEN SUC POLANCO CIUDAD DE MEXMX #74049388BJLVR4XM1 | $277.16 |
| ⊕ 09/23/21 | 09/23/21 | LUMEN SUC POLANCO CIUDAD DE MEXMX #74049388BJLVR4SH9 | $98.46 |
| ⊕ 09/22/21 | 09/22/21 | LUMEN SUC POLANCO CIUDAD DE MEXMX #74049388AJLVR50Z9 | $272.72 |
| ⊕ 09/22/21 | 09/22/21 | LUMEN SUC POLANCO CIUDAD DE MEXMX #74049388AJLVR4WJ9 | $5.94 |
| ⊕ 09/22/21 | 09/22/21 | LUMEN SUC POLANCO CIUDAD DE MEXMX #74049388AJLVR4SXY | $13.40 |

## FedEx Office Charges



| | | |
|---|---|---|
| ⊖ 10/18/21 | PURCHASE AUTHORIZED ON 10/15 FEDEX OFFICE 0000 214-5507000 TX S381288791169219 CARD 5879 | $27.25 |

**Details**

Merchant Address: **214-5507000, TX**

Category: **Postage/Shipping**

Dispute this transaction | Manage disputes

| | | |
|---|---|---|
| ⊖ 10/06/21 | PURCHASE AUTHORIZED ON 10/05 FEDEX OFFIC1160001 LOS ANGELES CA S381278729196864 CARD 5879 | $480.83 |

**Details**

Merchant Address: **LOS ANGELES, CA, 900250000**

Transaction Method: **Card # Entered by Customer/Merchant**

Category: **Postage/Shipping**

Dispute this transaction | Manage disputes

# Design Invoice

| | |
|---|---|
| Date | October 26th, 2021 |
| Invoice # | **2101** |
| Payment | Wire Transfer |

| | |
|---|---|
| Bill To | **Coleman Art Projects** |
| Address | 8070 La Jolla Shores Drive, #478 |
| | La Jolla, CA 92037 |

| | |
|---|---|
| Payment Information: | **Wire Transfer** |
| Bank Name: | CIBC |
| Branch Address: | 1852 Queen St. E., Units 101-104 |
| | Toronto, ON, M4L 1H1 |

| | |
|---|---|
| Branch Transit No.: | 00732 |
| Account No.: | 9141030 |
| Swift Code: | CIBCCATT |
| Canadian Routing Number: | 001000732 |

### Description and Fees

SFAI Document Design and New Exhibit Layouts
Graphic Design Work

| | | |
|---|---|---|
| 41.5 hrs x $75 | $ | 3,112.50 USD |
| | | |
| Prepaid: 18.13 hrs x $75 | --$ | 1,360.00 USD |
| Design Fee Subtotal | $ | 1,752.50 USD |
| **Fee Total** | $ | 1,752.50 USD |

### Breanne Woods

| | |
|---|---|
| Email | breannewoods@gmail.com |
| Phone | 416 876 0464 |
| Address | 11611 Yonge St. Unit 608 |
| | Richmond Hill, ON, L4E 1G2 |

PAID BY WIRE TRANSFER 11/4/21



# INVOICE 3-420-15200 (4 PAGES)

**FedEx Billing Online**

## Tracking ID Details
Back

### Tracking ID Summary
Help Hide

**Billing Information**

| | | |
|---|---|---|
| Tracking ID no. | <Prev 284049271946 ☐ Next> | |
| Invoice no. | 3-420-15200 | |
| Account no. | 3429-4312-8 | |
| Bill date | 09/22/2021 | |
| Total Billed | $262.58 | |
| **Tracking ID Balance due** | **$0.00** | |
| Status | Paid CC | |

View Invoice History
View signature proof of delivery

**Messages**

Minimum Billable Weight was applied.
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details
Help Hide

**Sender Information**

CANDY COLEMAN
COLEMAN ART PROJECTS
8070 LA JOLLA SHORES DRIVE #47
LA JOLLA CA 92037
US

**Recipient Information**

CANDY COLEMAN, GUEST
LOS ALCOBAS HOTEL
AVE. PRESIDENTE MASARYK 390
POLANCO DISTRICT
MEXICO DF 11560
MX

**Shipment Details**

| | |
|---|---|
| Ship date | 09/22/2021 |
| Tendered date | 09/22/2021 |
| Payment type | Shipper |
| Service type | FedEx International First |
| Zone | |
| Package type | FedEx Tube |
| Actual weight | 7.00lbs |
| Rated weight | 9.00lbs |
| Pieces | 1 |
| Meter No. | 114543562 |
| Declared value | 100 |

**Charges**

| | |
|---|---|
| Transportation Charge | 237.17 |
| Peak Surcharge | 1.00 |
| Fuel Surcharge | 24.41 |
| **Total charges** | **$262.58** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-09-24T09:44:0009:44 |
| Service area code | A1 |
| Signed by | C.MANUEL FRANCISCO GUZMAN |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | | |
|---|---|---|
| Tracking ID no. | <Prev 284038495780 Next> | |
| Invoice no. | 3-420-15200 | |
| Account no. | 3429-4312-8 | |
| Bill date | 09/22/2021 | |
| Total Billed | $254.48 | |
| **Tracking ID Balance due** | **$0.00** | |
| Status | Paid CC | |

**Messages**

Fuel Surcharge - FedEx has applied a fuel surcharg Read More.

View Invoice History

View signature proof of delivery

### Transaction Details

Help Hide

**Sender Information**

CANDY COLEMAN
COLEMAN ART PROJECTS
8070 LA JOLLA SHORES DRIVE #47
LA JOLLA CA 92037
US

**Recipient Information**

CANDY COLEMAN, GUEST
LOS ALCOBAS HOTEL
AVE. PRESIDENTE MASARYK 390
POLANCO DISTRICT
MEXICO DF 11560
MX

**Shipment Details**

| | |
|---|---|
| Ship date | 09/22/2021 |
| Tendered date | 09/22/2021 |
| Payment type | Shipper |
| Service type | FedEx International First |
| Zone | |
| Package type | FedEx Box |
| Rated weight | 7.00lbs |
| Pieces | 1 |
| Meter No. | 114543562 |
| Declared value | 100 |

**Charges**

| | |
|---|---|
| Transportation Charge | 229.82 |
| Peak Surcharge | 1.00 |
| Fuel Surcharge | 23.66 |
| **Total charges** | **$254.48** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-09-24T09:44:0009:44 |
| Service area code | A1 |
| Signed by | C.MANUEL FRANCISCO GUZMAN |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | | |
|---|---|---|
| Tracking ID no. | <Prev 284034248544 Next> | |
| Invoice no. | 3-420-15200 | |
| Account no. | 3429-4312-8 | |
| Bill date | 09/22/2021 | |
| Total Billed | $220.52 | |
| **Tracking ID Balance due** | **$0.00** | |
| Status | Paid CC | |

View Invoice History

View signature proof of delivery

**Messages**

Fuel Surcharge - FedEx has applied a fuel surcharg  Read More..

---

### Transaction Details

Help Hide

**Sender Information**

CANDY COLEMAN
COLEMAN ART PROJECTS
8070 LA JOLLA SHORES DRIVE #47
LA JOLLA CA 92037
US

**Recipient Information**

CANDY COLEMAN CO LAS ALCOBAS H
AV. PDTE. MASARYK 390A
COL. POLANCO CHAPULTEPEC
MEXICO DF 11560
MX

**Shipment Details**

| | |
|---|---|
| Ship date | 09/22/2021 |
| Tendered date | 09/22/2021 |
| Payment type | Shipper |
| Service type | FedEx International First |
| Zone | |
| Package type | FedEx Pak |
| Rated weight | 5.00lbs |
| Pieces | 1 |
| Meter No. | 114543562 |
| Declared value | 60 |

**Charges**

| | |
|---|---|
| Transportation Charge | 199.02 |
| Fuel Surcharge | 20.50 |
| Peak Surcharge | 1.00 |
| **Total charges** | **$220.52** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-09-24T09:44:0009:44 |
| Service area code | A1 |
| Signed by | C.MANUEL FRANCISCO GUZMAN |

View signature proof of delivery

Back



**FedEx Billing Online**

## Tracking ID Details                                                                 Back

### Tracking ID Summary                                                          Help Hide

#### Billing Information

|  |  |  |
|---|---|---|
| Tracking ID no. | <Prev 284049271946 ⌄ Next> | |
| Invoice no. | 3-420-15200 | |
| Account no. | 3429-4312-8 | |
| Bill date | 09/22/2021 | |
| Total Billed | $262.58 | |
| **Tracking ID Balance due** | **$0.00** | |
| Status | Paid CC | |

