1  DAVID L. NEALE (SBN 141225)
   ROBERT M. CARRASCO (SBN 334642)
2  LEVENE, NEALE, BENDER,
   YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
4  Los Angeles, California 90034
   Telephone: (310) 229-1234;
5  Facsimile: (310) 229-1244
   Email: DLN@LNBYG.COM; RMC@LNYBG.COM
6
7  Counsel for Creditor Coleman Art Projects

8              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION

10  In re:                          Case No.: 23-30250
                                    Chapter 7
11  THE SAN FRANCISCO ART           Hon. Hannah L. Blumenstiel
    INSTITUTE, a California nonprofit
12  public benefit corporation      **NOTICE AND OPPORTUNITY FOR**
             Debtor.                **HEARING ON MOTION TO**
13                                  **ALLOW/DEEM AS TIMELY FILED**
                                    **PROOF OF CLAIM NO. 55 FILED BY**
14                                  **COLEMAN ART PROJECTS**
15                                  [No Hearing Required Unless Requested]
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE DEBTOR, CREDITORS, THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

        **PLEASE TAKE NOTICE THAT** Coleman Art Projects ("CAP") has filed a motion (the "Motion") for an order with the United States Bankruptcy Court to allow CAP's previously filed proof of claim, denominated on the Court's claim registry as claim no. 55 ("Claim") to be timely filed. The Motion is made under Federal Rule of Bankruptcy Procedure 3002(7), this notice, the Motion, and the declaration of Candy Coleman (the "Coleman Declaration") attached to the Motion. A copy of the Motion may be obtained by contacting CAP's counsel listed on the first page of this notice.

**Background**

        On April 19, 2023 (the "Petition Date"), the debtor, San Francisco Art Institute (the "Debtor") filed for chapter 7 relief under the Bankruptcy Code. That same day, the Debtor filed its Schedules and Statement of Financial Affairs.

        On Schedule F, the Debtor listed Coleman Art Projects as holding a disputed pre-petition claim totaling $57,842.78.

        On April 20, 2023, the notice of chapter 7 bankruptcy case and notice of bar date (the "Bar Date Notice") [Dkt. No. 7] was mailed out to all creditors by the Bankruptcy Noticing Center. The Bar Date Notice set June 28, 2023 as the deadline for filing proofs of claim. The Bar Date Notice was sent to CAP at the following address:

Coleman Art Projects (Resale No. 103-197350)
8070 La Jolla Shores Drive, #478
La Jolla, CA 92037

        This is the same address that was listed for CAP on the Debtor's schedules. This address is a PO Box operated by the Corner Specialty Shoppe. However, on February 22, 2023, CAP requested a change of address with the U.S. Postal Office. The change of address requested that mail to CAP should be addressed to:

Coleman Art Projects
2792 Inverness Drive
La Jolla, CA 92037

        Due to the change of address, which instructed that mail was to be forwarded to the new location located at 2792 Inverness Drive, La Jolla, CA 92037, CAP believes that it never received the Bar Date Notice that was sent out later that year in April 2023 because it was sent to the old address located at 8070 La Jolla Shores Drive, #478, La Jolla, CA 92037.

        Thus, due to CAP's address being incorrectly listed on the Debtor's Schedules, CAP did not receive the Bar Date Notice prior to the deadline of June 28, 2023.

In fact, CAP did not learn of the Bar Date until July 18, 2023, when the chapter 7 trustee, Paul Mansdorf (the "Trustee") emailed Ms. Coleman a copy of the Bar Date Notice. The next day, on July 19, 2023, Ms. Coleman filed the Claim and provided a copy to the Trustee via email.

**Relief Requested**

Under F.R.B.P. 3002(7), "On a creditor's motion filed before or after the time to file a proof of claim has expired, the court may extend the time to file by no more than 60 days from the date of its order. The motion may be granted if the court finds that the notice <u>was insufficient to give the creditor a reasonable time to file</u>." F.R.B.P. 3002(7) (emphasis added).

