Signed and Filed: April 2, 2025

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Gregg S. Kleiner (SBN 141311)
Charles P. Maher (SBN 124748)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-840-6385
gkleiner@rinconlawllp.com
cmaher@rinconlawllp.com

Counsel for
PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE SAN FRANCISCO ART INSTITUTE,<br>   a California nonprofit<br>   public benefit corporation,<br><br>                Debtor. | Case No. 23-30250 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>**ORDER AUTHORIZING COMPROMISE**<br>**CONCERNING CLAIM FILED**<br>**BY FMC PIER 2 SUBLESSOR, LLC** |

      Based on the Trustee's Motion for Order Authorizing Compromise Concerning Claim Filed by FMC Pier 2 Sublessor, LLC [Docket No. 231] ("Motion"),[1] his March 7, 2025, Notice of Compromise Concerning Claim Filed by FMC Pier 2 Sublessor, LLC [Docket No. 232], and the certificate of non-opposition, and it appearing that notice has been adequate, that no objection has been filed or served, and that good cause exists,

      IT HEREBY ORDERED THAT:

      1.      The Motion, which satisfies the requirements of *In re A&C Properties*, 784 F. 2d 1377 (9th Cir. 1986) and Federal Rule of Bankruptcy Procedure 9019, is granted.

      2.      The Trustee is authorized to enter into an "Agreement to Resolve Claim Objection and Mutual Release" ("Agreement") with FMC Pier 2 Sublessor, LLC and Fort Mason Center, a

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

California non-profit public benefit corporation. A copy of the Agreement is attached to the Declaration of Paul Mansdorf in Support of Motion for Order Authorizing Compromise Concerning Claim Filed by FMC Pier 2 Sublessor, LLC [Docket No. 231-1].

3. The Trustee is authorized to execute any and all documents he deems necessary to consummate the Agreement and satisfy his obligations under the Agreement.

4. Upon entry of this Order (i) FMC will be deemed to have been granted relief from the automatic stay to accelerate the Annual Payments that it owes under the FMC Recourse Note to extinguish (via setoff) all sums due and owing by the Debtor under the Claim, (ii) the Claim shall be deemed fully satisfied and entitled to no other distributions, and (iii) FMC shall promptly deliver to the Trustee (or his counsel) the signed blue ink original Amended FMC Recourse Note in the principal amount of seven million dollars ($7,000,000.00) as of December 31, 2030, in the form substantially similar to the Amended FMC Recourse Note that is attached as Exhibit A to the Agreement.

5. This order is effective upon entry and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

*** END OF ORDER ***