Entered on Docket
April 14, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 14, 2025

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

DAVID L. NEALE (SBN 141225)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234;
Facsimile: (310) 229-1244
Email: DLN@LNBYG.COM; RMC@LNYBG.COM

Counsel for Creditor Coleman Art Projects

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE SAN FRANCISCO ART INSTITUTE, a California nonprofit public benefit corporation<br>      Debtor. | Case No.: 23-30250<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>**ORDER GRANTING MOTION TO ALLOW/DEEM AS TIMELY FILED PROOF OF CLAIM NO. 55 FILED BY COLEMAN ART PROJECTS** |

Upon consideration of the "Motion to Allow/Deem as Timely Filed Proof of Claim No. 55 filed by Coleman Art Projects" (the "<u>Motion</u>") [Dkt. No. 234], and good cause appearing,

**HEREBY ORDERS AS FOLLOWS:**

(1) The Motion is granted;

(2) Coleman Art Project's previously filed Proof of Claim No. 55 is deemed to have been timely filed.

###