UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

THE SAN FRANCISCO ART INSTITUTE, a California nonprofit public benefit corporation

CASE NO: 23-30250 HLB

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 256
Judge: Hon. Hannah L. Blumenstiel

On 6/13/2025, I did cause a copy of the following documents, described below,

Notice of Disposition of Asset (Litigation Claims) and Opportunity for Hearing (F.R.B.P 6007) ECF Docket Reference No. 256

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/13/2025

/s/ Gregg S. Kleiner
Gregg S. Kleiner  141311

Rincon Law LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104
415 996 8180
aworthing@rinconlawllp.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>THE SAN FRANCISCO ART INSTITUTE, a California nonprofit public benefit corporation | CASE NO: 23-30250 HLB<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 256<br>Judge: Hon. Hannah L. Blumenstiel |

On 6/13/2025, a copy of the following documents, described below,

Notice of Disposition of Asset (Litigation Claims) and Opportunity for Hearing (F.R.B.P 6007) ECF Docket Reference No. 256

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/13/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gregg S. Kleiner
Rincon Law LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

TK ELEVATOR CORP.
LAW OFFICE OF D. PARK SMITH
250 CHERRY SPRINGS ROAD, SUITE 200
HUNT, TX 78024

DIANA MARIA VASQUEZ
469 POTRERO AVENUE
SAN FRANCISCO, CA 94110-1429

FERRILLI INFORMATION GROUP
41 SOUTH HADDON AVENUE, SUITE 7
HADDONFIELD, NJ 08033

PROGUARD SECURITY SERVICES, INC.
300 MONTGOMERY STREET
SUITE 813
SAN FRANCISCO, CA 94104-300

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

REUBEN, JUNIUS & ROSE, LLP
ONE BUSH ST., STE. 600
SAN FRANCISCO, CA 94104

JOSE DE LOS REYES
665 GEARY STREET #303
SAN FRANCISCO, CA94102

MARIA ELENA GONZALEZ
272 SACKETT STREET
BROOKLYN, NY 11231

LINDSEY WHITE
3320 18TH STREET
SAN FRANCISCO, CA 94110-3320

BRETT REICHMAN
540 ALABAMA STREET
SAN FRANCISCO, CA 94110

CLAYPEOPLE, INC
623 S 32ND ST
RICHMOND, CA 94804

LINDA CONNOR
87 RUTHERFORD AVE
SAN ANSELMO, CA 94960

CHRISTOPHER COPPOLA
916 KEARNY ST
SAN FRANCISCO, CA 94133

NINA SAZEVICH
622 20TH AVENUE
SAN FRANCISCO, CA 94121

ROBIN BALLIGER
913 CHANNING WAY
BERKELEY, CA 94710

JEREMY MORGAN
PO BOX 472
FOREST KNOLLS, CA 94933

CRISTOBOL MARTINEZ
921 W. UNIVERSITY DRIVE
MESA, AZ 85201

TIMOTHY BERRY
240 JUANITA AVE
PACIFICA, CA 94044

MEREDITH TROMBLE
122 BUCKEYE AVENUE
OAKLAND, CA 94618

CLAIRE DAIGLE
2934 FORD STREET
OAKLAND, CA 94601

JENNIFER RISSLER
6145 FREMONT STREET
OAKLAND, CA 94608

U.S DEPARTMENT OF EDUCATION
400 MARYLAND AVE, SW
WASHINGTON, DC 20202

BRIDGE REAL ESTATE ADVISORS
100 EMBARCADERO PENTHOUSE
SAN FRANCISCO, CA 94105

SHEPPARD, MULLIN, RICHTER & HAMPTON LL
650 TOWN CENTER DRIVE, 10TH FLOOR
COSTA MESA, CA 92626

MADS LYNNERUP
527 MIRA VISTA AVENUE