View Invoice History

View signature proof of delivery

#### Messages

Minimum Billable Weight was applied.
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details                                                          Help Hide

#### Sender Information

CANDY COLEMAN
COLEMAN ART PROJECTS
8070 LA JOLLA SHORES DRIVE #47
LA JOLLA CA 92037
US

#### Recipient Information

CANDY COLEMAN, GUEST
LOS ALCOBAS HOTEL
AVE. PRESIDENTE MASARYK 390
POLANCO DISTRICT
MEXICO DF 11560
MX

#### Shipment Details

| | |
|---|---|
| Ship date | 09/22/2021 |
| Tendered date | 09/22/2021 |
| Payment type | Shipper |
| Service type | FedEx International First |
| Zone | |
| Package type | FedEx Tube |
| Actual weight | 7.00lbs |
| Rated weight | 9.00lbs |
| Pieces | 1 |
| Meter No. | 114543562 |
| Declared value | 100 |

#### Charges

| | |
|---|---|
| Transportation Charge | 237.17 |
| Peak Surcharge | 1.00 |
| Fuel Surcharge | 24.41 |
| **Total charges** | **$262.58** |

#### Original Reference

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

#### Proof of Delivery

| | |
|---|---|
| Delivery date | 2021-09-24T09:44:0009:44 |
| Service area code | A1 |
| Signed by | C.MANUEL FRANCISCO GUZMAN |

View signature proof of delivery

Back



# Invoice 3-420-44931  (3 pages)

## Express Duty/Tax Shipment Detail                                        Back

### Tracking ID Summary                                                    Help Hide

**Billing Information**                                        **Messages**

Tracking ID no.        <Prev  284049271946 ▾   Next>

| | |
|---|---|
| Invoice no. | 3-420-44931 |
| Account no. | 3429-4312-8 |
| Bill date | 09/22/2021 |
| Total Billed | $18.31 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

View Invoice History
View signature proof of delivery
Download Custom Documentation

### Duty/Tax Shipment Information                                         Help Hide

**Sender Information**

CANDY COLEMAN
COLEMAN ART PROJECTS
8070 LA JOLLA SHORES DRIVE #47
LA JOLLA CA 92037
US

**Recipient Information**

CANDY COLEMAN, GUEST
LOS ALCOBAS HOTEL
AVE. PRESIDENTE MASARYK 390
POLANCO DISTRICT
MEXICO DF 11560
MX

**Shipment Details**

| | |
|---|---|
| Payment Type | Shipper |
| Service Type | FedEx International First |
| Orig/Dest | MYFKKNLUA |
| Package type | FedEx Tube |
| Pieces | 1 |
| Weight | 9.00lbs/4.1kgs |
| Meter No. | |
| Reference | |
| Delivery Date | 2021-09-24T09:44:0009:44 |
| Signed By | C.MANUEL FRANCISCO GUZMAN |

**Ancillary Charges & Customs Fees**

| | | |
|---|---|---|
| Sep 22, 2021 Conversion Rate | MXN- USD | |
| Customs Duty | 360.53MXN | 18.31USD |
| **Total Duties, Taxes, Customs, Other Fees** | | **18.31USD** |

**Customs Details**

| | |
|---|---|
| Entry Date | 09/23/2021 |
| Entry no. | CMY1204409 |
| Declared Value | USD100.00 |
| Customs Value | USD100.00 |

**Airwaybill Commodity DescCntry of Manufacture**

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-09-24T09:44:0009:44 |
| Service area code | |
| Signed by | C.MANUEL FRANCISCO GUZMAN |
| View signature proof of delivery | |

Back



**FedEx Billing Online**

## Express Duty/Tax Shipment Detail                                                      Back

### Tracking ID Summary                                                          Help Hide

**Billing Information**                                      **Messages**

| | | |
|---|---|---|
| Tracking ID no. | <Prev 284038495780 ∨ Next> | |
| Invoice no. | 3-420-44931 | |
| Account no. | 3429-4312-8 | |
| Bill date | 09/22/2021 | |
| Total Billed | $18.31 | |
| **Tracking ID Balance due** | **$0.00** | |
| Status | Paid CC | |

View Invoice History
View signature proof of delivery
Download Custom Documentation

### Duty/Tax Shipment Information                                                Help Hide

**Sender Information**                              **Recipient Information**

CANDY COLEMAN                                      CANDY COLEMAN, GUEST
COLEMAN ART PROJECTS                               LOS ALCOBAS HOTEL
8070 LA JOLLA SHORES DRIVE #47                      AVE. PRESIDENTE MASARYK 390
LA JOLLA CA 92037                                   POLANCO DISTRICT
US                                                  MEXICO DF 11560
                                                    MX

**Shipment Details**                                **Ancillary Charges & Customs Fees**

| | | | | |
|---|---|---|---|---|
| Payment Type | Shipper | Sep 22, 2021 Conversion Rate | MXN- USD | 20.0328 |
| Service Type | FedEx International First | Customs Duty | 360.53MXN | 18.31USD |
| Orig/Dest | MYFKKNLUA | **Total Duties, Taxes, Customs, Other Fees** | | **18.31USD** |
| Package type | FedEx Box | | | |
| Pieces | 1 | | | |
| Weight | 7.00lbs/3.2kgs | | | |
| Meter No. | | | | |
| Reference | | | | |
| Delivery Date | 2021-09-24T09:44:0009:44 | | | |
| Signed By | C.MANUEL FRANCISCO GUZMAN | | | |

**Customs Details**                                 **Airwaybill Commodity DescCntry of Manufacture**

| | |
|---|---|
| Entry Date | 09/23/2021 |
| Entry no. | CMY1204409 |
| Declared Value | USD100.00 |
| Customs Value | USD100.00 |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-09-24T09:44:0009:44 |
| Service area code | |
| Signed by | C.MANUEL FRANCISCO GUZMAN |

View signature proof of delivery

Back

Case 2:23-cv-02560 Document 53-4 Filed: 03/12/25 Entered: 03/12/25 15:36:15 Page 150 of 52



**FedEx Billing Online**

## Express Duty/Tax Shipment Detail                                          Back

### Tracking ID Summary                                                   Help Hide

**Billing Information**                              Messages

| | | |
|---|---|---|
| Tracking ID no. | <Prev 284034248544 ▼ Next> | |
| Invoice no. | 3-420-44931 | |
| Account no. | 3429-4312-8 | |
| Bill date | 09/22/2021 | |
| Total Billed | $11.47 | |
| **Tracking ID Balance due** | **$0.00** | |
| Status | Paid CC | |

View Invoice History
View signature proof of delivery
Download Custom Documentation

### Duty/Tax Shipment Information                                        Help Hide

**Sender Information**

CANDY COLEMAN
COLEMAN ART PROJECTS
8070 LA JOLLA SHORES DRIVE #47
LA JOLLA CA 92037
US

**Recipient Information**

CANDY COLEMAN CO LAS ALCOBAS H
AV. PDTE. MASARYK 390A
COL. POLANCO CHAPULTEPEC
MEXICO DF 11560
MX

**Shipment Details**

| | |
|---|---|
| Payment Type | Shipper |
| Service Type | FedEx International First |
| Orig/Dest | SMOKNNLUA |
| Package type | FedEx Pak |
| Pieces | 1 |
| Weight | 5.00lbs/2.3kgs |
| Meter No. | |
| Reference | |
| Delivery Date | 2021-09-24T09:44:0009:44 |
| Signed By | C.MANUEL FRANCISCO GUZMAN |

**Ancillary Charges & Customs Fees**

| | | |
|---|---|---|
| Sep 22, 2021 Conversion Rate | MXN- USD | |
| Customs Duty | 225.86MXN | 11.47USD |
| **Total Duties, Taxes, Customs, Other Fees** | | **11.47USD** |

**Customs Details**

| | |
|---|---|
| Entry Date | 09/23/2021 |
| Entry no. | CMY1204417 |
| Declared Value | USD60.00 |
| Customs Value | USD60.00 |

**Airwaybill Commodity DescCntry of Manufacture**

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-09-24T09:44:0009:44 |
| Service area code | |
| Signed by | C.MANUEL FRANCISCO GUZMAN |

View signature proof of delivery

Back



# Invoice 4-272-86838

**FedEx Billing Online**

## Merchandise Sale Charges Summary

Back

### Invoice Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Invoice no. | <Prev 4-272-86838 Next> |
| Account no. | 3429-4312-8 |
| Store ID no. | |
| FedEx Tax ID No. | 71-0427007 |
| Invoice date | 10/18/2021 |
| Invoice status | Closed |
| Balance due | $0.00 |

View Invoice History

**Charge Summary** View Details

| | |
|---|---|
| Total express charges | 0.00 |
| Total ground charges | 0.00 |
| Total other charges | 8.07 |
| Total invoice amount | 8.07 |
| Total payments and credits | 8.07 |
| **Total balance due** | **$0.00** |

Other discounts may apply.