Here, CAP's Claim should be deemed timely under F.R.B.P. 3002(7) because Ms. Coleman did not receive the Bar Date Notice until July 18, 2023—after the Bar Date. Due to the address being incorrect in the Debtor's Schedule F, the Bar Date Notice was sent to an old address that was no longer used by CAP. This is the type of insufficient notice that F.R.B.P. 3002(7) is designed to remedy.

As such, CAP requests that this Court enter an order (1) allowing CAP's Claim to be deemed timely filed and (2) granting such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT** Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the Motion or any request for hearing thereon. Objections should be filed with the Clerk of the Court, United States Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102.

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days' written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

**PLEASE TAKE NOTICE THAT,** unless ordered otherwise, Judge Blumenstiel will conduct all non-evidentiary hearings by video via Zoom.

Litigants and interested parties should consult Judge Blumenstiel's posted calendar at the following link to determine whether a particular calendar will be conducted by video or by telephone:

https://www.canb.uscourts.gov/judge/blumenstiel/calendar

1        The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing,
2    you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.
3

4

5

6    Dated: March 12, 2025                 */s/ David L. Neale*
                                       David L. Neale

7                                           ROBERT M. CARRASCO
                                       LEVENE, NEALE, BENDER, YOO

8                                               & GOLUBCHIK L.L.P.
                                       Counsel for Coleman Art Projects

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Notice And Opportunity For Hearing On Motion To Allow/Deem As Timely Filed Proof Of Claim No. 55 Filed By Coleman Art Projects** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 12, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Marcus O. Colabianchi    mcolabianchi@duanemorris.com, dmicros@duanemorris.com
- Diane Cragg    diane.cragg@doj.ca.gov
- David K. Eldan    David.Eldan@doj.ca.gov
- Erin R. Fay    efay@wsgr.com
- Gregg Martin Ficks    gficks@coblentzlaw.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Gregg S. Kleiner    gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com
- Charles P. Maher    cmaher@rinconlawllp.com, aworthing@rinconlawllp.com
- Paul Mansdorf    paul@mansdorftrustee.com, Paul.Mansdorf@txitrustee.com,ecf.alert+Mansdorf@titlexi.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Brian A. Paino    bpaino@hinshawlaw.com, crico@hinshawlaw.com
- Richard L. Pierotti    Rpierotti@kpmd.com
- Thomas B. Rupp    trupp@kbkllp.com
- Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Edward J. Tredinnick    etredinnick@foxrothschild.com
- Kevin P Whiteford    kw@swllplaw.com

**2.  <u>SERVED BY UNITED STATES MAIL</u>**: On **March 12, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Paul Mansdorf<br>1569 Solano Ave. #703<br>Berkeley, CA 94707<br>***Trustee*** | Charles P. Maher<br>Rincon Law, LLP<br>268 Bush St. #3335<br>San Francisco, CA 94104<br>***Trustee's Counsel*** | Gregg S. Kleiner<br>Rincon Law LLP<br>268 Bush St. #3335<br>San Francisco, CA 94104<br>***Trustee's Counsel*** |

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
***U.S. Trustee***

☒ Service list attached

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Case: 23-30250    Doc# 235    Filed: 03/12/25    Entered: 03/12/25 13:58:54    Page 5 of 15

1

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 12, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

2

3

4    None.

5    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6

| March 12, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0971-3
Case 23-30250
California Northern Bankruptcy Court
San Francisco
Wed Mar 12 12:53:27 PDT 2025

Argo Partners
12 West 37th St, Ste. 900
New York, NY 10018-7381

BM-AI, LLC
c/o Erin R. Fay
Wilson Sonsini Goodrich & Rosati, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801-1668

CRG Financial LLC
84 Herbert Avenue
Building B
Suite 202
Closter, NJ 07624-1343

California Department of Justice
Attn: David K. Eldan, Deputy Attorney Ge
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1256