OAKLAND, CA 94610
BERKELEY, CA 94705-22

FEDERAL INSURANCE COMPANY C/O CHUBB
436 WALNUT STREET - WA04K
PHILADELPHIA, PA 19106

COOLEY LLP
3 EMBARCADERO CENTER, 20TH FLOOR
SAN FRANCISCO, CA 94111

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| UNIVERSITY OF SAN FRANCISCO, A CALIFORNIA NONPROFIT<br>C/O MARCUS COLABIANCHI, GEOFFREY HEATON<br>ONE MARKET, SPEAR TOWER, SUITE 2200<br>SAN FRANCISCO, CA 94105 | ANGELA MARTIN BERRY<br>63 NOE STREET<br>SAN FRANCISCO, CA 94114 | TONY LABAT<br>711 JEFFERSON AVE. #9<br>MIAMI BEACH, FL 33139-711 |
| REBECCA ALEXANDER<br>3872 HOWE ST<br>OAKLAND, CA 94611-3872 | JEFFERY GUNDERSON<br>62 PASEO WAY<br>GREENBRAE, CA 94904 | THE REGISTRY<br>3 CENTENNIAL DRIVE, SUITE 320<br>PEABODY, MA 01960 |
| VITAL RECORDS CONTROL<br>5384 POPLAR AVENUE, STE 500<br>MEMPHIS, TN 38119 | DIANA MARIA VASQUEZ<br>469 POTRERO AVENUE<br>SAN FRANCISCO, CA 94110-1429 | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| FMC PIER 2 SUBLESSOR, LLC<br>C/O FARELLA BRAUN __ MARTEL<br>ATTORNEY: GARY KAPLAN, ESQ.<br>ONE BUSH STREET, SUITE 900<br>SAN FRANCISCO, CA 94104- | FARELLA BRAUN    MARTEL LLP<br>RUSS BUILDING<br>235 MONTGOMERY STREET<br>SAN FRANCISCO, CA 94104 | BERNARD OSHER FOUNDATION<br>C/O FARELLA BRAUN + MARTEL LLP<br>ATTORNEY: GARY KAPLAN, ESQ.<br>ONE BUSH STREET, SUITE 900<br>SAN FRANCISCO, CA 94104 |
| ZEINA BARAKE<br>27 COURAGEOUS CT<br>ALAMEDA, CA 94501-1054 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br>UC OFFICE OF THE PRESIDENT,<br>ATTN: ERIC SCHUELER<br>1111 FRANKLIN STREET, 7TH FLOOR<br>OAKLAND, CA 94607 | LIGHTHOUSE IMMERSIVE SAN FRANCISCO CORP.<br>THE STERLING LAW OFFICE LLC<br>112 SOUTH SANGAMON STREET<br>SUITE 101<br>CHICAGO, IL 60607 |
| DEWEY CRUMPLER<br>1095 SILER PLACE<br>BERKELEY, CA 94705 | ANDREW MIKHAIL<br>1387A PACIFIC AVENUE<br>SAN FRANCISCO, CA 94109 | KELLER BENVENUTTI KIM LLP<br>101 MONTGOMERY STREET, SUITE 1950<br>SAN FRANCISCO, CA94104 |
| SF ARTISTS ALUMNI<br>1207 CEDAR STREET<br>SANTA MONICA, CA 90405-2511 | IPFS CORPORATION<br>30 MONTGOMERY STREET, SUITE 501<br>JERSEY CITY NJ 07302 | CHRISTOPHER J PADDOCK<br>639 65TH STREET<br>OAKLAND, CA 94609-1036 |
| ARLENE CASH<br>2808 KINGSTREAM DRIVE<br>SNELLVILLE, GA 30039 | SFPUC-WATER DEPT<br>525 GOLDEN GATE AV<br>SAN FRANCISCO, CA 94102 | COLEMAN ART PROJECTS<br>(RESALE NO. 103-197350)<br>8070 LA JOLLA SHORES DRIVE, #478<br>LA JOLLA, CA 92037 |
| COLEMAN ART PROJECTS<br>C/O CANDY COLEMAN<br>2792 INVERNESS DRIVE<br>LA JOLLA, CA 92037-2042 | DAVID L. NEALE<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 LA CIENEGA AVENUE<br>LOS ANGELES, CA 90034 | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E,<br>PO BOX 826880<br>SACRAMENTO, CA 95814 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA<br>C/O EDWARD TREDINNICK AND MICHAEL SWEET<br>FOX ROTHSCHILD LLP<br>345 CALIFORNIA STREET, SUITE 2200<br>SAN FRANCISCO, CA 94104-2670 | CRG FINANCIAL LLC<br>84 HERBERT AVENUE, BUILDING B, SUITE 202<br>CLOSTER, NJ 07624-1313 | DIANE CRAGG<br>OFFICE OF THE ATTORNEY GENERAL<br>455 GOLDEN GATE AVENUE, SUITE 1100<br>SAN FRANCISCO, CA 94102-7020 |