### Merchandise Sale Details

Help

Results per page 10

| Select All | Tracking/Billing ID | Date | Transaction Detail | Merchandise Description | Qty | Unit Price | Charge | Balance due | Status | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 940655713364 | 10/15/2021 | PURCHASER : Candy Coleman | Standard-Small, 13x9x11<br>Sales Tax<br>Total Charges | 1<br>0 | 0000000007.49<br>0.00 | 7.49<br>0.58<br>$ 8.07 | 0.00 | Closed | Dispute |

Back



# INVOICE 4-275-21451 (2 pages)

**FedEx Billing Online**

## Tracking ID Details      Back

### Tracking ID Summary      Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | <Prev 284974729702 Next> |
| Invoice no. | 4-275-21451 |
| Account no. | 3429-4312-8 |
| Bill date | 10/15/2021 |
| Total Billed | $107.35 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

View Invoice History

View signature proof of delivery

**Messages**

We calculated your charges based on a dimensional Read More..
Package sent from: 92108 zip code
Distance Based Pricing, Zone 2
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

## Transaction Details      Help Hide

**Sender Information**

Candy Coleman
COLEMAN ART PROJECTS
8070 La Jolla Shores Drive
#478
LA JOLLA CA 92037
US

**Recipient Information**

LOS ANGELES CA 90048
US

**Shipment Details**

| | |
|---|---|
| Ship date | 10/15/2021 |
| Tendered date | 10/15/2021 |
| Payment type | Third Party |
| Service type | FedEx First Overnight |
| Zone | 02 |
| Package type | Customer Packaging |
| Actual weight | 7.00lbs |
| Rated weight | 10.00lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 6997820 |
| Declared value | 50 |

**Charges**

| | |
|---|---|
| Transportation Charge | 76.64 |
| Saturday Delivery | 16.00 |
| Fuel Surcharge | 9.76 |
| Residential Delivery | 4.95 |
| **Total charges** | **$107.35** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-10-16T08:56:0008:56 |
| Service area code | A1 |
| Signed by | R.ROMAN |

View signature proof of delivery

Back



## FedEx Billing Online

### Tracking ID Details

Back

#### Tracking ID Summary

Help Hide

**Billing Information**

| | | |
|---|---|---|
| Tracking ID no. | <Prev | 284974766258 ⌄ Next> |
| Invoice no. | | 4-275-21451 |
| Account no. | | 3429-4312-8 |
| Bill date | | 10/15/2021 |
| Total Billed | | $106.91 |
| **Tracking ID Balance due** | | **$0.00** |
| Status | | Paid CC |

View Invoice History

View signature proof of delivery

**Messages**

Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

Distance Based Pricing, Zone 2

Minimum Billable Weight was applied.

Package sent from: 92108 zip code

FedEx has audited this shipment for correct packag Read More..

### Transaction Details

Help Hide

**Sender Information**

Candy Coleman
COLEMAN ART PROJECTS
8070 La Jolla Shores Drive
#478
LA JOLLA CA 92037
US

**Recipient Information**

LOS ANGELES CA 90048
US

**Shipment Details**

| | |
|---|---|
| Ship date | 10/15/2021 |
| Tendered date | 10/15/2021 |
| Payment type | Third Party |
| Service type | FedEx First Overnight |
| Zone | 02 |
| Package type | FedEx Tube |
| Actual weight | 2.00lbs |
| Rated weight | 9.00lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 6997820 |
| Declared value | |

**Charges**

| | |
|---|---|
| Transportation Charge | 76.24 |
| Residential Delivery | 4.95 |
| Saturday Delivery | 16.00 |
| Fuel Surcharge | 9.72 |
| **Total charges** | **$106.91** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-10-16T08:56:0008:56 |
| Service area code | A1 |
| Signed by | R.ROMAN |

View signature proof of delivery

Back

Case 2:23-30260 Claim 5834 Filed 03/12/25 Desc Main Document Page 54 of Page 255 of
Case 2:23-bk-12142-SK Doc 531 Filed 03/12/25 Entered 03/12/25 15:16:21 Page 54 of
91

 **Gmail**                    **Candy Coleman <candy@colemanartprojects.com>**

# Candy Lynn Coleman Griffith's 09/20 San Francisco trip (4J3L7T): Your reservation is confirmed.

1 message

**Southwest Airlines** <southwestairlines@ifly.southwest.com>                    Sun, Sep 19, 2021 at 10:41 PM
Reply-To: Southwest Airlines <no-reply@ifly.southwest.com>
To: candy@colemanartprojects.com

Here's your itinerary and other important travel information.

View our mobile site | View in browser

                    **Manage Flight | Flight Status | My Account**

⚠️ **Travel notice**

Federal law requires each person to wear a mask at all times in the airport and throughout the flight, including during boarding and deplaning. Passengers who may be exempt from wearing a face covering due to a disability must contact us before travel. Learn more

 **Hello friends,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**SEPTEMBER 20**

# SAN  SFO

San Diego to San Francisco

Confirmation # **4J3L7T**                    Confirmation date: 09/20/2021

| | |
|---|---|
| **PASSENGER** | **Candy Lynn Coleman Griffith** |
| RAPID REWARDS # | XXXX575 |
| TICKET # | 5261433457281 |
| EXPIRATION[1] | September 20, 2022 |
| EST. POINTS EARNED | 2,675 |
| **PASSENGER** | **William Dashiell Griffith** |
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5261433457280 |
| EXPIRATION[1] | September 20, 2022 |
| EST. POINTS EARNED | 2,675 |

Rapid Rewards® points are only estimations.

# Your itinerary

| Flight: | Monday, 09/20/2021 | Est. Travel Time: **1h 35m** | Business Select® |
| --- | --- | --- | --- |

| FLIGHT # 1918 | **DEPARTS** SAN 11:05AM San Diego |  | **ARRIVES** SFO 12:40PM San Francisco |
| --- | --- | --- | --- |

# Payment information

| Total cost | | | Payment | |
| --- | --- | --- | --- | --- |
| **Air - 4J3L7T** | | | Visa ending in 5879 | |
| Base Fare | $ | 445.74 | Date: September 20, 2021 | |
| U.S. Transportation Tax | $ | 33.44 | **Payment Amount: $253.99** | |
| U.S. 9/11 Security Fee | $ | 11.20 | | |
| U.S. Flight Segment Tax | $ | 8.60 | Visa ending in 5879 | |
| U.S. Passenger Facility Chg | $ | 9.00 | Date: September 20, 2021 | |
| **Total** | **$** | **507.98** | **Payment Amount: $253.99** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket numbers: 5261433457281, 5261433457280

# Prepare for takeoff





**For a touch-free day of travel download the Southwest® app.**

Download app now    Download app now

 **24 hours** before your departure:
Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:
Arrive at the gate prepared to board.