De Lage Landen Financial Services, Inc.
Whiteford Law
900 Howe Ave., Suite 250
Sacramento, CA 95825-3939

FMC Pier 2 Sublessor, LLC
c/o Farella Braun + Martel
Attn: Gary M. Kaplan
One Bush Street, Ste 900
San Francisco, CA 94104-4415

(p)GUARANTEED CLAIM FUNDING LLC
1000 BRICKELL AVE
SUITE 715 DPT 30044
MIAMI FL 33131-3009

San Francisco Art Institute, a California no
800 Chestnut Street
San Francisco, CA 94133-2206

The Bernard Osher Foundation
c/o Farella Braun + Martel
Attn: Gary M. Kaplan
One Bush Street, Ste 900
San Francisco, CA 94104-4415

U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Fl.
Mail Box 36099
San Francisco, CA 94102-3428

AAA BUSINESS SUPPLIES
325 MENDELL STREET
SAN FRANCISCO, CA 94124-1710

ABM Building Value (Building Solutions SF/Ma
P.O. Box 52609
Los Angeles, CA 90074-2609

ADLER & COLVIN
235 Montgomery Street
Russ Building, Suite 1220
San Francisco, CA 94104-2902

ADP, LLC
PO Box 31001-1874
Pasadena, CA 91110-1874

ALMICH & ASSOCIATES
26463 RANCHO PARKWAY SOUTH
LAKE FOREST, CA 92630-8326

ARAMARK UNIFORM SERVICES
AUS West Lockbox
P.O. Box 101179
Pasadena, CA 91189-0005

ARTFORUM International
350 Seventh Avenue
19th Floor
New York, NY 10001-1931

AT&T (415 346-6084 567 7)
P.O. BOX 5025
Carol Stream, IL 60197-5025

AT&T (Acct: 415563-2584 550 3)
PO Box 5017
Carol Stream, IL 60197-5017

AT&T (Acct: 960 732-6395 555 3)
P.O. BOX 5025
CAROL STREAM, IL 60197-5025

Ajai Pillai
2709 Dwight Way
Berkeley, CA 94704-3152

Amory Sharp
2354 North Point Street
Number 5265
San Francisco, CA 94123-1417

Amy L Berk
67 29th Street
San Francisco, CA 94110-4910

Andrew Mikhail
1387A Pacific Avenue
San Francisco, CA 94109-2702

Angela Berry
63 Noe Street
San Francisco, CA 94114-1004

Angela Martin Berry
63 Noe Street
San Francisco, CA 94114-1004

Angela Thomas (SEIU 1021)
350 Rhode Island
Suite 100
San Francisco, CA 94103-5188

Appraisal Resource Associates, Inc.
3035 SE Martins Street
Portland, OR 97202-8749

Arlene Cash
2808 kingstream drive
snellville, GA 30039-4936

Arlene Wesley Cash
2808 Kingstream Way Southwest
Snellville, GA 30039

Art In Hand
1874 Fell Street
San Francisco, CA 94117-2021

Arts Design Alumni Research
1284 Broad St, Unit 25682
Providence, RI 02905-7738

Autumn Press Inc
945 Camelia St
Berkeley, CA 94710-1437

BAY ALARM COMPANY
P.O. BOX 7137
SAN FRANCISCO, CA 94120-7137

Bernard Osher Foundation
c/o Farella Braun + Martel LLP
Attorney:  Gary Kaplan, Esq.
One Bush Street, Suite 900
San Francisco, CA 94104-4415

Brett Reichman
540 Alabama Street
San Francisco, CA 94110-1301

Bridge Real Estate Advisors
100 Embarcadero Penthouse
San Francisco, CA 94105

Burr Pilger Mayer (BPM)
2001 North Main Street
Suite 360
Walnut Creek, CA 94596-7253