| DAVID K. ELDAN<br>ATTORNEY GENERAL OF CALIFORNIA<br>300 SOUTH SPRING STREET, SUITE 1702<br>LOS ANGELES, CA 90013-1256 | CAITLIN NOBLE<br>DEPUTY ATTORNEY GENERAL<br>CHARITABLE TRUSTS SECTION<br>455 GOLDEN GATE AVENUE, SUITE 11000<br>SAN FRANCISCO, CA 94102-7004 | OFFICE OF THE U.S. TRUSTEE / SF<br>PHILLIP J. BURTON FEDERAL BUILDING<br>450 GOLDEN GATE AVE. 5TH FL., #05-0153<br>SAN FRANCISCO, CA 94102-3402 |
| BM-AI, LLC<br>C/O ERIN R. FAY<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>222 DELAWARE AVENUE, SUITE 800<br>WILMINGTON, DE19803 | BM-AI, LLC<br>C/O GREGG M. FICKS<br>COBLENTZ, PATCH, DUFFY & BASS LLP<br>ONE MONTGOMERY STREET, SUITE 3000<br>SAN FRANCISCO, CA94104 | CA FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES BANKRUPTCY UNIT<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMIN.<br>ACCOUNT INFORMATION GROUP, MIC: 29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0029 | CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION<br>P.O. BOX 826203<br>SACRAMENTO, CA 94230-0001 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0073 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | SAN FRANCISCO TAX COLLECTOR (0334093 - CITY<br>BUSINESS LICENSE UNIT<br>P.O. BOX 7427<br>SAN FRANCISCO, CA 94120-7427 | U SATTORNEY'S OFFICENORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |
| RICHARD CORDRAY<br>CHIEF OPERATING OFFICER OF<br>FEDERAL STUDENT AID<br>U.S. DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE, SW<br>WASHINGTON, D.C. 20202 | NASSER PAYDAR<br>ASSISTANT SECRETARY FOR POST-SECONDARY EDUCATION<br>U.S. DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE, SW<br>WASHINGTON, D.C. 20202 | JEFF JOHNSTON<br>444 LOMBARD ST., APT. 2<br>SAN FRANCISCO, CA94133 |
| ARGO PARTNERS<br>12 WEST 37TH STREET, STE 900<br>NEW YORK, NY 10018 | JOHNNY ANTWILER<br>O'HAGAN MEYER<br>2615 PACIFIC COAST HIGHWAY, SUITE 300<br>HERMOSA BEACH, CA90254 | MARK KUSHNER<br>35 PRESIDIO TERRACE<br>SAN FRANCISCO, CA 94118 |
| GORDON KNOX<br>127 PUTNAM STREET<br>SAN FRANCISCO, CA94110 | CARL TAIBL<br>COMMUNITY INITIATIVES<br>1000 BROADWAY, SUITE 480<br>OAKLAND, CA94607 | LONNIE GRAHAM<br>210 PATTERSON BUILDING CURTAIN ROAD<br>UNIVERSITY PARK, PA16802 |
| BONNIE LEVINSON<br>1608 S. DIXIE HIGHWAY<br>WEST PALM BEACH, FL33401 | JEREMY PATRICIA STONE<br>BMVA LLC<br>3450 SACRAMENTO ST. #355<br>SAN FRANCISCO, CA94118 | JOHN MARX<br>FORM4 ARCHITECTURE<br>150 SUTTER ST.<br>P.O. BOX 779<br>SAN FRANCISCO, CA94104 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| STEPHEN MANGUM<br>2736 BUSH ST.<br>SAN FRANCISCO, CA94115 | CATHERINE J. SIMON<br>265 JERSEY STREET<br>SAN FRANCISCO, CA94114 | DOUG HALL<br>4131 23RD STREET<br>SAN FRANCISCO, CA94114 |