 **10 minutes** before your departure:
This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips



# ETicket Receipt

**Prepared For**
COLEMANGRIFFITH/CANDY LYNN [ADT]

| | |
|---|---|
| RESERVATION CODE | HFQSBZ |
| ISSUE DATE | 20Sep21 |
| TICKET NUMBER | 1392124332680 |
| ISSUING AIRLINE | AEROMEXICO |
| ISSUING AGENT | Aeromexico/SSW |
| ISSUING AGENT LOCATION | USZ WEB USA, NJ |
| VAT FISCAL ID | RFC:AME880912I89 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| **21Sep21** | AEROMEXICO AEROVIAS DE M AM 669 | San Francisco, USA<br><br>Time 13:30<br>Terminal INTERNATIONAL TERMINAL | Ciudad de Mexico<br><br>Time 20:05<br>Terminal TERMINAL 2 | Cabin BUSINESS / I Seat Number 04F (CONFIRMED)<br>Baggage Allowance 2 PIECES<br>Booking Status OK TO FLY<br>Fare Basis ENNA0TFS<br>Not Valid After 10JUN22 |

## Allowances

Baggage Allowance
SFO to MEX - 2 Pieces AEROMEXICO , each piece up to 70 pounds/32 kilograms and up to 62 linear inches/158 linear centimeters
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY DEPENDING ON FLYER-SPECIFIC FACTORS /E.G. FREQUENT FLYER STATUS/MILITARY/ CREDIT CARDFORM OF PAYMENT/EARLY PURCHASE OVER INTERNET,ETC
Carry On Allowances
SFO to MEX - 2 Pieces (AM - AEROMEXICO) Up to 10 kilograms, up to 22 pounds/10 kilograms and up to 46 linear inches/118 linear centimeters

## Payment/Fare Details

| Form of Payment | CREDIT CARD - VISA : XXXXXXXXXXXX 5879 |
|---|---|
| Endorsement / Restrictions | REFUNDABLE/CHNGS PERMITTED |
| Fare Calculation Line | SFO AM MEX414.00NUC414.00END ROE1.00 XT29.62UK4.50XFSFO4.5 |
| **Fare** | **USD 414.00** |

| Taxes/Fees/Carrier-Imposed Charges | USD 19.10 US2 (US INTERNATIONAL TRANSPORTATION TAX) |
|---|---|
| | USD 5.60 AY (US SECURITY FEE) |
| | USD 29.62 UK2 (UK2) |
| | USD 4.50 XF (US PASSENGER FACILITY CHARGE) |
| Total Amount | USD 472.82 |

**Legal Notice:**

Complete or partial reproduction of this document constitutes a fraud. Violation of this prohibition is penalized by articles 386, 454bis of the Mexican Penal Code and others laws and norms in force. All brands and logos registered. **Issued by Aerovías de México S.A. de C.V. - RFC AME880912-I89**


Data Protection Notice: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred. (applicable for interline carriage)"

Important Legal Notices



# ETicket Receipt

**Prepared For**
GRIFFITH/WILLIAM DASHIELL [ADT]

| | |
|---|---|
| RESERVATION CODE | HFQSBZ |
| ISSUE DATE | 20Sep21 |
| TICKET NUMBER | 1392124332681 |
| ISSUING AIRLINE | AEROMEXICO |
| ISSUING AGENT | Aeromexico/SSW |
| ISSUING AGENT LOCATION | USZ WEB USA, NJ |
| VAT FISCAL ID | RFC:AME880912I89 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| **21Sep21** | AEROMEXICO AEROVIAS DE M AM 669 | San Francisco, USA<br><br>Time<br>13:30<br>Terminal<br>INTERNATIONAL TERMINAL | Ciudad de Mexico<br><br>Time<br>20:05<br>Terminal<br>TERMINAL 2 | Cabin BUSINESS / I<br>Seat Number 04E (CONFIRMED)<br>Baggage Allowance 2 PIECES<br>Booking Status OK TO FLY<br>Fare Basis ENNA0TFS<br>Not Valid After 10JUN22 |

## Allowances

Baggage Allowance
SFO to MEX - 2 Pieces AEROMEXICO , each piece up to 70 pounds/32 kilograms and up to 62 linear inches/158 linear centimeters
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY DEPENDING ON FLYER-SPECIFIC FACTORS /E.G. FREQUENT FLYER STATUS/MILITARY/ CREDIT CARDFORM OF PAYMENT/EARLY PURCHASE OVER INTERNET,ETC
Carry On Allowances
SFO to MEX - 2 Pieces (AM - AEROMEXICO) Up to 10 kilograms, up to 22 pounds/10 kilograms and up to 46 linear inches/118 linear centimeters

## Payment/Fare Details

| Form of Payment | CREDIT CARD - VISA : XXXXXXXXXXXX 5879 |
|---|---|
| Endorsement / Restrictions | REFUNDABLE/CHNGS PERMITTED |
| Fare Calculation Line | SFO AM MEX414.00NUC414.00END ROE1.00 XT29.62UK4.50XFSFO4.5 |
| **Fare** | **USD 414.00** |

| Taxes/Fees/Carrier-Imposed Charges | USD 19.10 US2 (US INTERNATIONAL TRANSPORTATION TAX) |
|---|---|
| | USD 5.60 AY (US SECURITY FEE) |
| | USD 29.62 UK2 (UK2) |
| | USD 4.50 XF (US PASSENGER FACILITY CHARGE) |
| Total Amount | USD 472.82 |

**Legal Notice:**

Complete or partial reproduction of this document constitutes a fraud. Violation of this prohibition is penalized by articles 386, 454 bis of the Mexican Penal Code and others laws and norms in force. All brands and logos registered. **Issued by Aerovías de México S.A. de C.V. - RFC AME880912-I89**

Data Protection Notice: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred. (applicable for interline carriage)"

Important Legal Notices

**2901 PACIFIC AVE**
**SAN FRANCISCO CA 94115**

reservations@hoteldrisco.com

**Coleman , Ms. Candy**

2792 Inverness Dr.

La Jolla, CA 92037

| | |
|---|---|
| **Confirmation Number:** | 99123630-1 |
| **Room Number:** | 304A |
| **Room Type:** | CSTE |
| **No. of Guests:** | 1 |

| TAX ID | ARRIVAL | DEPARTURE | RATE PLAN | ACCOUNT |
|---|---|---|---|---|
| | 09/20/2021 | 09/21/2021 | FLEXI | 21738 |

| DATE | CODE | DESCRIPTION | AMOUNT (USD) |
|---|---|---|---|
| 09/20/2021 | FOOD | Chicken Margherita | 20.00 |
| 09/20/2021 | FOOD | Caesar Salad w/ Chicken | 12.00 |
| 09/20/2021 | BEV | Pellegrino | 2.00 |
| 09/20/2021 | TIPS | Tips/Gratuity | 10.00 |
| 09/20/2021 | ROOM | Room Charge | 839.00 |
| 09/20/2021 | OCCTAX | Occupancy Tax | 117.46 |
| 09/20/2021 | BUS | Business District Assessment | 8.91 |
| 09/20/2021 | TRANS | Transportation | 20.00 |
| 09/20/2021 | TRANS | Transportation | 100.00 |
| 09/21/2021 | VA | VISA ************5879 | (1,129.37) |
| | | **TOTAL DUE:** | 0.00 |

**TERMS /**

**SIGNATURE /** _____     **DATE /** _____



**[Business] Your Tuesday morning trip with Uber**
1 message

**Uber Receipts** <noreply@uber.com>                            Tue, Sep 21, 2021 at 11:41 AM
To: susan@colemanartprojects.com

# Uber

Total $102.90
September 21, 2021

## Thanks for tipping, Candy

Here's your updated Tuesday
morning ride receipt.



## Total                              $102.90

| | |
|---|---|
| Trip Fare | $83.68 |
| Subtotal | $83.68 |
| CA Driver Benefits ❓ | $0.30 |
| Tolls, Surcharges, and Fees ❓ | $5.50 |
| Tip | $13.42 |

Amount Charged

**VISA** •••• 5879   SWITCH                          $102.90

Trip ID: 754df37d-2a3f-4366-b8c4-701a616fcac8

Download PDF

# You rode with Younes

Issued on behalf of Younes

License Plate: 68515X2

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

---

**Black**    16.97 miles | 39 min

**10:16 AM**
2901 Pacific Ave, San Francisco, CA

**10:56 AM**
International Terminal G, San Francisco International Airport (SFO), San Francisco, CA



---

Report lost item  ›        Contact support  ›        My trips  ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

# GoGo Air (Inflight Wifi SF to Mexico City)





# ETicket Receipt

**Prepared For**
COLEMANGRIFFITH/CANDY LYNN [ADT]

| | |
|---|---|
| RESERVATION CODE | CJSEVR |
| ISSUE DATE | 21Sep21 |
| TICKET NUMBER | 1392124349584 |
| ISSUING AIRLINE | AEROMEXICO |
| ISSUING AGENT | Aeromexico/SSW |
| ISSUING AGENT LOCATION | USZ WEB USA, NJ |
| VAT FISCAL ID | RFC:AME880912I89 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| **25Sep21** | AEROMEXICO AEROVIAS DE M AM 176 | Ciudad de Mexico<br><br>Time<br>13:05<br>Terminal<br>TERMINAL 2 | Tijuana<br><br>Time<br>14:39 | Cabin ECONOMY / Y<br>Seat Number 09F<br>AEROMEXICO<br>(CONFIRMED)<br>Baggage Allowance 1<br>PIECE<br>Booking Status OK TO FLY<br>Fare Basis TNNN0QFT<br>Not Valid After 25SEP22 |