CLAYPEOPLE, INC
623 S 32ND ST
623 S 32ND ST
RICHMOND, CA 94804-4103

Cagwin & Dorward
Landscape Contractors
P.O. Box 6004
Petaluma, CA 94955-6004

California Department of Tax and Fee Adminis
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

Carl Taibl
110 Gardner Place
Danville, CA 94526-2946

Cecilia Abrego
3779 Mission Street
Apt #1-A
San Francisco, CA 94110-5844

Christie Campus Health
80 Hayden Avenue
Lexington, MA 02421-7962

Christopher Coppola
916 Kearny St
San Francisco, CA 94133-5107

Christopher J Paddock
639 65th Street
Oakland, CA 94609-1036

Cisco, Inc
P.O. Box 801088
Houston, TX 77280-1088

Claire Daigle
2934 Ford Street
Oakland, CA 94601-2844

ClayPeople
623 S. 32nd Street
Richmond, CA 94804-4103

Cooley LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004

Corodata Shredding, Inc.
PO BOX 846137
Los Angeles, CA 90084-6137

CounterPULSE
80 Turk Street
San Francisco, CA 94102-2808

Cristobol Martinez
921 W. University Drive
Mesa, AZ 85201-5538

Cultural Heritage Imaging
2325 3rd Street
San Francisco, CA 94107-4302

D. Park Smith
Law Office of D. Park Smith
250 Cherry Springs Road, Suite 200
HUNT, TX 78024-3010

DE LAGE LANDEN FINANCIAL SERVICES, INC.
900 Howe Ave., Ste. 250
Sacramento, CA 95825-3939

DEWEY PEST CONTROL
P.O. BOX 7114
PASADENA, CA 91109-7214

Danielle E. Leanard, Esq. (FUSFAI)
177 Post Street
Suite 300
San Francisco, CA 94108-4733

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0073


Devin Cadwallader
2445 Shoreline Drive
Apt. 127
Alameda, CA 94501-6212

Dewey Crumpler
1095 Siler Place
Berkeley, CA 94705-1536

Diana Buchbinder
2343 E. Harwell Rd.
Phoenix, AZ 85042-7183


Diana Maria Vasquez
469 Potrero Avenue
San Francisco, CA 94110-1429

Domain Listings, LLC
P.O. Box 19607
Las Vegas, NV 89132-0607

EMPLOYMENT DEVELOPMENT DEPT
PO Box 826880
Sacramento, CA 94280-0001


Edition One Group
860 Harbour Way S
STE B
Richmond, CA 94804-3648

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Eve Werner
1299 Hobart Street
Chico, CA 95926-3701


Experian
475 Anton Blvd
Costa Mesa, CA 92626-7037

FARELLA BRAUN + MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104-2902

(p)FERRILLI
4 KINGS HIGHWAY EAST
HADDONFIELD NJ 08033-2002


FMC Pier 2 Sublessor, LLC
c/o Farella Braun _ Martel
Attorney:  Gary Kaplan, Esq.
One Bush Street, Suite 900
San Francisco, CA 94104-4415

Farella Braun & Martel
attn: Gary M. Kaplan
One Bush Street, Suite 900
San Francisco, CA 94104-4415

Farella Braun + Martel LLP
Attorney:  Gary Kaplan, Esq.
One Bush Street, Suite 900
San Francisco, CA 94104-4415


Federal Express (FedEx)
P.O. Box 371461
Pittsburgh, PA 15250-7461

Federal Insurance Company c/o Chubb
436 Walnut Street - WA04K
Philadelphia, PA 19106-3703

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000


Fort Mason Center
2 Marina Blvd
San Francisco, CA 94123-1284

Fort Mason Center (Pier2 Sublessor,LLC/Rent)
2 Marina Blvd., Building A
Suite C-260
San Francisco, CA 94123-1284

Foto-Kem Industries Inc.
2801 West Alameda Avenue
Burbank, CA 91505-4405


Franchise Tax Board Bankruptcy Section, MS A
PO Box 2952
Sacramento, CA 95812-2952