## Payment/Fare Details

| **Form of Payment** | **CREDIT CARD - VISA : XXXXXXXXXXXX 5879** |
|---|---|
| Endorsement / Restrictions | REF/CHG/CXL FREE/NONEND |
| Fare Calculation Line | MEX AM TIJ188.00USD188.00END |
| **Fare** | **USD 188.00** |
| **Taxes/Fees/Carrier-Imposed Charges** | **USD 0.80 YRI (SERVICE FEE - CARRIER-IMPOSED MISC)** |
| | **USD 7.50 MX6 (MX6)** |
| | **USD 28.42 XV (DOMESTIC DEPARTURE CHARGE - TUA)** |
| **Total Amount** | **USD 224.72** |

## Other Charges

| **ASIENTO PAGADO PAIDSEAT # 1391518762691 (MEX-TIJ / QTY 1)** | **MXN 192** |
|---|---|
| **Equivalent Amount Paid** | **USD 9.60** |

| Taxes | USD 0.40 |
|---|---|
| Form of Payment | CREDIT CARD - VISA : XXXXXXXXXXXX 5879 |
| Total | USD 10.00 |
| Total Fare and Other Charges | USD 234.72 |

**Legal Notice:**

Complete or partial reproduction of this document constitutes a fraud. Violation of this prohibition is penalized by articles 386, 454bis of the Mexican Penal Code and others laws and norms in force. All brands and logos registered. **Issued by Aerovías de México S.A. de C.V. - RFC AME880912-I89**

Data Protection Notice: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred. (applicable for interline carriage)"

[Important Legal Notices](#)



# ETicket Receipt

**Prepared For**
GRIFFITH/WILLIAM DASHIELL [ADT]

| | |
|---|---|
| RESERVATION CODE | CJSEVR |
| ISSUE DATE | 21Sep21 |
| TICKET NUMBER | 1392124349585 |
| ISSUING AIRLINE | AEROMEXICO |
| ISSUING AGENT | Aeromexico/SSW |
| ISSUING AGENT LOCATION | USZ WEB USA, NJ |
| VAT FISCAL ID | RFC:AME880912I89 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| **25Sep21** | AEROMEXICO AEROVIAS DE M AM 176 | Ciudad de Mexico<br><br>Time<br>13:05<br>Terminal<br>TERMINAL 2 | Tijuana<br><br>Time<br>14:39 | Cabin ECONOMY / Y<br>Seat Number 09E<br>AEROMEXICO<br>(CONFIRMED)<br>Baggage Allowance 1 PIECE<br>Booking Status OK TO FLY<br>Fare Basis TNNN0QFT<br>Not Valid After 25SEP22 |

## Payment/Fare Details

| **Form of Payment** | **CREDIT CARD - VISA : XXXXXXXXXXXX 5879** |
|---|---|
| Endorsement / Restrictions | REF/CHG/CXL FREE/NONEND |
| Fare Calculation Line | MEX AM TIJ188.00USD188.00END |
| **Fare** | **USD 188.00** |
| **Taxes/Fees/Carrier-Imposed Charges** | **USD 0.80 YRI (SERVICE FEE - CARRIER-IMPOSED MISC)** |
| | **USD 7.50 MX6 (MX6)** |
| | **USD 28.42 XV (DOMESTIC DEPARTURE CHARGE - TUA)** |
| **Total Amount** | **USD 224.72** |

## Other Charges

| **ASIENTO PAGADO PAIDSEAT # 1391518762692 (MEX-TIJ / QTY 1)** | **MXN 192** |
|---|---|
| **Equivalent Amount Paid** | **USD 9.60** |

| | |
|---|---|
| Taxes | USD 0.40 |
| Form of Payment | CREDIT CARD - VISA : XXXXXXXXXXXX 5879 |
| Total | USD 10.00 |
| Total Fare and Other Charges | USD 234.72 |

**Legal Notice:**

Complete or partial reproduction of this document constitutes a fraud. Violation of this prohibition is penalized by articles 386, 454 bis of the Mexican Penal Code and others laws and norms in force. All brands and logos registered. **Issued by Aerovías de México S.A. de C.V. - RFC AME880912-I89**

Data Protection Notice: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred. (applicable for interline carriage)"

[Important Legal Notices](#)

 Gmail                                          **Candy Coleman <candy@colemanartprojects.com>**

## CBX Ticket Purchase Completed
1 message

**sales@crossborderxpress.com** <sales@crossborderxpress.com>          Thu, Sep 23, 2021 at 3:30 PM
To: candy@colemanartprojects.com



¡Su compra ha sido exitosa!
Estimado(a) cliente,
Gracias por comprar tu boleto del CBX, los boletos vienen adjuntos en este correo.

Considere tiempo adicional a su itinerario de viaje para cumplir con las medidas preventivas que han sido instruidas en respuesta al COVID-19. No se requiere una prueba negativa de COVID-19 para pasajeros cruzando por CBX. Todos los pasajeros viajando en dirección sur a través de CBX requerirán llenar un cuestionario incluido en la liga inferior, previo a su cruce por el puente CBX. Un cuestionario por pasajero. Le recomendamos descargar y llenar la forma antes de su llegada para ahorrar tiempo durante su cruce. Estaremos compartiendo actualizaciones de información a través de nuestros canales de comunicación conforme esta situación vaya evolucionando.

Llena tu cuestionario aquí

Recuerda traer preparados tus documentos oficiales vigentes para cruzar por CBX. También considera que los boletos de temporada baja solo se pueden utilizar del 16 de enero al 17 de junio o del 16 de agosto al 31 de octubre.

Conoce más sobre los requisitos migratorios y de aduana de México y Estados Unidos visitando los siguientes sitios oficiales.

U.S. Customs and Border Protection: http://www.cbp.gov/

Instituto Nacional de Migración Mexicana: http://www.inm.gob.mx/

Servicio de Administración Tributaria: http://www.sat.gob.mx/Paginas/Inicio.aspx#
Si tienes dudas o comentarios escríbenos al correo support@crossborderxpress.com

¡Te deseamos un feliz viaje!

Your purchase has been successful!
Dear Customer,
Thank you for purchasing a CBX ticket. Your tickets are attached to this email.

| | |
|---|---|
| Main Contact | **Candy Coleman-Griffith** |
| Date of sale | **23/09/2021 15:30:00 PM** |
| Sales ID | **F498924D4514D72** |
| Total | **$16.00 USD** |
| Card Number | **5879** |
| Tickets | |
| **1 N1P Single Trip Northbound   - $16.00 USD** | |

Consider additional time in your travel itinerary to comply with the safety measures that have been established in response to COVID-19. A COVID-19 test is not required for CBX passengers. Prior to bridge access, passengers traveling southbound through CBX are required to complete a health and recent travel questionnaire, which may be found in the



**Candy Coleman <candy@colemanartprojects.com>**

## CBX Ticket Purchase Completed
1 message

**sales@crossborderxpress.com** <sales@crossborderxpress.com>                    Thu, Sep 23, 2021 at 3:37 PM
To: candy@colemanartprojects.com



¡Su compra ha sido exitosa!
Estimado(a) cliente,
Gracias por comprar tu boleto del CBX, los boletos vienen adjuntos en este correo.

Considere tiempo adicional a su itinerario de viaje para cumplir con las medidas preventivas que han sido instruidas en respuesta al COVID-19. No se requiere una prueba negativa de COVID-19 para pasajeros cruzando por CBX. Todos los pasajeros viajando en dirección sur a través de CBX requerirán llenar un cuestionario incluido en la liga inferior, previo a su cruce por el puente CBX. Un cuestionario por pasajero. Le recomendamos descargar y llenar la forma antes de su llegada para ahorrar tiempo durante su cruce. Estaremos compartiendo actualizaciones de información a través de nuestros canales de comunicación conforme esta situación vaya evolucionando.

Llena tu cuestionario aquí

Recuerda traer preparados tus documentos oficiales vigentes para cruzar por CBX. También considera que los boletos de temporada baja solo se pueden utilizar del 16 de enero al 17 de junio o del 16 de agosto al 31 de octubre.

Conoce más sobre los requisitos migratorios y de aduana de México y Estados Unidos visitando los siguientes sitios oficiales.