GRAINGER
DEPT. 810008193
PALATINE, IL 60038-0001

German Benincore
800 Chestnut Street
San Francisco, CA 94133-2206


GradLeaders, Inc.
P.O. Box 206236
Dallas, TX 75320-6236

Guardian Life Insurance
1253 Haddonfield Berlin Rd
Voorhees, NJ 08043-4847

HUB International
90 New Montgomery St.
Suite 250
San Francisco, CA 94105-4552

Headlands Center For The Arts
944 Fort Barry
Sausalito, CA 94965-2608

Helen Frankenthaler Foundation
134 West 26th Street
New York, NY 10001-7099

Hirschfeld Kraemer LLP
505 Montgomery Street
Thirteenth Floor
San Francisco, CA 94111-6529

IPFS Corporation
30 Montgomery Street, Suite 501
Jersey City NJ 07302-3821

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IntraLinks, Inc.
PO Box 392134
10th Floor
Pittsburg, PA 15251-9134

Jack R. Creel Associates
Po Box 801083
Houston, TX 77280-1083

Jackson Mayers
800 Chestnut Street
San Francisco, CA 94133-2206

Jeff Johnston
444 Lombard St. Apt. 2
San Francisco, CA 94133-2435

Jeffery B Johnston
2640 Hyde Street
San Francisco, CA 94109-1221

Jeffery Gunderson
62 Paseo Way
Greenbrae, CA 94904-1248

Jeffery Richard Gunderson
62 Paseo Way
Greenbrea, CA 94904-1248

Jennifer Rissler
6145 Fremont Street
Oakland, CA 94608-2217

Jeremy Morgan
PO Box 472
Forest Knolls, CA 94933-0472

Jose De Los Reyes
237 Leavenworth Street
San Francisco, CA 94102-2664

KONICA MINOLTA BUSINESS SOLUTIONS
USA INC.
DEPT. LA 22988
PASADENA, CA 91185-2988

Keller Benvenutti Kim LLP
425 Market Street, 26th Floor
San Francisco, CA 94105-5401

Keller Benvenutti Kim LLP
650 California Street
Suite 1900
San Francisco, CA 94108-2736

Kellie Gaines
40 Harrison Street, Apt. 396
Oakland, CA 94607-3868

Kenneth Tze & John C. Callan, Jr.
Duane Morris LLP
Spear Tower, One Market Plaza, Suite 220
San Francisco, CA 94105

Lighthouse Immersive San Francisco Corp.
The Sterling Law Office LLC
112 South Sangamon Street
Suite 101
Chicago, IL 60607-2927

Lighthouse Immersive San Francisco, Corp.
Attn: Corey Ross
640 Briar Hill Avenue
Toronto, ON, M5N 1N2 Canada

Linda Connor
87 Rutherford Ave
San Anselmo, CA 94960-1534

Linde Gas & Equipment Inc.
Dept LA 21511
Pasadena, CA 91185-1511

Lindsey White
3320 18th Street
San Francisco, CA 94110-1905

MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680-7690

Mads Lynnerup
527 Mira Vista Avenue
Oakland, CA 94610-1936

Mads Lynnerup
527 Mira Vista Avenue
Oakland, CA 94610
Berkeley, CA 94705-22

Margot Alexa Frey
926 Pierce Street
San Francisco, CA 94115-4532

Maria Elena Gonzalez
272 Sackett Street
Brooklyn, NY 11231-4355

Maria Elena Gonzalez
85 Vernon Street
Oakland, CA 94610-4256

Mark Johnson
385 Prentiss Street
San Francisco, CA 94110-6140

Mark Kushner
35 Presidio Terrace
San Francisco, CA 94118-1410

Maryam Yousif
1931 Linden Street
Oakland, CA 94607-2837

Matthew Galindo
10 East Archer Street
Tulsa, OK 74103-2028

Melissa Palo
5384 Poplar Avenue, Suite 500
Memphis, TN 38119-3658

Meredith Tromble
122 Buckeye Avenue
Oakland, CA 94618-2255

Millstein Fellner, LLP
100 The Embarcadero Penthouse
San Francisco, CA 94105-1226