U.S. Customs and Border Protection: http://www.cbp.gov/

Instituto Nacional de Migración Mexicana: http://www.inm.gob.mx/

Servicio de Administración Tributaria: http://www.sat.gob.mx/Paginas/Inicio.aspx#
Si tienes dudas o comentarios escríbenos al correo support@crossborderxpress.com

¡Te deseamos un feliz viaje!

Your purchase has been successful!
Dear Customer,
Thank you for purchasing a CBX ticket. Your tickets are attached to this email.

| | |
|---|---|
| Main Contact | William Griffith |
| Date of sale | 23/09/2021 15:37:00 PM |
| Sales ID | DC7DC605855896A |
| Total | $16.00 USD |
| Card Number | 5879 |
| Tickets | |
| 1 N1P Single Trip Northbound | - $16.00 USD |

Consider additional time in your travel itinerary to comply with the safety measures that have been established in response to COVID-19. A COVID-19 test is not required for CBX passengers. Prior to bridge access, passengers traveling southbound through CBX are required to complete a health and recent travel questionnaire, which may be found in the



# KEEP YOUR TICKET UNTIL YOU EXIT THE BRIDGE



WB09232100457

# N1P Single Trip Northbound

VALID UNTIL 9/23/2022

*VALID FOR ONE YEAR

# LOW SEASON

IMPORTANT INFORMATION

A valid boarding pass and official travel documentation are required to use this ticket.

For more information see Terms & Conditions at www.crossborderxpress.com/ticket-terms.

## PREPARE FOR YOUR CROSSING

**1** ▸ *Make sure all information is correct.*

**2** ▸ *Print or save the e-ticket in your mobile device.*

**3** ▸ *Scan the e-ticket on the electronic gates to access the bridge.*

If you purchased a round trip ticket save it for your return.

Ticket is valid for one year: low season tickets may only be used January 16 to June 17 or August 16 to October 31. To use during high season, please pay fare adjustment at the terminal.



### A SMARTER APPROACH TO TRAVEL.

Download the CBX App to buy your tickets, get exclusive content and enhance your crossing experience.

**CBX IS TOUCHLESS**

---

FOLLOW US ON:

 crossborderxpress    @crossbrdxpress    crossborderxpress

DOWNLOAD THE CBX APP
 

 

www.crossborderxpress.com



# KEEP YOUR TICKET UNTIL YOU EXIT THE BRIDGE



WB09232100461

## N1P Single Trip Northbound

VALID UNTIL 9/23/2022

*VALID FOR ONE YEAR

# LOW SEASON

IMPORTANT INFORMATION

A valid boarding pass and official travel documentation are required to use this ticket.

For more information see Terms & Conditions at www.crossborderxpress.com/ticket-terms.

## PREPARE FOR YOUR CROSSING

1 ▶ *Make sure all information is correct.*

2 ▶ *Print or save the e-ticket in your mobile device.*

3 ▶ *Scan the e-ticket on the electronic gates to access the bridge.*

If you purchased a round trip ticket save it for your return.

Ticket is valid for one year: low season tickets may only be used January 16 to June 17 or August 16 to October 31. To use during high season, please pay fare adjustment at the terminal.



 
 
Case 23-50900 Claim 254 Filed 03/22/2019 Entered 03/22/2019 12:15 Page 72 of 91



REGIMEN FISCAL

REGIMEN GENERAL DE LEY PERSONAS MORALES

UNIDAD DE MEDIDA

NO APLICA

OPREM 390 S.A. DE C.V.
R.F.C. OTN021023651
Monte Pelvoux No. 120 5 B
Col. Lomas de Chapultepec
Del. Miguel Hidalgo C.P.
11000
Mexico, D.F.

| | | | | |
|---|---|---|---|---|
| Guest : | Coleman Candy | | Room No. : | 051 |
| Guest Company : | Coleman Art Projects | | Arrival : | 21/09/21 |
| A/R Number : | | | Departure : | 25/09/21 |
| Arrival Time : | 08:55:00 PM | | No. of Guests : | 2 / 0 |
| Actual Time : | 05:32:48 PM | | Date : | 18/12/21 |
| Page : | 1 | | ID Cashier : | EPERA474 |
| SPG No. : | | | Conf. No. : | 465908 |
| | | | Folio No. : | 8690 |

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 21/09/21 | Transportation Service (Team) | Air PU | 051 Candy Colem | 1,698.30 | |
| 21/09/21 | IVA Others - 16% | | 051 Candy Colem | 271.73 | |
| 21/09/21 | Anatol-Dinner Food | | 051 Candy Colem | 1,385.00 | |
| 21/09/21 | Anatol-Dinner Bvg Non Alcoholic | | 051 Candy Colem | 150.00 | |
| 21/09/21 | Anatol-Dinner Bvg Alcoholic | | 051 Candy Colem | 350.00 | |
| 21/09/21 | Anatol Tips | | 051 Candy Colem | 300.00 | |
| 21/09/21 | Accommodation | | 051 Candy Colem | 9,592.94 | |
| 21/09/21 | IVA Rooms - 16% | | [Add: 16%Prices.( | 1,512.49 | |
| 21/09/21 | Impuesto sobre Hospedaje - 3.5% | | [Add: 3.5%Prices. | 330.86 | |
| 22/09/21 | RS Tips Charge | | 051 Candy Colem | 30.00 | |
| 22/09/21 | SPA Massages | Deep Arnica 60 min | 051 Candy Colem | 3,000.00 | |
| 22/09/21 | SPA Massages | Jet lag 30 min | 051 Candy Colem | 2,100.00 | |
| 22/09/21 | SPA Productos | Arnica gel | 051 Candy Colem | 900.00 | |
| 22/09/21 | Gimnasio - SPA Tip | SPA Tip | 051 Candy Colem | 500.00 | |
| 22/09/21 | Room Service Lunch Food | | 051 Candy Colem | 1,155.00 | |
| 22/09/21 | Room Service Lunch Bvg Non Alcoholic | | 051 Candy Colem | 115.00 | |
| 22/09/21 | RS Tips Charge | | 051 Candy Colem | 200.00 | |
| 22/09/21 | Delivery Charge Room Service | | 051 Candy Colem | 228.60 | |
| 22/09/21 | Room Service Dinner Food | | 051 Candy Colem | 75.00 | |
| 22/09/21 | Room Service Dinner Bvg Non Alcoholic | | 051 Candy Colem | 100.00 | |
| 22/09/21 | RS Tips Charge | | 051 Candy Colem | 40.00 | |
| 22/09/21 | Delivery Charge Room Service | | 051 Candy Colem | 31.50 | |
| 22/09/21 | Accommodation | | 051 Candy Colem | 9,592.94 | |
| 22/09/21 | IVA Rooms - 16% | | [Add: 16%Prices.( | 1,512.49 | |
| 22/09/21 | Impuesto sobre Hospedaje - 3.5% | | [Add: 3.5%Prices. | 330.86 | |
| 23/09/21 | Mini Bar Alcoholic | | 051 Candy Colem | 60.00 | |
| 23/09/21 | Room Service Dinner Food | | 051 Candy Colem | 1,155.00 | |
| 23/09/21 | Room Service Dinner Bvg Non Alcoholic | | 051 Candy Colem | 115.00 | |
| 23/09/21 | RS Tips Charge | | 051 Candy Colem | 280.00 | |
| 23/09/21 | Delivery Charge Room Service | | 051 Candy Colem | 228.60 | |
| 23/09/21 | Accommodation | | 051 Candy Colem | 9,592.94 | |
| 23/09/21 | IVA Rooms - 16% | | [Add: 16%Prices.( | 1,512.49 | |
| 23/09/21 | Impuesto sobre Hospedaje - 3.5% | | [Add: 3.5%Prices. | 330.86 | |
| 24/09/21 | Laundry - Dry Cleaning | laundry | 051 Candy Colem | 770.00 | |
| 24/09/21 | Paid Out Advance | Propina Taxi. Ok AC | 051 Candy Colem | 500.00 | |
| 24/09/21 | Comission | | 051 Candy Colem | 40.00 | |
| 24/09/21 | IVA Others - 16% | | 051 Candy Colem | 6.40 | |
| 24/09/21 | Transportation Service (Team) | Air DO | 051 Candy Colem | 901.35 | |
| 24/09/21 | IVA Others - 16% | | 051 Candy Colem | 144.22 | |
| 24/09/21 | Room Service Dinner Food | | 051 Candy Colem | 625.00 | |

Este documento es solo caracter informativo, no tiene validez oficial como comprobante fiscal.