Minnesota Street Project Foundation
1150 25th Street
San Francisco, CA 94107-3510

NAVIA Benefit Solutions
P.O. Box 53250
Bellevue, WA 98015-3250

Natasha Varnovitsky
400 Maryland Ave, SW
Washington DC 20202-0001

Nehr Law LLC
213 West Miner Street
West Chester, PA 19382-2924

Nina Sazevich
622  20th Avenue
San Francisco, CA 94121-3832

Office & Professional Employees Internationa
80 Eighth Avenue
Suite 201
New York, NY 10011-0607

Office of Attorney General
Charitable Trust Section, Elizabeth Kim,
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7020

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0
San Francisco, CA 94102-3402

PACIFIC GAS & ELECTRIC
PO Box 997300
Sacramento, CA 95899-7300

PG&E (800 Chestnut St)
PO Box 997300
Sacramento, CA 95899-7300

PHOTO WASTE RECYCLING CO., INC.
2980 KERNER BLVD.
SAN RAFAEL, CA 94901-5588

PRAXAIR DISTRIBUTION, INC.
DEPT. LA 21511
PASADENA, CA 91185-1511

PURCHASE POWER (PITNEY BOWES)
P.O. Box 371874
Pittsburgh, PA 15250-7874

Paradigm Inc.
2600 Performance Court
Virginia Beach, VA 23453-3765

ProGuard Security Services, Inc.
300 Montgomery Street
Suite 813
San Francisco, CA 94104-1910

Proguard Security Services
300 Montgomery Street, #813
San Francisco, CA 94104-1910

RENE LOPEZ
1718  14th Street
Oakland, CA 94607-1514

Rebecca Alexander
3872 Howe St
Oakland, CA 94611-5313

Rebecca Katherine Alexander
3872 Howe Street
Oakland, CA 94611-5313

Recology Golden Gate (A/C 010853580)
PO Box 60846
Los Angeles, CA 90060-0846

Recology Golden Gate (A/C A0010000679)
P.O. Box 848309
Los Angeles, CA 90084-8309

Reuben, Junius & Rose, LLP
One Bush St., Ste. 600
San Francisco, CA 94104-4411

Robert Half / ACCOUNTEMPS
P.O. Box 743295
Los Angeles, CA 90074-3295

Robin Balliger
913 Channing Way
Berkeley, CA 94710-2315

SAFETY-KLEEN
P.O.BOX 7170
PASADENA, CA 91109-7170

SF Artists Alumni
1207 Cedar Street
Santa Monica, CA 90405-2511

SFPUC-Water Dept
525 Golden Gate AV
San Francisco, CA 94102-3220

SHARP ELECTRONICS CORPORATION
dba Sharp Business Systems
Dept. LA 21510
Pasadena, CA 91185-1510

SHIP/ART INTERNATIONAL, INC.
P.O. BOX 1966
SO. SAN FRANCISCO, CA 94083-1966

San Francisco Fire Department
Po Box 1280
Oaks, PA 19456-1280

San Francisco Tax Collector (0334093 - CITY
Business License Unit
P.O. Box 7427
San Francisco, CA 94120-7427

Scenario Learning
4890 W. Kennedy Blvd.
Suite 300
Tampa, FL 33609-1869

Sheppard Mullin Richter & Hampton
333 South Hope Street,43rd Floor
LOS ANGELES, CA 90071-1422

Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993

Sidley Austin LLP
1 S. Dearborn St.
Chicago, IL 60603-2323

Sidley Austin LLP
One South Dearborn
Chicago, IL 60603-2323

Spectraflow Inc.
46 Digital Drive, Suite 5
Novato, CA 94949-5761

Star Elevator Inc.
1300 Industrial Road, Suite 4
San Carlos, CA 94070-4130

Stephanie Kudisch
3626 Anza St
San Francisco, CA 94121-2825

Susan Wu
8876 Domaine Street
Rosemead, CA 91770-1208

TK Elevator Corp.
Law Office of D. Park Smith
250 Cherry Springs Road, Suite 200
HUNT, TX 78024-3010