Presidente Masaryk 390, Mexico , Mexico C.P. 11560 Phone 52-3300.3900 Fax 52-3300-3939



REGIMEN FISCAL

REGIMEN GENERAL DE LEY PERSONAS MORALES

UNIDAD DE MEDIDA

NO APLICA

OPREM 390 S.A. DE C.V.
R.F.C. OTN0210236S1
Monte Pelvoux No. 120 5 B
Col. Lomas de Chapultepec
Del. Miguel Hidalgo C.P.
11000
Mexico, D.F.

| | | | |
|---|---|---|---|
| Guest : | Coleman Candy | Room No. : | 051 |
| Guest Company : | Coleman Art Projects | Arrival : | 21/09/21 |
| A/R Number : | | Departure : | 25/09/21 |
| Arrival Time : | 08:55:00 PM | No. of Guests : | 2 / 0 |
| Actual Time : | 05:32:48 PM | Date : | 18/12/21 |
| Page : | 2 | ID Cashier : | EPERA474 |
| SPG No. : | | Conf. No. : | 465908 |
| | | Folio No. : | 8690 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 24/09/21 | Delivery Charge Room Service | 051 Candy Colem | 112.50 | |
| 24/09/21 | Accommodation | 051 Candy Colem | 9,592.94 | |
| 24/09/21 | IVA Rooms - 16% | [Add: 16%Prices.( | 1,512.49 | |
| 24/09/21 | Impuesto sobre Hospedaje - 3.5% | [Add: 3.5%Prices. | 330.86 | |
| 25/09/21 | Mini Bar Alcoholic | 051 Candy Colem | 60.00 | |
| 25/09/21 | Visa Card | 051 Candy Colem | | 63,373.36 |
| | XXXXXXXXXXXX6799   XX/XX | | | |

| | | | |
|---|---|---|---|
| **Total** | | **63,373.36** | **63,373.36** |
| **Balance** | | | **0.00 MXN** |

Este documento es solo caracter informativo, no tiene validez oficial como comprobante legal o fiscal.

   

Patrick Ward
CEO & CFO

858 459 2470
858 583 1285

village@san.rr.com

www.villagetransportationinc.com/

# Payment Receipt

## For Confirmation #12587

Transaction Date/Time: 09/28/2021
04:44 PM

We hope you enjoyed your ride and look forward to you booking online for your future travel. Online reservations are discounted $5 to 5%.

| | |
|---|---|
| **Method:** | Visa ** 5879 |
| **Total Paid:** | $240.00 |
| **Transactions:** | AUTH_CAPTURE $240.00 (42959093638) |
| **Passenger:** | Candy Coleman |
| **Trip Confirmation#** | 12587 |
| **Trip Date & Time:** | 09/25/2021 02:40 PM |
| **Routing Information:** | **Pick-up Location:** CBX, Aeromexico 176 |
| | **Drop-off Location:** 2792 Inverness Drive, 2792 Inverness Dr San Diego, CA (US) 92037 |

**Charges & Fees**

| | |
|---|---|
| Per Hour 1.5 x 90.00 | $135.00 |
| Remaining Miles 18.29 x 3.50 | $64.02 |
| Std Grat 20.000% | $39.80 |
| Discount-Booked Online | (-) $8.82 |
| STC | $5.00 |
| Admin Fee | $5.00 |
| **Reservation Total:** | $240.00 |
| **Payments/Deposits:** | $240.00 |
| **Authorizations:** | $0.00 |
| **Total Due:** | $0.00 |

**Law Office Of Christine Steiner**
10215 Santa Monica Blvd.
Los Angeles, CA 90067
csteiner@csteinerlaw.com

**BILL TO**
Coleman Art Projects

## Statement of Services January 2021

| **DATE** 02/15/2021 | **TERMS** Due on receipt |

| DATE | DESCRIPTION OF SERVICES | HOURS | RATE |
|------|------------------------|-------|------|
| 11/23/2020 | Telcon Candy re SFAI | 0.20 | 550.00 |
| 12/01/2020 | Telcon re SFAI issues | 0.70 | 550.00 |
| 12/02/2020 | Review documents and Candy telcon | 0.90 | 550.00 |
| 12/31/2020 | Nov/Dec 2020: All other telcons, emails (NC) | 0 | 550.00 |
| 01/04/2021 | Telcon SFAI update, review | 1.20 | 550.00 |
| 01/07/2021 | Review draft; telcon Candy; review redraft (Balance NC) | 0.50 | 550.00 |
| 01/21/2021 | Telcon Candy and emails re SFAI | 0.40 | 550.00 |
| 01/21/2021 | 11/20/2020-1/21/2021 Misc telcons, emails (NC) | 0 | 550.00 |

| TOTAL DUE | **$2,145.00** |

**PAID 3/12/21 CHECK NO. 1074**

Please make check payable to:
Christine Steiner, Attorney at Law

Or wire to:
Bank: Citibank
ABA Routing: 322271724
Account: 206995193
Name of Account: Law Office of Christine Steiner

Taxpayer Identification Number Upon Request

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1074 |
| **Date Posted** | 03/16/21 |
| **Check Amount** | $2,145.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

**Law Office Of Christine Steiner**
10215 Santa Monica Blvd.
Los Angeles, CA 90067
csteiner@csteinerlaw.com

**BILL TO**
Coleman Art Projects

## Statement of Services June 2021

**DATE** 07/07/2021   **TERMS** Due on receipt

| DATE | DESCRIPTION OF SERVICES | HOURS | RATE |
|------|------------------------|-------|------|
| 06/04/2021 | Telcon re SFAI request | 0.40 | 550.00 |
| 06/08/2021 | Telcon re SFAI request | 0.30 | 550.00 |

| TOTAL DUE | $385.00 |
|-----------|---------|

**PAID 7/13/21 CHECK NO. 1087**

Please make check payable to:
Christine Steiner, Attorney at Law

Or wire to:
Bank: Citibank
ABA Routing: 322271724
Account: 206995193
Name of Account: Law Office of Christine Steiner

Taxpayer Identification Number Upon Request

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1087 |
| **Date Posted** | 07/22/21 |
| **Check Amount** | $385.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

**Law Office Of Christine Steiner**
10215 Santa Monica Blvd.
Los Angeles, CA 90067
csteiner@csteinerlaw.com

**BILL TO**
Coleman Art Projects

<table>
<tr><td colspan="2">**Statement of Services September 2021**</td></tr>
<tr><td>**DATE** 10/01/2021</td><td>**TERMS** Due on receipt</td></tr>
</table>

| DATE | DESCRIPTION OF SERVICES | HOURS | RATE |
|------|------------------------|-------|------|
| 09/02/2021 | Review/revise NDA | 0.50 | 550.00 |

| TOTAL DUE | **$275.00** |
|-----------|-------------|

**PAID 10/14/21 VIA CHECK NO. 1091**

Please make check payable to:
Christine Steiner, Attorney at Law

Or wire to:
Bank: Citibank
ABA Routing: 322271724
Account: 206995193
Name of Account: Law Office of Christine Steiner

Taxpayer Identification Number Upon Request

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1091 |
| **Date Posted** | 11/22/21 |
| **Check Amount** | $275.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender



Susan Schneider <susan@colemanartprojects.com>

# Re: Fully Executed Advisory Contract, Q2 Advisory Fee

1 message

**Mark Kushner** <mkushner@sfai.edu>                                    Wed, Jun 30, 2021 at 10:49 PM
To: Candy Coleman <candy@colemanartprojects.com>, Susan Schneider <susan@colemanartprojects.com>

Please ignore my last email. I found the email during what I had forgotten was such a hectic time with the newspapers and Lucas. All set. I will arrange payment through June 30. Not sure what we want to do now as we are very tight on funds and have not been able to get a loan yet even with Candy's help.
Mark
**Mark Kushner**
Interim Chief Operating Officer (COO)

**SAN FRANCISCO ART INSTITUTE**
800 Chestnut Street, San Francisco, CA 94133
**c** 415.710.6759 | **e** mkushner@sfai.edu | **w** sfai.edu


STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. No representation is made on its accuracy or completeness of the information contained in this electronic message. Certain assumptions may have been made in the preparation of this material as at this date, and are subject to change without notice. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. Please reply to the sender at mkushner@sfai.edu, and destroy all copies of this message and any attachments from your system.