TK Elevator Corporation
3100 Interstate North Circle SE
Suite 500
Atlanta, GA 30339-2296

The 500 Capp Street Foundation
500 Capp Street
San Francisco, CA 94110-2516

The Bank Of New York Mellon
P.O Box 392013
Pittsburgh, PA 15251-9013

The Bureau for Private Postsecondary Educati
P.O. Box 980818
Sacramento, CA 95834

The Home Depot Pro
PO Box 742440
Los Angeles, CA 90074-2440

The Regents of the University of California
UC Office of the President, Attn: Eric S
1111 Franklin Street, 7th Floor
Oakland, CA 94607-5200

The Registry
3 Centennial Drive
Suite 320
Peabody, MA 01960-7931

The Sterling Law Offices
c/o Kevin A. Sterling, Esq.
112 South Sangamon Street, Suite 101
Chicago, IL 60607-2927

Thompson, Welch, Soroko & Gilbert LLP
3950 Civic Center Drive
Suite 300
San Rafael, CA 94903-5900

Tim Berry
240 Juanita Avenue
Pacifica, CA 94044-3134

Timothy Berry
240 Juanita Ave
Pacifica, CA 94044-3134

| | | |
|---|---|---|
| Toby Labat<br>711 Jefferson Avenue<br>Miami Beach, FL 33139-8543 | Tony Labat<br>711 Jefferson Ave. #9<br>Miami Beach, FL 33139-8500 | Townsend Maintenance Co. Llc<br>1601 N. California Blvd., Suite 250<br>Walnut Creek, CA 94596-7458 |
| Two Dot Studio<br>430 North Avenue 57<br>Los Angeles, CA 90042-3406 | U.S Department of Education<br>400 Maryland Ave, SW<br>Washington, DC 20202-0008 | UC Office of the President<br>Attn: Janet Norris & Jacob Lavin<br>1111 Franklin Street, 7th Floor<br>Oakland, CA 94607-5200 |
| UC Regents<br>1111 Franklin Street<br>7th Floor<br>Oakland, CA 94607-5212 | UC Regents<br>Accounting Department<br>155 Grand Ave Suite 400<br>Oakland, CA 94612-3764 | University of San Francisco,<br>attn: Donna Davis & Charles E. Cross<br>2130 Fulton Street<br>San Francisco, CA 94117-1050 |
| University of San Francisco, a California<br>nonprofit public benefit corporation<br>Duane Morris LLP c/o Marcus Colabianchi<br>One Market, Spear Tower, Suite 2200<br>San Francisco, CA 94105 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | Verizon Wireless -<br>Acct Number 372155821-00003<br>PO Box 489<br>Newark, NJ 07101-0489 |
| Vital Records Control<br>5384 Poplar Avenue, Ste 500<br>Memphis, TN 38119-3658 | Vital Records Control<br>5400 Meltech Blvd<br>Ste 101<br>Mem, TN 38118-7705 | WiLine Networks Inc.<br>DEPT LA 24599<br>PASADENA, CA 91185-4599 |
| Wyatt Conlon<br>2215 West 190th Street<br>Torrance, CA 90504-6001 | Yunseok Song<br>800 Chestnut Street<br>San Francisco, CA 94133-2206 | Zeina Barake<br>27 Courageous Ct<br>Alameda, CA 94501-1054 |
| Zoom Video Communications Inc.<br>PO Box 398843<br>San Francisco, CA 94139-8843 | Dan Broderick<br>Cushman and Wakefield of CA<br>12830 El Camino Real, #100<br>San Diego, CA 92130-2976 | Donna Bradshaw<br>West Auctions, Inc.<br>P.O. Box 278<br>Woodland, CA 95776-0278 |
| Jeff Johnston<br>444 Lombart St. Apt. 2<br>San Francisco, CA 94133-2435 | Jose De los Reyes<br>237 Leavenworth Street, #104<br>San Francisco, CA 94102-2632 | Mads Lynnerup<br>22 Chancellor Place<br>Berkeley, CA 94705-1610 |
| Matthew A. Clausen<br>Adler & Colvin<br>135 Main St., 20th Fl.<br>San Francisco, CA 94105-1854 | Paul Mansdorf<br>1569 Solano Ave. #703<br>Berkeley, CA 94707-2116 | Regents of the University of California<br>c/o Edward Tredinnick and Michael Sweet<br>Fox Rothschild LLP<br>345 California Street<br>Suite 2200<br>San Francisco, CA 94104-2670 |
| Richard Pierotti<br>Kokjer, Pierotti, Maiocco & Duck LLP<br>333 Pine St., 5th Fl.<br>San Francisco, CA 94104-3319 | Richard L. Pierotti<br>Kokjer, Pierotti, Maiocco and Duck<br>333 Pine St. 5th Fl.<br>San Francisco, CA 94104-3319 | Thomas B. Rupp<br>Keller Benvenutti Kim LLP<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105-5401 |