On Wed, Jun 30, 2021 at 10:44 PM Mark Kushner <mkushner@sfai.edu> wrote:
Candy and Susan

I can't figure this out. I have no record in my files or emails of signing an agreement dated January 1, 2021. See this email chain here below where you ask for our confirmation of extending it which I have no record of doing. But then Susan sent me a copy today of a different January 1 document with highlights and my signature, though it is a smaller version of my signature that I don't have or use. Susan, where did you get that? Please forward me the email where I sent that. I can't figure it out. I have no record of signing that or sending that out.

Thanks for your patience.

Mark
**Mark Kushner**
Interim Chief Operating Officer (COO)

**SAN FRANCISCO ART INSTITUTE**
800 Chestnut Street, San Francisco, CA 94133
**c** 415.710.6759 | **e** mkushner@sfai.edu | **w** sfai.edu


STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. No representation is made on its accuracy or completeness of the information contained in this electronic message. Certain assumptions may have been made in the preparation of this material as at this date, and are subject to change without notice. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. Please reply to the sender at mkushner@sfai.edu, and destroy all copies of this message and any attachments from your system.

On Tue, Jun 8, 2021 at 12:26 PM Candy Coleman <candy@colemanartprojects.com> wrote:

---------- Forwarded message ---------
From: **Candy Coleman** <candy@colemanartprojects.com>
Date: Thu, Dec 24, 2020 at 1:43 PM
Subject: Fwd: Fully Executed Advisory Contract, Q2 Advisory Fee
To: Mark Kushner <mkushner@sfai.edu>
Cc: Candy Coleman <candy@colemanartprojects.com>

Hi Mark,

Candy's advisory agreement ends on January 2. Can you please send us an email
confirming that it is extended for another six months?

Many thanks,
Susan Schneider
Assistant to Candy Coleman
858-401-3508

---------- Forwarded message ---------
From: **Candy Coleman** <candy@colemanartprojects.com>
Date: Wed, Nov 25, 2020 at 3:20 PM
Subject: Fully Executed Advisory Contract, Q2 Advisory Fee
To: Pam Rorke Levy <prorkelevy@sfai.edu>
Cc: Candy Coleman <candy@colemanartprojects.com>, Mark Kushner <mkushner@sfai.edu>

Hi Pam,

I have attached the advisory agreement along with the fully executed signature page. Also, I emailed Candy's invoice for her 2nd
advisory fee on October 15 but she has not yet been paid, so I am resending in case it was lost in cyberspace.

Wishing you a happy, safe and peaceful Thanksgiving!

Best,
Susan
858-401-3508



San Francisco Art Institute
800 Chestnut Street
San Francisco, CA 94133

**415.771.7020**
**sfai.edu**

September 23, 2022

Dear Candy,

The San Francisco Art Institute (SFAI) Board of Trustees' leadership has authorized me to provide you with the following attached proposal with regard to the Diego Rivera Mural. In addition, SFAI's Board has previously authorized you to act as the appointed agent of the school for an endowment of the mural and potential sale/leaseback of the 800 Chestnut Street property. The SFAI campus and the Diego Rivera Mural have enduring legacies that go beyond the boundaries of San Francisco. The attached proposal allows for your client to ensure this historic institution and legacy continues.

You also have additional details and supplementary information to the proposal, and we are happy to provide further information upon request. The Board of Trustees is available to convene as needed to assist in this process.

Sincerely,

Lonnie Graham
Board Chair, San Francisco Art Institute
lonniegraham88@gmail.com
(412) 613-8894

John Marx
Co-Chair, San Francisco Art Institute
jmarx@form4inc.com
(415) 215-6601

# EXHIBIT 5

---------- Forwarded message ---------
From: **John Marx** <jmarx@form4inc.com>
Date: Wed, Feb 12, 2025 at 9:43 PM
Subject: Re: Coleman Art Projects Bankruptcy Court Claim Status
To: Candy Coleman <candy@colemanartprojects.com>
Cc: Mark Kushner <markekushner@gmail.com>, lonnie graham <lonniegraham88@gmail.com>, Susan Schneider <susan@colemanartprojects.com>


Hey Candy,

Yes, paying you for your services was the intention of the Board.


Best Wishes,

*John Marx AIA*
*Chief Artistic Officer*
*Celebrating Our 25th Anniversary*



s a n   f r a n c i s c o , c a
**cel: 4 1 5 . 2 1 5 . 6 6 0 1**
**w w w . f o r m 4 i n c . c o m**

On Feb 12, 2025, at 7:11 PM, Candy Coleman <candy@colemanartprojects.com> wrote:

All,
Please ignore that last email and invoice.  We attached the wrong invoice.  Susan will send the correct one tomorrow along with Mark's email stating he was paying my invoices back in 2021.
Thank you,

Candy
C: 310-251-6440

On Wed, Feb 12, 2025 at 3:24 PM Candy Coleman <candy@colemanartprojects.com> wrote:

Hi Mark,

It was good to catch up with you. I was relieved to hear it was not your intention to put my invoices into the "disputed" category and that you were not aware the claim was in dispute. I have included John and Lonnie on this email so they can confirm that they intended for me to be paid, as well.

Unfortunately, I have yet to receive payment for any of my work for SFAI since January 2021, and the outstanding amount due to me is $69,369.74. This includes the attached invoice in the amount of $10,625.61 which I submitted to Trustee Paul Mansdorf in July 2023, after SFAI declared bankruptcy.

Than you,
Candy

---------- Forwarded message ---------
From: **Mark Kushner** <markekushner@gmail.com>
Date: Thu, Feb 13, 2025 at 1:23 PM
Subject: Re: Coleman Art Projects Bankruptcy Court Claim Status
To: Candy Coleman <candy@colemanartprojects.com>
Cc: JOHN MARX <jmarx@form4inc.com>, Lonnie Graham <lonniegraham88@gmail.com>, Mark Kushner
<markekushner@gmail.com>


Hi Candy

Your summary is correct. I am not aware of any SFAI dispute with your billing.

I hope you are able to get paid by the court trustee for your work. Your work for SFAI was much appreciated
and shows how hard the board, staff and you worked to get value for the fresco and save the school.

Mark

On Thu, Feb 13, 2025 at 11:44 AM Candy Coleman <candy@colemanartprojects.com> wrote:

Hi Mark,

It was good to catch up with you. I was relieved to hear it was not your intention to put my
invoices into the "disputed" category and that you were not aware the claim was in dispute. I
have included John and Lonnie on this email so they can confirm that they intended for me to
be paid, as well.

Unfortunately, I have yet to receive payment for any of my work for SFAI since January 2021,
and the outstanding amount due to me is **$58,744.13,** per the attached unpaid invoices.

Thank you,
Candy



--
Mark Kushner
Cell: 415 710 6759
markekushner@gmail.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Motion To Allow/Deem As Timely Filed Proof Of Claim No. 55 Filed By Coleman Art Projects** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 12, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Marcus O. Colabianchi    mcolabianchi@duanemorris.com, dmicros@duanemorris.com
- Diane Cragg    diane.cragg@doj.ca.gov
- David K. Eldan    David.Eldan@doj.ca.gov
- Erin R. Fay    efay@wsgr.com
- Gregg Martin Ficks    gficks@coblentzlaw.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Gregg S. Kleiner    gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com
- Charles P. Maher    cmaher@rinconlawllp.com, aworthing@rinconlawllp.com
- Paul Mansdorf    paul@mansdorftrustee.com, Paul.Mansdorf@txittrustee.com,ecf.alert+Mansdorf@titlexi.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Brian A. Paino    bpaino@hinshawlaw.com, crico@hinshawlaw.com
- Richard L. Pierotti    Rpierotti@kpmd.com
- Thomas B. Rupp    trupp@kbkllp.com
- Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Edward J. Tredinnick    etredinnick@foxrothschild.com
- Kevin P Whiteford    kw@swllplaw.com

**2. SERVED BY UNITED STATES MAIL**: On **March 12, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Paul Mansdorf | Charles P. Maher | Gregg S. Kleiner |
| 1569 Solano Ave. #703 | Rincon Law, LLP | Rincon Law LLP |
| Berkeley, CA 94707 | 268 Bush St. #3335 | 268 Bush St. #3335 |
| **Trustee** | San Francisco, CA 94104 | San Francisco, CA 94104 |
| | **Trustee's Counsel** | **Trustee's Counsel** |

☐ Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 12, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 F 9013-3.1.PROOF.SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 12, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* F 9013-3.1.PROOF.SERVICE