Case: 23-30250   Doc# 235   Filed: 03/12/25   Entered: 03/12/25 13:38:54   Page 13 of<br>15

Thomas X. Christian
Cushman and Wakefield of CA
425 Market St., #2300
San Francisco, CA 94105-5410

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Guaranteed Claim Funding LLC<br>PO Box 735491<br>Chicago, IL 60673 | De Lage Landen Financial Services<br>PO Box 41602<br>Philadelphia, PA 19101 | FERRILLI INFORMATION GROUP<br>41 South Haddon Avenue, Suite 7<br>Haddonfield, NJ 08033 |
| (d)Guaranteed Claim Funding LLC<br>P.O. Box 735491<br>Chicago, IL 60673-5491 | (d)KONICA MINOLTA PREMIER FINANCE<br>P.O. BOX 41602<br>Philadelphia, PA 19101-1602 | (d)Sharp Business Systems<br>Po Box 41602<br>Philadelphia, PA 19101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)IPFS Corporation | (u)University of San Francisco, a California | (d)Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018-7381 |
| (u)Bernadette Bellomo | (d)CRG Financial LLC<br>84 Herbert Ave.<br>Building B Suite 202<br>Closter, NJ 07624-1344 | (d)ClayPeople Inc.<br>623 S 32nd Street<br>Richmond, CA 94804-4103 |
| (u)Lindsey White | (u)Vaclav Janoscik<br>Smeralova 331/21<br>170 00 Praha 7-Bubene,  4C2C+RJ Prague | (d)Andrew Mikhail<br>1387A Pacific Avenue<br>San Francisco, CA 94109-2702 |
| (d)Brett Reichman<br>540 Alabama Street<br>San Francisco, CA 94110-1301 | (d)Christopher Coppola<br>916 Kearny St<br>San Francisco, CA 94133-5107 | (d)Claire Daigle<br>2934 Ford Street<br>Oakland, CA 94601-2844 |
| (d)Jennifer Rissler<br>6145 Fremont Street<br>Oakland, CA 94608-2217 | (d)Jeremy Morgan<br>PO Box 472<br>Forest Knolls, CA 94933-0472 | (d)Linda Connor<br>87 Rutherford Avenue<br>San Anselmo, CA 94960-1534 |

(d)Lindsey White                    (d)Maria Elena Gonzalez              (d)Robin Balliger
3320 18th Street                    272 Sackett Street                   913 Channing Way
San Francisco, CA 94110-1905        Brooklyn, NY 11231-4355              Berkeley, CA 94710-2315


End of Label Matrix
Mailable recipients    210
Bypassed recipients     18
Total                  228